AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Herman Ray, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-00012 |
| Islamic Republic of Iran, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Behette, DiNardo, Economos, Valinotti, Murach, Finnicum, Gabrielle, and Tynion plaintiffs.

Date: 01/03/2019

s/Andrew C. Levitt
*Attorney's signature*

Andrew C. Levitt (NYS Bar No. 273446)
*Printed name and bar number*

O'Hare Parnagian LLP
20 Vesey St., Suite 300
New York, NY 10007
*Address*

alevitt@oharepannagian.com
*E-mail address*

(212) 425-1401
*Telephone number*

(212) 425-1421
*FAX number*