**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|                                    |                          |
|------------------------------------|--------------------------|
| Plaintiff,                         |                          |
| -v-                                | Case No. _____   |
|                                    | **Rule 7.1 Statement**   |
| Defendant.                         |                          |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: _____          _____
                             **Signature of Attorney**

                             **Attorney Bar Code:** _____

Form Rule7_1.pdf   SDNY Web 10/2007