**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
IN RE:                                              :          AMENDED ORDER OF REFERENCE
:                    <u>TO A MAGISTRATE JUDGE</u>
TERRORIST ATTACKS ON                                :
SEPTEMBER 11, 2001                                  :          03-MDL-1570 (GBD) (SN)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

The cases identified in Schedule A (attached to this Order) are referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| <u>X</u> | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | __ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| __ | Specific Non-Dispositive Motion/Dispute:<br><br>*If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | __ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br><br>Purpose:_____ |
| __ | Settlement | __ | Habeas Corpus |
| __ | Inquest After Default/Damages Hearing | __ | Social Security |
| | | <u>X</u> | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br><br>All such motions: <u>X</u> |

Dated: <u>June 5, 2018</u>

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE