JS 44C/SDNY
REV. 06/01/17

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                              DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER      ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No ☐ Yes ☐    Judge Previously Assigned

If yes, was this case  Vol. ☐  Invol. ☐  Dismissed.  No ☐  Yes ☐   If yes, give date _____ & Case No. _____

**IS THIS AN INTERNATIONAL ARBITRATION CASE?**        No ☐     Yes ☐

*(PLACE AN [x] IN ONE BOX ONLY)*                NATURE OF SUIT

                                 TORTS                                                       ACTIONS UNDER STATUTES

**CONTRACT**             **PERSONAL INJURY**      **PERSONAL INJURY/**       **FORFEITURE/PENALTY**   **BANKRUPTCY**             **OTHER STATUTES**
                                                  [ ] 367 HEALTHCARE/
[ ] 110  INSURANCE       [ ] 310 AIRPLANE         PHARMACEUTICAL PERSONAL    [ ] 625 DRUG RELATED     [ ] 422 APPEAL             [ ] 375 FALSE CLAIMS
[ ] 120  MARINE          [ ] 315 AIRPLANE PRODUCT INJURY/PRODUCT LIABILITY   SEIZURE OF PROPERTY              28 USC 158         [ ] 376 QUI TAM
[ ] 130  MILLER ACT              LIABILITY        [ ] 365 PERSONAL INJURY    21 USC 881               [ ] 423 WITHDRAWAL         [ ] 400 STATE
[ ] 140  NEGOTIABLE      [ ] 320 ASSAULT, LIBEL &        PRODUCT LIABILITY   [ ] 690 OTHER                    28 USC 157                REAPPORTIONMENT
         INSTRUMENT              SLANDER          [ ] 368 ASBESTOS PERSONAL                                                      [ ] 410 ANTITRUST
[ ] 150  RECOVERY OF     [ ] 330 FEDERAL                  INJURY PRODUCT                                                         [ ] 430 BANKS & BANKING
         OVERPAYMENT &           EMPLOYERS'               LIABILITY                                                              [ ] 450 COMMERCE
         ENFORCEMENT             LIABILITY                                   **PROPERTY RIGHTS**                                 [ ] 460 DEPORTATION
         OF JUDGMENT     [ ] 340 MARINE           **PERSONAL PROPERTY**                                                          [ ] 470 RACKETEER INFLU-
[ ] 151  MEDICARE ACT    [ ] 345 MARINE PRODUCT                              [ ] 820 COPYRIGHTS                                          ENCED & CORRUPT
[ ] 152  RECOVERY OF             LIABILITY        [ ] 370 OTHER FRAUD        [ ] 830 PATENT                                              ORGANIZATION ACT
         DEFAULTED       [ ] 350 MOTOR VEHICLE    [ ] 371 TRUTH IN LENDING   [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION            (RICO)
         STUDENT LOANS   [ ] 355 MOTOR VEHICLE                               [ ] 840 TRADEMARK                                   [ ] 480 CONSUMER CREDIT
         (EXCL VETERANS)         PRODUCT LIABILITY                                                                               [ ] 490 CABLE/SATELLITE TV
[ ] 153  RECOVERY OF     [ ] 360 OTHER PERSONAL   [ ] 380 OTHER PERSONAL     **LABOR**                **SOCIAL SECURITY**
         OVERPAYMENT             INJURY                   PROPERTY DAMAGE                                                        [ ] 850 SECURITIES/
         OF VETERAN'S    [ ] 362 PERSONAL INJURY -[ ] 385 PROPERTY DAMAGE    [ ] 710 FAIR LABOR       [ ] 861 HIA (1395ff)               COMMODITIES/
         BENEFITS                MED MALPRACTICE          PRODUCT LIABILITY          STANDARDS ACT    [ ] 862 BLACK LUNG (923)           EXCHANGE
[ ] 160  STOCKHOLDERS                                                        [ ] 720 LABOR/MGMT       [ ] 863 DIWC/DIWW (405(g))
         SUITS                                                                       RELATIONS       [ ] 864 SSID TITLE XVI
[ ] 190  OTHER                                    **PRISONER PETITIONS**     [ ] 740 RAILWAY LABOR ACT [ ] 865 RSI (405(g))      [ ] 890 OTHER STATUTORY
         CONTRACT                                 [ ] 463 ALIEN DETAINEE     [ ] 751 FAMILY MEDICAL                                      ACTIONS
[ ] 195  CONTRACT                                 [ ] 510 MOTIONS TO              LEAVE ACT (FMLA)    **FEDERAL TAX SUITS**      [ ] 891 AGRICULTURAL ACTS
         PRODUCT         **ACTIONS UNDER STATUTES**      VACATE SENTENCE
         LIABILITY                                       28 USC 2255         [ ] 790 OTHER LABOR      [ ] 870 TAXES (U.S. Plaintiff or
[ ] 196  FRANCHISE       **CIVIL RIGHTS**         [ ] 530 HABEAS CORPUS              LITIGATION              Defendant)          [ ] 893 ENVIRONMENTAL
                                                  [ ] 535 DEATH PENALTY      [ ] 791 EMPL RET INC     [ ] 871 IRS-THIRD PARTY            MATTERS
                         [ ] 440 OTHER CIVIL RIGHTS [ ] 540 MANDAMUS & OTHER          SECURITY ACT (ERISA)    26 USC 7609         [ ] 895 FREEDOM OF
**REAL PROPERTY**                (Non-Prisoner)                                                                                          INFORMATION ACT
                         [ ] 441 VOTING                                                                                          [ ] 896 ARBITRATION
[ ] 210  LAND            [ ] 442 EMPLOYMENT                                  **IMMIGRATION**                                     [ ] 899 ADMINISTRATIVE
         CONDEMNATION    [ ] 443 HOUSING/         **PRISONER CIVIL RIGHTS**                                                              PROCEDURE ACT/REVIEW OR
[ ] 220  FORECLOSURE             ACCOMMODATIONS                              [ ] 462 NATURALIZATION                                      APPEAL OF AGENCY DECISION
[ ] 230  RENT LEASE &    [ ] 445 AMERICANS WITH   [ ] 550 CIVIL RIGHTS               APPLICATION
         EJECTMENT               DISABILITIES -   [ ] 555 PRISON CONDITION   [ ] 465 OTHER IMMIGRATION
[ ] 240  TORTS TO LAND           EMPLOYMENT       [ ] 560 CIVIL DETAINEE              ACTIONS                                    [ ] 950 CONSTITUTIONALITY OF
[ ] 245  TORT PRODUCT    [ ] 446 AMERICANS WITH          CONDITIONS OF CONFINEMENT                                                       STATE STATUTES
         LIABILITY               DISABILITIES -OTHER
[ ] 290  ALL OTHER       [ ] 448 EDUCATION
         REAL PROPERTY


*Check if demanded in complaint:*

☐ CHECK IF THIS IS A **CLASS ACTION**    DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
    UNDER F.R.C.P. 23                    AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
                                         IF SO, STATE:

DEMAND $_____ OTHER _____    JUDGE _____ DOCKET NUMBER _____

*Check YES only if demanded in complaint*
JURY DEMAND: ☐ YES ☐ NO          NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)* **ORIGIN**

☐ 1 Original Proceeding
☐ 2 Removed from State Court
　☐ a. all parties represented
　☐ b. At least one party is pro se.
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from (Specify District)
☐ 6 Multidistrict Litigation (Transferred)
☐ 7 Appeal to District Judge from Magistrate Judge
☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)* **BASIS OF JURISDICTION**　　*IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF　☐ 2 U.S. DEFENDANT　☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)　☐ 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)


DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)


DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:


**COURTHOUSE ASSIGNMENT**

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:　THIS ACTION SHOULD BE ASSIGNED TO:　☐ WHITE PLAINS　☐ MANHATTAN

DATE　　　SIGNATURE OF ATTORNEY OF RECORD　　　ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED  Mo. _____  Yr. _____)
RECEIPT #　　　Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)