*Ray, et al. v. Islamic Republic of Iran, et al.*

Case No.  1:19-cv-00012 (GB)(SN)

## RIDER to PLAINTIFFS' REQUEST FOR ISSUANCE OF SUMMONSS

ISLAMIC REPUBLIC OF IRAN
c/o Ministry of Foreign Affairs
Imam Khomeini Avenue
Tehran, Iran


AYATOLLAH ALI HOSEINI KHAMENEI
c/o H.E. Mohammad Javad Zarif
Minister of Foreign Affairs
Imam Khomeini Street
Tehran, Iran


ESTATE OF ALI AKBAR HASHEMI RAFSANJANI, Deceased
c/o H.E. Mohammad Javad Zarif
Minister of Foreign Affairs
Imam Khomeini Street
Tehran, Iran


IRAN'S MINISTRY OF INFORMATION AND SECURITY
c/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Avenue
Tehran, Iran


ISLAMIC REVOLUTIONARY GUARD CORPS
c/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Avenue
Tehran, Iran


IRAN'S MINISTRY OF ECONOMIC AFFAIRS AND FINANCE
c/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Avenue
Tehran, Iran

IRAN'S MINISTRY OF COMMERCE
c/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Avenue
Tehran, Iran

IRAN'S MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS
c/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Avenue
Tehran, Iran

IRAN'S MINISTRY OF PETROLEUM
c/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Avenue
Tehran, Iran

CENTRAL BANK OF IRAN, a/k/a BANK MARKAZI
c/o Abdolnaser Hemmati (President/Governor)
144, Mirdamad Blvd.
Tehran, Iran

CENTRAL BANK OF IRAN, a/k/a BANK MARKAZI
c/o H.E. Mohammad Javad Zarif
Minister of Foreign Affairs
Imam Khomeini Street
Tehran, Iran

NATIONAL IRANIAN OIL COMPANY
c/o Bijan Namdar Zangeneh (Chairman)
and Masoud Karbasian (CEO)
Hafez Crossing, Taleghani Avenue
Tehran, Iran

NATIONAL IRANIAN TANKER COMPANY
c/o Nasrollah Sardashti (Managing Director)
65 Shahid Atefi Street, Africa Expressway
Tehran, Iran


NATIONAL IRANIAN GAS COMPANY
c/o Hassan Montazer Torbati (Managing Director)
National Iranian Gas Company Building
South Aban Street, Karimkhan Boulevard
Tehran, Iran


NATIONAL IRANIAN PETROCHEMICAL COMPANY
c/o Bijan Zanganeh (Chairman) and Marzieh Shahdaei (President)
144, North, Sheikh Bahaie Avenue,
P.O. Box 19395-6896
Tehran, Iran


IRAN AIRLINES a/k/a IRAN AIR
c/o Farzaneh Sharafbafi (CEO)
Iran Air H.Q., Mehrabad Airport
P.O. Box 13185-775
Tehran, Iran


HEZBOLLAH
Valiasr Avenue
Shahid Rahimi Alley No. 7
Tehran, Iran