AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

| | |
|---|---|
| Herman Ray, et al. <br><br><br><br>*Plaintiff(s)* <br><br> v. <br><br> Islamic Repubic of Iran, et al. <br><br><br><br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.  19-cv-00012

### AMENDED SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Rider attached to this Summons.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Timothy B. Fleming, Esquire
WIGGINS CHILDS PANTAZIS FISHER GOLDFARB PLLC
1211 Connecticut Avenue, N.W.  Suite 420, Washington D.C. 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: February 21, 2019                    /s/  S.  James
                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  19-cv-00012

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print   Save As...   Reset

Case 1:19-cv-00012-GBD-SN   Document 123-1   Filed 02/20/19   Page 1 of 3

*Ray, et al. v. Islamic Republic of Iran, et al.*

Case No.  1:19-cv-00012 (GBD)(SN)

## RIDER to PLAINTIFFS' REQUEST FOR ISSUANCE OF AMENDED SUMMONS

ISLAMIC REPUBLIC OF IRAN
c/o Ministry of Foreign Affairs
Imam Khomeini Avenue
Tehran, Iran

AYATOLLAH ALI HOSEINI KHAMENEI
c/o H.E. Mohammad Javad Zarif
Minister of Foreign Affairs
Imam Khomeini Street
Tehran, Iran

ESTATE OF ALI AKBAR HASHEMI RAFSANJANI, Deceased
c/o H.E. Mohammad Javad Zarif
Minister of Foreign Affairs
Imam Khomeini Street
Tehran, Iran

IRAN'S MINISTRY OF INFORMATION AND SECURITY
c/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Avenue
Tehran, Iran

ISLAMIC REVOLUTIONARY GUARD CORPS
c/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Avenue
Tehran, Iran

IRAN'S MINISTRY OF ECONOMIC AFFAIRS AND FINANCE
c/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Avenue
Tehran, Iran

IRAN'S MINISTRY OF COMMERCE
c/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Avenue
Tehran, Iran


IRAN'S MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS
c/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Avenue
Tehran, Iran


IRAN'S MINISTRY OF PETROLEUM
c/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Avenue
Tehran, Iran


CENTRAL BANK OF IRAN, a/k/a BANK MARKAZI
c/o Abdolnaser Hemmati (President/Governor)
144, Mirdamad Blvd.
Tehran, Iran


CENTRAL BANK OF IRAN, a/k/a BANK MARKAZI
c/o H.E. Mohammad Javad Zarif
Minister of Foreign Affairs
Imam Khomeini Street
Tehran, Iran


NATIONAL IRANIAN GAS COMPANY
c/o Hassan Montazer Torbati (Managing Director)
National Iranian Gas Company Building
South Aban Street, Karimkhan Boulevard
Tehran, Iran

NATIONAL IRANIAN PETROCHEMICAL COMPANY
c/o Bijan Zanganeh (Chairman) and Marzieh Shahdaei (President)
144, North, Sheikh Bahaie Avenue,
P.O. Box 19395-6896
Tehran, Iran


IRAN AIRLINES a/k/a IRAN AIR
c/o Farzaneh Sharafbafi (CEO)
Iran Air H.Q., Mehrabad Airport
P.O. Box 13185-775
Tehran, Iran


HEZBOLLAH
Valiasr Avenue
Shahid Rahimi Alley No. 7
Tehran, Iran