## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

| | | |
|---|---|---|
| **IN RE: TERRORIST ATTACKS ON** | : | **Civil Action No.** |
| **SEPTEMBER 11, 2001** | : | **03 MDL 1570 (GBD) (SN)** |
| | : | |
| | : | |

_____

**This document applies to:**

**Ray, _et al_. v. Islamic Republic of Iran, _et al_.,**
**1:19-cv-00012 (GBD)(SN)**

### PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED
### COMPLAINT AND REQUEST FOR EXPEDITED CONSIDERATION

Plaintiffs, through counsel, hereby respectfully submit this Motion for Leave to File Second Amended Complaint and in support thereof aver the following:

1.      Plaintiffs, who are either family members or personal representatives of the Estates of Decedents killed as a result of the terrorist attacks of September 11, 2001, originally commenced this action under the state sponsor of terrorism exception to the Foreign Sovereign Immunities Act, 28 U.S.C. §1605A, by way of Complaint filed in this Court on January 2, 2019.

2.      Plaintiffs filed an Amended Complaint on January 31, 2019, in order to correct the designations of two of the Defendants related to the Islamic Republic of Iran.  Plaintiffs used the amendment without leave in order not to bother the Court with a request to approve a technical correction at that time.

3.      Plaintiffs seek to file the Second Amended Complaint, attached hereto as **Exhibit A**, primarily because of an administrative error.  In the original Complaint and Amended Complaint filed in this matter, counsel should have included a claim named as follows: _Joanne Mistrulli as Personal Representative of the Estate of Frank Mistrulli, Deceased, a surviving_

*Sibling of Joseph D. Mistrulli.*

4.      Members of the Mistrulli family are named in three actions filed in this multidistrict litigation, one filed by the undersigned counsel *(Hoglan, et al, v. Islamic Republic of Iran, et al.*, 1:11-cv-07550 (GBD)(SN)) and two cases filed by another law firm.  Counsel for the Plaintiffs herein mistakenly believed that the Personal Representative, who had sought the undersigned Counsel's representation for this case, was already represented by other counsel and that an action had already been filed in this Court on behalf of the Estate of Frank Mistrulli, Deceased.  Counsel subsequently realized that this particular claim was not filed in any other case and therefore seek to add the claim to this case.

5.      Plaintiffs, secondarily, also seek to add eight (8) additional Plaintiffs who contacted the undersigned attorneys after the instant action was commenced and seek to be a part of this litigation, as follows:  Rich DeBlase, as Personal Representative of the Estate of James V. DeBlase, a 9/11 Decedent; Rich DeBlase, Individually as a Sibling of James V. DeBlase; Anita DeBlase, a surviving parent of James V. DeBlase; Anthony DeBlase, a sibling of James V. DeBlase; Vito Garfi, as Personal Representative of the Estate of Francesco Garfi, a 9/11 Decedent; Vito Garfi, Individually as a Sibling of Francesco Garfi; Salvatore Garfi, a surviving parent of Francesco Garfi; and Marianna Garfi, also a surviving parent of Francesco Garfi.

6.      No other changes to the Complaint are being sought.

7.      Rule 15(2), Fed.R.Civ.P., allows for the filing of a second amended complaint with leave of this Court.

8.      Defendants will suffer no prejudice as a result of the filing of the proposed Second Amended Complaint and its relation back to the filing of the original Complaint on January 2, 2019

9.      The Defendants would have the burden of proving that the amendment and the

2

relation back of an amended pleading would be futile or inappropriate. *Velez v. Fogarty*, 2008 WL 5062601 (S.D.N.Y.).

10.    Plaintiffs respectfully request the Court's expedited consideration of this Motion because they have already applied to the United States Department of the Treasury, Office of Foreign Assets Control, for a license to serve the complaint and summons and related papers in this case upon the Defendants, and because subsequent entry of a judgment is necessary to submit timely applications for partial satisfaction of any judgments under the Foreign Sovereign Immunities Act, with the United States Victims of State Sponsored Terrorism Fund.

WHEREFORE, Plaintiffs pray that this Honorable Court enter the attached proposed Order GRANTING this Motion for Leave to File Plaintiffs' Second Amended Complaint.

Respectfully submitted,

Date: April 26, 2019                 _____/s/_____

Timothy B. Fleming (DC Bar No. 351114)
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB PLLC
1211 Connecticut Avenue, N.W.
Suite 420
Washington, D.C. 20036
(202) 467.4489

Dennis G. Pantazis (AL Bar No. ASB-2216-A59D)
WIGGINS CHILDS PANTAZIS *(Lead Counsel)*
FISHER GOLDFARB LLC
The Kress Building
301 19th Street North
Birmingham, AL  35203
(205) 314-0500

Richard D. Hailey (IN Bar No. 7375-49)
Mary Beth Ramey (IN Bar No. 5876-49)
RAMEY & HAILEY
3905 Vincennes Road #303
Indianapolis, IN 46268
(317) 582-0000

Robert M. Foote (IL Bar No. 03124325)

3

FOOTE, MIELKE, CHAVEZ
& O'NEIL, LLC
10 West State Street, Suite 200
Geneva, IL 60134
(630) 232-7450

*Attorneys for all of the Ray Plaintiffs*

and

Robert A. O'Hare Jr. (New York Bar No. 2601359)
Andrew C. Levitt (New York Bar No. 2734465)
O'HARE PARNAGIAN LLP
82 Wall Street, Suite 300
New York, NY 10005
(212) 425-1401

*Co-Counsel for Plaintiffs Anthony Behette; Harley DiNardo; Ester DiNardo; Pio DiNardo; Andrew Economos, Individually; Andrew Economos, as Co-Executor of the Estate of Leon Economos; Olga Valinotti, Individually; Olga Valinotti, as Co-Executor of the Estate of Leon Economos; Constance Finnicum; George Gabrielle a/k/a Gabe Gabrielle; Mary Ellen Murach, Individually; Mary Ellen Murach, as Executor of the Estate of Edward John Murach; Richard J. Murach; and Katharine Tynion*

## CERIFICATE OF SERVICE

I, Timothy B. Fleming, hereby certify that on the date listed below that I electronically filed the foregoing document with the Clerk of Court via the CM/ECF system and that electronic notice and service will be completed through the ECF system.

Respectfully submitted,

/s/ Timothy B. Fleming
Timothy B. Fleming (DC Bar No. 351114)
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB PLLC
1211 Connecticut Avenue, N.W.
Suite 420
Washington, D.C. 20036
(202) 467.4489

Date:  April 26, 2019