**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **IN RE: TERRORIST ATTACKS ON** | **:** | **Civil Action No.** |
| **SEPTEMBER 11, 2001** | **:** | **03 MDL 1570 (GBD) (SN)** |
| | **:** | |
| | **:** | |

**This document applies to:**

**<u>Ray, *et al*. v. Islamic Republic of Iran, *et al*.</u>,**
**1:19-cv-00012 (GBD)(SN)**

**<u>ORDER</u>**

AND NOW, this _____ day of _____, 2019, having considered Plaintiffs' Motion For Leave To File Second Amended Complaint and Request For Expedited Consideration, and based on all the files and records in this case, it is hereby ORDERED and DECREED that Plaintiffs' Motion for Leave to File Second Amended Complaint is GRANTED. Plaintiffs' Second Amended Complaint shall relate back to the filing of the Complaint on January 2, 2019, and be deemed as filed on that date.  Plaintiffs shall file the Second Amended Complaint attached to said Motion via the Electronic Court Filing system for this Court, and the Clerk of Court shall accept such filing consistent with this Order.

**SO ORDERED.**

DATE: _____      _____
       New York, New York            GEORGE B. DANIELS
                                     UNITED STATES DISTRICT JUDGE