```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ray, et al.

                         Plaintiff(s)

-v-

Iran, et al.,

                         Defendant(s)

## CERTIFICATE OF MAILING

Case No.: 1:19 cv 00012 (GBD) (SN)
          1:03 mdl 1570 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 10 day of June, 2019, I served: the Estate of Ali Akbar Hashemi Rafsanjani c/o H.E Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue Tehran, Iran.

☐     the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒     the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐     the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐     the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

1 copy(ies) of the Cover Letter by Timothy Fleming, Second Amended Complaint dated May 6, 2019 (Ray Docket No. 139), Notice of Suit, pursuant to 22 C.F.R 93.2, dated May 6, 2019, along with the text of FSIA 28 U.S.C § 1602, et seq, Amended Summons and Affidavit of translator (along with translations of the above documents) by DHL # 991 5863 565.

Dated: New York, New York
        06/10/2019

RUBY J. KRAJICK
CLERK OF COURT

Edressa Kamal
DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007



RUBY J. KRAJICK
CLERK OF COURT

June 6, 2019

Estate of Ali Akbar Hashemi Rafsanjani
c/o H.E. Mohammed Javad Zarif
Minister of Foreign Affairs
Imam Khomeini Avenue
Tehran, Iran

Re:   Ray, et al. v. Iran, et al., Case No. 19-cv-00012 (GBD)(SN)
      In Re Terrorist Attacks on September 11, 2001, 1:03-md-01570 (GBD) (SN)

Dear Sir,

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3), one copy of the following documents (one set each in English and Farsi) is being served on you on behalf of the Plaintiff in the above-referenced action which names your country and/or government office as a defendant:

- Cover Letter from Timothy B. Fleming
- Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (Ray Docket No. 139)
- Notice of Suit, pursuant to 22 C.F.R 93.2 dated May 6, 2019, along with the text of FSIA, 28 U.S.C § 1602, et seq,; and,
- Amended Summons in a Civil Action, dated May 10, 2019 (Ray Docket No. 142)
- Affidavit of translator (along with translations of the above documents)

Respectfully yours,

Ruby J. Krajick
Clerk of Court

Enclosures

**DHL Express — Shipment Waybill** (Non negotiable)

Track this shipment: dhl.com
For more information see DHL Web Site or call your local DHL office
ACEPAC 3pl1117AP 1.0

**1. Payer account number and Shipment Value Protection details**
Charge to: ☒ Shipper ☐ Receiver ☐ 3rd party
Payer Account No.: ___
Shipment Value Protection see reverse ☐ Cash ☐ Cheque ☐ Credit Card
☐ Increased Protection Value

**2. From (Shipper)**
Shipper's account number: 848702704
Contact name: T. Mellon
Shipper's reference (up to 32 characters - first 12 will be shown on invoice): RAY - Complaint
Company name: Wiggins, Childs, et al.
Address: 212 West Court St.
Doylestown, PA
Postcode/Zip Code: 18901
Phone, Fax or E-mail: 215.510.2345

**3. To (Receiver)**
Company name: Estate of A.A. Hashemi Rafsanjani
Delivery address: c/o H.E. Mohammad Zarif, Minister of Foreign Affairs
Iman Khomeini St.
Tehran
Postcode/Zip Code: 11369
Country: IRAN
Contact person: M. Zarif
Phone, Fax or E-mail: 982166739191

Date: 12 2018
Waybill number: 991 5863 565

**4. Shipment details** — Billed weight is calculated from total weight and dimensions
Total number of packages: 1
Total Weight: 1 • 6 lb / oz
Pieces / Dimensions in inches (Length × Width × Height): @ × × ×

**5. Full description of contents**
Give content and quantity: 1 set of legal documents

**6. Non-Document Shipments Only (Customs Requirement)**
Attach the original and two copies of a Proforma or Commercial Invoice
Shipper's VAT/GST number / Receiver's VAT/GST or Shipper's EIN/SSN
Declared Value for Customs (as on commercial/proforma invoice)
Harmonised Commodity Code if applicable
TYPE OF EXPORT: ☐ Permanent ☐ Repair/Return ☐ Temporary
Destination duties/taxes: ☐ Receiver ☐ Shipper ☐ Other _____
If left blank receiver pays duties/taxes

**7. Shipper's agreement (Signature required)**
Unless otherwise agreed in writing, I/we agree that DHL's Terms and Conditions of Carriage are all the terms of the contract between me/us and DHL and (1) such Terms and Conditions and, where applicable, the Warsaw Convention, limits and/or excludes DHL's liability for loss, damage or delay; and (2) this shipment does not contain cash or dangerous goods (see reverse).

Signature: [signed T. Mellon]
Date: 5/29/19

**8. Products & Services**
☐ Domestic ☒ International Non-Document
Products (not all are available to and from all locations):
☐ EXPRESS 9:00
☐ EXPRESS 10:30
☐ EXPRESS 12:00
☒ EXPRESS/WORLDWIDE
☐ EXPRESS ENVELOPE
☐ ECONOMY SELECT
☐ OTHER

Optional Services (extra charges may apply):
☐ Saturday Delivery ☐ Hold for Collection
☐ Delivery Notification ☐ Payable Packaging
☐ Other

Globalmail Business: ☐ Priority ☐ Standard ☐ Other

DIMENSIONAL/CHARGEABLE WEIGHT: lb / oz
CHARGES / Services / Other
Shipment Value Protection
VAT
CURRENCY / TOTAL
PAYMENT DETAILS (Cheque, Card No.)
No.:
Type / Expires
Picked up by
Route No. / Time / Date

ORIGIN / DESTINATION CODE
GREY SECTIONS FOR DHL USE ONLY
Origin copy

Go Green-Go E-Commerce. Visit mydhl.com to Register
9.25 x 6   300180   11/17   AP 11/17