UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
Ray, et al.
                                    Plaintiff(s)

                        -v-

Iran, et al.,
                                    Defendant(s)
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

## CERTIFICATE OF MAILING

Case No.:   1:19 cv 00012 (GBD) (SN)
1:03 mdl 1570 (GBD) (SN)

I hereby certify under the penalties of perjury that on the _10_ day of _June_, _2019_, I served: Iran's Ministry of Information and Security c/o H.E Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue Tehran, Iran.

☐    the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒    the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐    the Secretary of State, Attn:  Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐    the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

_1_ copy(ies) of the Cover Letter by Timothy Fleming, Second Amended Complaint dated May 6, 2019 (Ray Docket No. 139), Notice of Suit, pursuant to 22 C.F.R 93.2, dated May 6, 2019, along with the text of FSIA 28 U.S.C § 1602, et seq, Amended Summons and Affidavit of translator (along with translations of the above documents) by DHL # 991 5863 576.

Dated:  New York, New York
06/10/2019 _____

RUBY J. KRAJICK
CLERK OF COURT

Edressa Kamal_____
DEPUTY CLERK



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF COURT

June 6, 2019

Iran's Ministry of Information and Security
c/o H.E. Mohammed Javad Zarif
Minister of Foreign Affairs
Imam Khomeini Avenue
Tehran, Iran

Re:    Ray, et al. v. Iran, et al., Case No. 19-cv-00012 (GBD)(SN)
       In Re Terrorist Attacks on September 11, 2001, 1:03-md-01570 (GBD) (SN)

Dear Sir,

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3), one copy of the
following documents (one set each in English and Farsi) is being served on you on behalf of the
Plaintiff in the above-referenced action which names your country and/or government office as a
defendant:

- Cover Letter from Timothy B. Fleming
- Second Amended Complaint, filed in the U.S. District Court for the Southern
  District of New York, dated May 6, 2019 (Ray Docket No. 139)
- Notice of Suit, pursuant to 22 C.F.R 93.2 dated May 6, 2019, along with the text
  of FSIA, 28 U.S.C § 1602, et seq,; and,
- Amended Summons in a Civil Action, dated May 10, 2019 (Ray Docket No. 142)
- Affidavit of translator (along with translations of the above documents)

Respectfully yours,

Ruby J. Krajick
Clerk of Court

Enclosures

DHL Express
Shipment Waybill
(Non-negotiable)

Track this shipment: dhl.com

For more information see DHL Web Site or call your local DHL office

ACEPAC-3pt1117AP 1.0

**1 Payer account number and Shipment Value Protection details**

Charge to: ☒ Shipper  ☐ Receiver  ☐ 3rd party

Payer Account No. _____

Shipment Value Protection  see reverse
☐ Increased Protection Value

Not all payment options are available in all countries.
☐ Cash  ☐ Cheque  ☐ Credit Card  CC reference code

**2 From (Shipper)**

Shipper's account number: 848702704

Contact name: T. Mellow

Shipper's reference (up to 32 characters - first 12 will be shown on invoice)
RAY — Complaint

Company name
Wiggins, Childs, et al.

Address
212 West Court St.
Doylestown, PA

Postcode/Zip Code (required): 18901

Phone, Fax or E-mail (required): 215-5102345

**3 To (Receiver)**

Company name
IRAN's Ministry of Info. & Security

Delivery address (DHL cannot deliver to a PO Box)
c/o H.E. Mohammad ZARIF
Ministry of Foreign Affairs
Iman Khomeini Ave.
Tehran

Postcode/Zip Code (required): 11369

Country: IRAN

Contact person: M. ZARIF

Phone, Fax or E-mail (required): 982166739191

12 2018

991 5863 576

ORIGIN

**4 Shipment details**  *Billed weight is calculated from total weight and dimensions*

Total number of packages: 1

Total Weight: 1 lb · 6 oz

Pieces | Dimensions in inches
Length | Width | Height
① ___ × ___ × ___
② ___ × ___ × ___
③ ___ × ___ × ___

**5 Full description of contents**
Give content and quantity
1 Set of legal Docs

**6 Non-Document Shipments Only (Customs Requirement)**
Attach the original and two copies of a Proforma or Commercial Invoice
Shipper's VAT/GST number
Receiver's VAT/GST or Shipper's EIN/SSN

Declared Value for Customs (as on commercial/proforma invoice)
Harmonised Commodity Code if applicable

TYPE OF EXPORT
☐ Permanent  ☐ Repair/Return  ☐ Temporary

Destination duties/taxes  If left blank receiver pays duties/taxes
☐ Receiver  ☐ Shipper  ☐ Other  specify approved account number

**7 Shipper's agreement (Signature required)**
Unless otherwise agreed in writing, I/we agree that DHL's Terms and Conditions of Carriage are all the terms of the contract between me/us and DHL and (1) such Terms and Conditions and, where applicable, the Warsaw Convention, limits and/or excludes DHL's liability for loss, damage or delay and (2) this shipment does not contain cash or other dangerous goods (see reverse).

Signature: _____

Date: 5/29/19

AP 11/17

**DESTINATION CODE**

GREY SECTIONS FOR DHL USE ONLY

**8 Products & Services**
☐ Domestic  ☐ International Document  ☐ International Non-Document
Products (not all are available to and from all locations)
☐ EXPRESS 12:00  ☒ EXPRESS / WORLDWIDE  ☐ EXPRESS ENVELOPE
☐ EXPRESS 10:30  ☐ EXPRESS 9:00  ☐ ECONOMY SELECT  ☐ OTHER
Optional Services (extra charges may apply)
☐ Saturday Delivery  ☐ Hold for Collection
☐ Delivery Notification  ☐ Payable Packaging
☐ Other  ☐ Global mail / Business  ☐ Other
☐ Priority  ☐ Standard  ☐ Other

DIMENSIONAL/CHARGEABLE WEIGHT: lb ● oz

CHARGES Services
Other
Shipment Value Protection
VAT

CURRENCY | TOTAL

PAYMENT DETAILS (Cheque, Card No.)
No. :
Type | Expires

Picked up by
Route No.
Time | Date

Origin copy