```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ray, et al.

                              Plaintiff(s)

-v-

Iran, et al.,

                              Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:19 cv 00012 (GBD) (SN)
            1:03 mdl 1570 (GBD) (SN)

     I hereby certify under the penalties of perjury that on the 10 day of June, 2019, I served: the Islamic Revolutionary Guard Corps c/o H.E Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue Tehran, Iran.

☐    the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒    the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐    the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐    the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

     1 copy(ies) of the Cover Letter by Timothy Fleming, Second Amended Complaint dated May 6, 2019 (Ray Docket No. 139), Notice of Suit, pursuant to 22 C.F.R 93.2, dated May 6, 2019, along with the text of FSIA 28 U.S.C § 1602, et seq, Amended Summons and Affidavit of translator (along with translations of the above documents) by DHL # 991 5863 543.

Dated: New York, New York
       06/10/2019

RUBY J. KRAJICK
CLERK OF COURT

Edressa Kamal
DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007



RUBY J. KRAJICK
CLERK OF COURT

June 6, 2019

Islamic Revolutionary Guard Corps
c/o H.E. Mohammed Javad Zarif
Minister of Foreign Affairs
Imam Khomeini Avenue
Tehran, Iran

Re:   Ray, et al. v. Iran, et al., Case No. 19-cv-00012 (GBD)(SN)
      In Re Terrorist Attacks on September 11, 2001, 1:03-md-01570 (GBD) (SN)

Dear Sir,

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3), one copy of the following documents (one set each in English and Farsi) is being served on you on behalf of the Plaintiff in the above-referenced action which names your country and/or government office as a defendant:

- Cover Letter from Timothy B. Fleming
- Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (Ray Docket No. 139)
- Notice of Suit, pursuant to 22 C.F.R 93.2 dated May 6, 2019, along with the text of FSIA, 28 U.S.C § 1602, et seq,; and,
- Amended Summons in a Civil Action, dated May 10, 2019 (Ray Docket No. 142)
- Affidavit of translator (along with translations of the above documents)

Respectfully yours,

Ruby J. Krajick
Clerk of Court

Enclosures

# DHL Express Shipment Waybill (Non-negotiable)

Track this shipment: dhl.com

ACEPAC 8pt1117AP 1.0

For more information see DHL Web Site or call your local DHL office

## 1 Payer account number and Shipment Value Protection details

Charge to: ☒ Shipper  ☐ Receiver  ☐ 3rd party

Payer Account No.

☐ Shipment Value Protection — see reverse
☐ Increased Protection Value

Not all payment options are available in all countries.

☐ Cash  ☐ Cheque  ☐ Credit Card

CC reference code

## 2 From (Shipper)

Shipper's account number: 848702704

Shipper's reference (up to 32 characters - first 12 will be shown on invoice): 848702704 T. Mellon

Contact name: RAY Complaint

Company name: Wiggins, Childs, et al.

Address: 21a West Court St.

Postcode/Zip Code (required): 18901   Doylestown, PA

Phone, Fax or E-mail (required): 215-510-2345

## 3 To (Receiver)

Company name: Islamic Revolutionary Guards

Delivery address (DHL cannot deliver to a PO Box):
c/o H.E. Mohammad ZARIF
Ministry of Foreign Affairs
Imam Khomeini Ave.

Postcode/Zip Code (required): 11369

Country: IRAN

Contact person: M. ZARIF

Phone, Fax or E-mail (required): 982166739191

991 5863 543

ORIGIN

DESTINATION CODE

12 2018

## 4 Shipment details

Billed weight is calculated from total weight and dimensions

Total number of packages: 1

Total Weight: 1 lb 6 oz

Pieces | Dimensions in inches Length × Width × Height
@ × × ×
@ × × ×
@ × × ×

## 5 Full description of contents

Give content and quantity: 1 Set of legal Documents

## 6 Non-Document Shipments Only (Customs Requirement)

Attach the original and two copies of a Proforma or Commercial Invoice

Shipper's VAT/GST number

Receiver's VAT/GST or Shipper's EIN/SSN

Declared Value for Customs (as on commercial/proforma invoice)

Harmonised Commodity Code if applicable

Destination duties/taxes  If left blank receiver pays duties/taxes
☐ Receiver  ☐ Shipper  ☐ Other _____

TYPE OF EXPORT
☐ Permanent  ☐ Repair/Return  ☐ Temporary

## 7 Shipper's agreement (Signature required)

Unless otherwise agreed in writing, I/we agree that DHL's Terms and Conditions of Carriage are all the terms of the contract between me/us and DHL and (1) such Terms and Conditions and, where applicable, the Warsaw Convention limits and/or excludes DHL's liability for loss, damage or delay and (2) the shipment does not contain cash or dangerous goods (see reverse).

Signature: [signed] Mellon

Date: 5/29/19

AP 11/17

## 8 Products & Services

☐ Domestic  ☒ International Document  ☐ International Non-Document

Products (not all are available to and from all locations):
☐ EXPRESS 9:00
☐ EXPRESS 10:30
☐ EXPRESS 12:00
☐ EXPRESS ENVELOPE
☒ EXPRESS / WORLDWIDE
☐ ECONOMY SELECT
☐ OTHER _____

Optional Services (extra charges may apply):
☐ Saturday Delivery  ☐ Hold for Collection
☐ Delivery Notification  ☐ Payable Packaging
☐ Other _____

☐ Globalmail Business
☐ Priority  ☐ Standard  ☐ Other

DIMENSIONAL/CHARGEABLE WEIGHT
lb • oz

CHARGES
Services
Other
Shipment Value Protection
VAT

CURRENCY  TOTAL

PAYMENT DETAILS (Cheque, Card No.)

No.:
Type  Expires

Picked up by
Route No.
Time  Date