USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ray, et al.

                     Plaintiff(s)

-v-

Iran, et al.,

                     Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:19 cv 00012 (GBD) (SN)
1:03 mdl 1570 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 10 day of June, 2019, I served: Iran's Ministry of Economic Affairs and Finance c/o H.E Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue Tehran, Iran.

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

1 copy(ies) of the Cover Letter by Timothy Fleming, Second Amended Complaint dated May 6, 2019 (Ray Docket No. 139), Notice of Suit, pursuant to 22 C.F.R 93.2, dated May 6, 2019, along with the text of FSIA 28 U.S.C § 1602, et seq, Amended Summons and Affidavit of translator (along with translations of the above documents) by DHL # 991 5863 554.

Dated: New York, New York
06/10/2019

RUBY J. KRAJICK
CLERK OF COURT

Edressa Kamal
DEPUTY CLERK



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF COURT

June 6, 2019

Iran's Ministry of Economic Affairs and Finance
c/o H.E. Mohammed Javad Zarif
Minister of Foreign Affairs
Imam Khomeini Avenue
Tehran, Iran

Re:   Ray, et al. v. Iran, et al., Case No. 19-cv-00012 (GBD)(SN)
      In Re Terrorist Attacks on September 11, 2001, 1:03-md-01570 (GBD) (SN)

Dear Sir,

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3), one copy of the following documents (one set each in English and Farsi) is being served on you on behalf of the Plaintiff in the above-referenced action which names your country and/or government office as a defendant:

- Cover Letter from Timothy B. Fleming
- Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (Ray Docket No. 139)
- Notice of Suit, pursuant to 22 C.F.R 93.2 dated May 6, 2019, along with the text of FSIA, 28 U.S.C § 1602, et seq,; and,
- Amended Summons in a Civil Action, dated May 10, 2019 (Ray Docket No. 142)
- Affidavit of translator (along with translations of the above documents)

Respectfully yours,

Ruby J. Krajick
Clerk of Court

Enclosures

# DHL Express Shipment Waybill

Track this shipment: dhl.com
(Non-negotiable)

## 1. Payer account number and Shipment Value Protection details

Charge to: ☒ Shipper  ☐ Receiver  ☐ 3rd party

Payer Account No. _____

☐ Shipment Value Protection — see reverse
☐ Increased Protection Value

Not all payment options are available in all countries.

☐ Cash  ☐ Cheque  ☐ Credit Card

CC reference code _____

## 2. From (Shipper)

Shipper's account number: **848707704**
Contact name: **T. Mellow**

Shipper's reference (up to 32 characters - first 12 will be shown on invoice): **RAY complaint**

Company name: **Wiggins, Childs, et al.**

Address: **212 West Court St.**
**Doylestown, PA**

Postcode/Zip Code: **18901**
Phone, Fax or E-mail: **215.510.2345**

## 3. To (Receiver)

Company name: **IRAN's Ministry of Economic Affairs**

Delivery address: **c/o H.E. Mohammad Zarif**
**Ministry of Foreign Affairs**
**Iman Khomeini Ave.**
**Tehran**

Postcode/Zip Code: **11369**
Country: **IRAN**
Contact person: **M. Zarif**
Phone, Fax or E-mail: **982166739191**

## 4. Shipment details

Total number of packages: **1**
Total Weight: **1 lb 6 oz**

Dimensions (inches): Length × Width × Height

## 5. Full description of contents

**1 set of legal documents**

## 6. Non-Document Shipments Only (Customs Requirement)

Shipper's VAT/GST number: _____
Receiver's VAT/GST or Shipper's EIN/SSN: _____
Declared Value for Customs: _____
Harmonised Commodity Code if applicable: _____

Destination duties/taxes: ☐ Receiver  ☐ Shipper  ☐ Other

TYPE OF EXPORT: ☐ Permanent  ☐ Repair/Return  ☐ Temporary

## 7. Shipper's agreement (Signature required)

Signature: _T. Mellow_   Date: **5/29/19**

AP 11/17

---

Waybill: **991 5863 554**
Date: 12 2018

### Products & Services
- International Document
- International Non-Document
- EXPRESS ENVELOPE
- ECONOMY SELECT
- EXPRESS 12:00
- EXPRESS 9:00
- EXPRESS 10:30
- EXPRESS/WORLDWIDE ✓ (circled)
- OTHER

Optional Services: Saturday Delivery, Delivery Notification, Held for Collection, Payable Packaging, Priority, Global Mail Business, Standard, Other

DIMENSIONAL/CHARGEABLE WEIGHT: ___ lb ___ oz

CHARGES Services: _____
Other: _____
Shipment Value Protection: _____
VAT: _____
CURRENCY: _____  TOTAL: _____

PAYMENT DETAILS (Cheque, Card No.):
No.: _____  Type: _____  Expires: _____
Picked up by: _____
Route No.: _____  Time: _____  Date: _____

GREY SECTIONS FOR DHL USE ONLY
ORIGIN  DESTINATION CODE

Origin copy

Go Green - Go E-Commerce. Visit mydhl.com to Register.

9.25×6   300160   11/17