```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ray, et al.

                                    Plaintiff(s)

                    -v-

Iran, et al.,

                                    Defendant(s)

**CERTIFICATE OF MAILING**

Case No.:    1:19 cv 00012 (GBD) (SN)
             1:03 mdl 1570 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 10 day of  June , 2019 , I served: Iran's Ministry of Commerce c/o H.E Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue Tehran, Iran.

☐      the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒      the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐      the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐      the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

 1 copy(ies) of the Cover Letter by Timothy Fleming, Second Amended Complaint dated May 6, 2019 (Ray Docket No. 139), Notice of Suit, pursuant to 22 C.F.R 93.2, dated May 6, 2019, along with the text of FSIA 28 U.S.C § 1602, et seq, Amended Summons and Affidavit of translator (along with translations of the above documents) by DHL # 991 5863 521.

Dated:  New York, New York
        06/10/2019_____

                                    RUBY J. KRAJICK
                                    CLERK OF COURT

                                    _____
                                    Edressa Kamal
                                    DEPUTY CLERK



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF COURT

June 6, 2019

Iran's Ministry of Commerce
c/o H.E. Mohammed Javad Zarif
Minister of Foreign Affairs
Imam Khomeini Avenue
Tehran, Iran

Re:    Ray, et al. v. Iran, et al., Case No. 19-cv-00012 (GBD)(SN)
       In Re Terrorist Attacks on September 11, 2001, 1:03-md-01570 (GBD) (SN)

Dear Sir,

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3), one copy of the
following documents (one set each in English and Farsi) is being served on you on behalf of the
Plaintiff in the above-referenced action which names your country and/or government office as a
defendant:

- Cover Letter from Timothy B. Fleming
- Second Amended Complaint, filed in the U.S. District Court for the Southern
  District of New York, dated May 6, 2019 (Ray Docket No. 139)
- Notice of Suit, pursuant to 22 C.F.R 93.2 dated May 6, 2019, along with the text
  of FSIA, 28 U.S.C § 1602, et seq,; and,
- Amended Summons in a Civil Action, dated May 10, 2019 (Ray Docket No. 142)
- Affidavit of translator (along with translations of the above documents)

Respectfully yours,

Ruby J. Krajick
Clerk of Court

Enclosures

ACEPAC 3pt1117AP 1.0

**DHL Express** — Track this shipment: dhl.com — **Shipment Waybill** (Non negotiable)

12 2018

991 5863 521

GREY SECTIONS FOR DHL USE ONLY

ORIGIN | DESTINATION CODE

**1 Payer account number and Shipment Value Protection details**

Charge to [X] Shipper [ ] Receiver [ ] 3rd party [ ] Cash [ ] Cheque [ ] Credit Card

Payer Account No.

Shipment Value Protection see reverse

[ ] Increased Protection Value

Not all payment options are available in all countries. CC reference code

**2 From (Shipper)**

Shipper's account number: 848702704

Contact name: T. Mellon

Shipper's reference (up to 32 characters - first 12 will be shown on invoice): RAY Complaint

Company name: Wiggins, Childs, et al.

Address: 212 West Court St. Doylestown, PA

Postcode/Zip Code (required): 18901

Phone, Fax or E-mail (required): 215.510.2345

**3 To (Receiver)**

Company name: IRAN'S Ministry of Commerce

Delivery address (DHL cannot deliver to a PO Box): c/o H.E. Mohammad Zarif, Ministry of Foreign Affairs, Iman Khomeini Ave. Tehran

Postcode/Zip Code (required): 11369

Country: IRAN

Contact person: M. ZARIF

Phone, Fax or E-mail (required): 982166739191

For more information see DHL Web Site or call your local DHL office

**4 Shipment details** — Billed weight is calculated from total weight and dimensions

| Total number of packages | Total Weight | Pieces | Length | Width | Height |
|---|---|---|---|---|---|
| 1 | 1 lb 6 oz | __ @ | X | X | |
| | | __ @ | X | X | |
| | | __ @ | X | X | |
| | | __ @ | X | X | |

Dimensions in inches

**5 Full description of contents**

Give content and quantity: 1 Set of legal Documents

**6 Non-Document Shipments Only (Customs Requirement)**

Attach the original and two copies of a Proforma or Commercial invoice

Shipper's VAT/GST number | Receiver's VAT/GST or Shipper's EIN/SSN

Declared Value for Customs (as on commercial/proforma invoice) | Harmonised Commodity Code if applicable

TYPE OF EXPORT [ ] Permanent [ ] Repair/Return [ ] Temporary

Destination duties/taxes If left blank receiver pays duties/taxes [ ] Receiver [ ] Shipper [ ] Other ........ specify approved account number

**7 Shipper's agreement (Signature required)**

Unless otherwise agreed in writing, I/we agree that DHL's Terms and Conditions of Carriage are all the terms of the contract between me/us and DHL and (1) such Terms and Conditions and, where applicable, the Warsaw Convention limits and/or excludes DHL's liability for loss, damage or delay and (2) this shipment does not contain cash or dangerous goods (see reverse).

Signature: [signature] Date: 5/29/19

AP 11/17

**8 Products & Services**

[ ] Domestic [X] International Document [ ] International Non-Document

Products (not all are available to and from all locations)

[ ] EXPRESS 9:00
[ ] EXPRESS 10:30
[ ] EXPRESS 12:00
[X] EXPRESS / WORLDWIDE
[ ] EXPRESS ENVELOPE
[ ] ECONOMY SELECT
[ ] OTHER........

Optional Services (extra charges may apply)

[ ] Saturday Delivery [ ] Hold for Collection
[ ] Delivery Notification [ ] Payable Packaging
[ ] Other ........

Globalmail Business

[ ] Priority [ ] Standard [ ] Other

DIMENSIONAL/CHARGEABLE WEIGHT lb • oz

CHARGES Services

Other

Shipment Value Protection

VAT

CURRENCY | TOTAL

PAYMENT DETAILS (Cheque, Card No.)

No.:

Type Expires

Picked up by

Route No.

Time Date

Origin copy

Go Green-Go E-Commerce-Visit mydhl.com to Register

9.25 x 6 300180 11/17 P1