```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ray, et al.

Plaintiff(s)

-v-

Iran, et al.,

Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:19 cv 00012 (GBD) (SN)
1:03 mdl 1570 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 10 day of June, 2019, I served: Iran's Ministry of Petroleum c/o H.E Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue Tehran, Iran.

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

1 copy(ies) of the Cover Letter by Timothy Fleming, Second Amended Complaint dated May 6, 2019 (Ray Docket No. 139), Notice of Suit, pursuant to 22 C.F.R 93.2, dated May 6, 2019, along with the text of FSIA 28 U.S.C § 1602, et seq, Amended Summons and Affidavit of translator (along with translations of the above documents) by DHL # 991 5863 506.

Dated: New York, New York
06/10/2019

RUBY J. KRAJICK
CLERK OF COURT

Edressa Kamal
DEPUTY CLERK



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF COURT

June 6, 2019

Iran's Ministry of Petroleum
c/o H.E. Mohammed Javad Zarif
Minister of Foreign Affairs
Imam Khomeini Avenue
Tehran, Iran

Re:   Ray, et al. v. Iran, et al., Case No. 19-cv-00012 (GBD)(SN)
      In Re Terrorist Attacks on September 11, 2001, 1:03-md-01570 (GBD) (SN)

Dear Sir,

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3), one copy of the following documents (one set each in English and Farsi) is being served on you on behalf of the Plaintiff in the above-referenced action which names your country and/or government office as a defendant:

- Cover Letter from Timothy B. Fleming
- Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (Ray Docket No. 139)
- Notice of Suit, pursuant to 22 C.F.R 93.2 dated May 6, 2019, along with the text of FSIA, 28 U.S.C § 1602, et seq,; and,
- Amended Summons in a Civil Action, dated May 10, 2019 (Ray Docket No. 142)
- Affidavit of translator (along with translations of the above documents)

Respectfully yours,

Ruby J. Krajick
Clerk of Court

Enclosures

# DHL Express Shipment Waybill

**Track this shipment: dhl.com**
(Non negotiable)

ACEPAC 3pi1117AP 1.0

For more information see DHL Web Site or call your local DHL office

## 1. Payer account number and Shipment Value Protection details

Charge to: ☒ Shipper  ☐ Receiver  ☐ 3rd party

Payer Account No.

Shipment Value Protection — see reverse
☐ Increased Protection Value

☐ Cash  ☐ Cheque  ☐ Credit Card

CC reference code

## 2. From (Shipper)

Shipper's account number: 848 702704

Shipper's reference (up to 32 characters — first 12 will be shown on invoice): T. Mellon

Company name: RAY - Complaint

Contact name

Address: Wiggins, Childs, et al.
212 West Court St.
Doylestown

Postcode/Zip Code: 18901

Phone, Fax or E-mail: 215.510.2345

## 3. To (Receiver)

Company name: IRAN's Ministry of Petroleum

Delivery address: c/o H.E. Mohammad ZARIF
Ministry of Foreign Affairs
IMAM/Khomeini Ave.
Tehran, IRAN

Postcode/Zip Code: 11369

Contact person: M. ZARIF

Country: IRAN

Phone, Fax or E-mail: 982/66739191

## 4. Shipment details

Total number of packages: 1
Total Weight: 1 . 6 lb

Pieces: ① ② ③
Dimensions in inches: Length × Width × Height

## 5. Full description of contents

1 set of legal Documents

## 6. Non-Document Shipments Only (Customs Requirement)

Shipper's VAT/GST number
Receiver's VAT/GST or Shipper's EIN/SSN
Declared Value for Customs
Harmonised Commodity Code if applicable

TYPE OF EXPORT: ☐ Permanent  ☐ Repair/Return  ☐ Temporary

## 7. Shipper's agreement (Signature required)

Destination duties/taxes — If left blank receiver pays duties/taxes
☐ Receiver  ☐ Shipper  ☐ Other

Signature: [signed]
Date: 5/29/19
AP 11/17

**Waybill:** 991 58863 506

ORIGIN

GREY SECTIONS FOR DHL USE ONLY
DESTINATION CODE

## 8. Products & Services

☐ Domestic  ☒ International Document  ☐ International Non-Document

☐ EXPRESS/WORLDWIDE
☐ EXPRESS ENVELOPE
☐ ECONOMY SELECT
☐ OTHER
☐ EXPRESS 9:00
☐ EXPRESS 10:30

Optional Services:
☐ Saturday Delivery  ☐ Hold for Collection
☐ Delivery Notification  ☐ Payable Packaging
☐ Other

☐ Priority  ☐ Standard  ☐ Globalmail Business  ☐ Other

DIMENSIONAL/CHARGEABLE WEIGHT: lb / oz

CHARGES
Services
Shipment Value Protection
Other
VAT
CURRENCY  TOTAL

PAYMENT DETAILS (Cheque, Card No.)
No.:
Type  Expires

Picked up by
Route No.
Time  Date

Origin copy

9.25×6  300180  11/17  Go Green-Go E-Commerce. Visit mydhl.com to Register