```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ray, et al.

                                Plaintiff(s)

-v-

Iran, et al.,

                                Defendant(s)

## CERTIFICATE OF MAILING

Case No.: <u>1:19 cv 00012 (GBD) (SN)</u>
             <u>1:03 mdl 1570 (GBD) (SN)</u>

     I hereby certify under the penalties of perjury that on the <u>10</u> day of <u>June</u>, <u>2019</u>, I served: <u>the Central Bank of Iran a/k/a Bank Markazi, c/o Abdolnaser Hemmati (President/ Governor), 144 Mirdamad Blvd, Tehran, Iran.</u>

☐    the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒    the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐    the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐    the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

     <u>1</u> copy(ies) of <u>the Cover Letter by Timothy Fleming, Second Amended Complaint dated May 6, 2019 (Ray Docket No. 139), Notice of Suit, pursuant to 22 C.F.R 93.2, dated May 6, 2019, along with the text of FSIA 28 U.S.C § 1602, et seq, Amended Summons and Affidavit of translator (along with translations of the above documents)</u> by DHL # 991 5863 484

Dated: New York, New York
         06/10/2019

                                            RUBY J. KRAJICK
                                            CLERK OF COURT

                                            Edressa Kamal
                                            DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007



RUBY J. KRAJICK
CLERK OF COURT

June 6, 2019

Central Bank of Iran a/k/a Bank Markazi
c/o Abdolnaser Hemmati (President/Governor)
144 Mirdamad Blvd.
Tehran, Iran

Re:  Ray, et al. v. Iran, et al., Case No. 19-cv-00012 (GBD)(SN)
     In Re Terrorist Attacks on September 11, 2001, 1:03-md-01570 (GBD) (SN)

Dear Sir,

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3), one copy of the following documents (one set each in English and Farsi) is being served on you on behalf of the Plaintiff in the above-referenced action which names your country and/or government office as a defendant:

- Cover Letter from Timothy B. Fleming
- Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (Ray Docket No. 139)
- Notice of Suit, pursuant to 22 C.F.R 93.2 dated May 6, 2019, along with the text of FSIA, 28 U.S.C § 1602, et seq,; and,
- Amended Summons in a Civil Action, dated May 10, 2019 (Ray Docket No. 142)
- Affidavit of translator (along with translations of the above documents)

Respectfully yours,

Ruby J. Krajick
Clerk of Court

Enclosures

# DHL Express Shipment Waybill

Track this shipment: shipment.dhl.com
(Non-negotiable)

ACEPAC-3pt1117AP 1.0

**1 Payer account number and Shipment Value Protection details**

Charge to: ☒ Shipper  ☐ Receiver  ☐ 3rd party
Payer Account No.
Shipment Value Protection — see reverse
☐ Increased Protection Value

Not all payment options are available in all countries.
☐ Cash  ☐ Cheque  ☐ Credit Card
CC reference code

**2 From (Shipper)**

Shipper's account number: 848702704
Contact name: T. Mellon
Shipper's reference (up to 32 characters - first 12 will be shown on invoice): 848702704 T.Mellon
Company name: RAY Complaint
Address: 212 WEST. Court ST, Wiggins, Childs, et al.
Doylestown, PA
Postcode/Zip Code (required): 18901
Phone, Fax or E-mail (required): 215-510-2345

**3 To (Receiver)**

Company name: Central Bank of IRAN
Delivery address (DHL cannot deliver to a PO Box): c/o Abdolnaser Hemmati, Pres.
144, MiRDAMAD BLVD.
TEHRAN
Postcode/Zip Code (required): 11369
Country: IRAN
Contact person: A. Hemmati
Phone, Fax or E-mail (required): 98-21-229-51

**4 Shipment details** — Billed weight is calculated from total weight and dimensions

Total number of packages: 1
Total Weight: 1 lb 6 oz
Pieces: @ @ @ @
Dimensions in inches: Length × Width × Height

ORIGIN: 991 5863 484
12 2018

**5 Full description of contents**
Give content and quantity
1 Set of legal Documents

**6 Non-Document Shipments Only (Customs Requirement)**
Attach the original and two copies of a Proforma or Commercial invoice
Shipper's VAT/GST number — Receiver's VAT/GST or Shipper's EIN/SSN
Declared Value for Customs (as on commercial/proforma invoice)
Harmonised Commodity Code if applicable

TYPE OF EXPORT
☐ Permanent  ☐ Repair/Return  ☐ Temporary
Destination duties/taxes  if left blank receiver pays duties/taxes
☐ Receiver  ☐ Shipper  ☐ Other  specify approved account number

**7 Shipper's agreement (Signature required)**

Unless otherwise agreed in writing, I/we agree that DHL's Terms and Conditions of Carriage are all the terms of the contract between me/us and DHL and (1) such Terms and Conditions and, where applicable, the Warsaw Convention, limits and/or excludes DHL's liability for loss, damage or delay and (2) this shipment does not contain cash or dangerous goods (see reverse).

Signature: [signed]
Date: 5/29/19

AP 11/17

GREY SECTIONS FOR DHL USE ONLY
DESTINATION CODE

**8 Products & Services**
☐ Domestic  ☐ International Non-Document
Products (not all are available to and from all locations)
☐ International Document  ☐ Hold for Collection
☐ EXPRESS 9:00
☐ EXPRESS 10:30
☐ EXPRESS 12:00
☒ EXPRESS WORLDWIDE
☐ EXPRESS ENVELOPE
☐ ECONOMY SELECT
☐ OTHER
Optional Services (extra charges may apply)
☐ Saturday Delivery
☐ Delivery Notification  ☐ Payable Packaging
☐ Other
☐ Globalmail Business
☐ Priority  ☐ Standard  ☐ Other

DIMENSIONAL/CHARGEABLE WEIGHT
lb ● oz

CHARGES
Services
Other
Shipment Value Protection
VAT
CURRENCY  TOTAL

PAYMENT DETAILS (Cheque, Card No.)
No.:
Type  Expires
Picked up by
Route No.
Time  Date

Origin copy

Go Green-Go E-Commerce. Visit mydhl.com to Register
9.25 x 6   300180   11/17