USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ray, et al.

　　　　　　　　　　　　　　Plaintiff(s)

-v-

Iran, et al.,

　　　　　　　　　　　　　　Defendant(s)

**CERTIFICATE OF MAILING**

Case No.:　1:19 cv 00012 (GBD) (SN)
　　　　　　1:03 mdl 1570 (GBD) (SN)

I hereby certify under the penalties of perjury that on the _10_ day of _June_ , _2019_ , I served:

National Iranian Tanker Company, c/o Nasrollah Sardashti (Managing Director), 65 Shahid Atefi Street, Africa Expressway, Tehran, Iran

☐　　the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒　　the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐　　the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐　　the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

_1_ copy(ies) of the Cover Letter by Timothy Fleming, Second Amended Complaint dated May 6, 2019 (Ray Docket No. 139), Notice of Suit, pursuant to 22 C.F.R 93.2, dated May 6, 2019, along with the text of FSIA 28 U.S.C § 1602, et seq, Amended Summons and Affidavit of translator (along with translations of the above documents) by DHL # 991 5863 462

Dated:　New York, New York
　　　　06/10/2019

RUBY J. KRAJICK
CLERK OF COURT

Edressa Kamal
DEPUTY CLERK



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF COURT

June 6, 2019

National Iranian Tanker Company
c/o Nasrollah Sardashti (Managing Director)
65 Shahid Atefi Street, Africa Expressway
Tehran, Iran

Re:   Ray, et al. v. Iran, et al., Case No. 19-cv-00012 (GBD)(SN)
      In Re Terrorist Attacks on September 11, 2001, 1:03-md-01570 (GBD) (SN)

Dear Sir,

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3), one copy of the
following documents (one set each in English and Farsi) is being served on you on behalf of the
Plaintiff in the above-referenced action which names your country and/or government office as a
defendant:

- Cover Letter from Timothy B. Fleming
- Second Amended Complaint, filed in the U.S. District Court for the Southern
  District of New York, dated May 6, 2019 (Ray Docket No. 139)
- Notice of Suit, pursuant to 22 C.F.R 93.2 dated May 6, 2019, along with the text
  of FSIA, 28 U.S.C § 1602, et seq,; and,
- Amended Summons in a Civil Action, dated May 10, 2019 (Ray Docket No. 142)
- Affidavit of translator (along with translations of the above documents)

Respectfully yours,

Ruby J. Krajick
Clerk of Court

Enclosures

ACEPAC Spt1117AP 1.0

**DHL Express**

Track this shipment: dhl.com
**Shipment Waybill**

Non-negotiable

For more information see DHL Web Site or call your local DHL office

**1 Payer account number and Shipment Value Protection details**

Charge to: ☒ Shipper ☐ Receiver ☐ 3rd party

Payer Account No.: _____

☐ Shipment Value Protection   see reverse
☐ Increased Protection Value

**2 From: (Shipper)**

Shipper's account number: _____

Shipper's reference (up to 32 characters - first 12 will be shown on invoice):
848 702 704 (T. Mellon)

Company name:
RAY COMPLAINT

Address:
212 West Court St.
Doylestown, PA

Postcode/Zip Code (required): 18901

Contact name: _____

Phone, Fax or E-mail (required): 215.510.2345

**3 To: (Receiver)**

Company name:
NATIONAL IRANIAN TANKER Co.

Delivery address (DHL cannot deliver to a PO Box):
C/O Nasrollah Sardasti
65 Shahid Atefi St.
AFRICA EXPRESSWAY
TEHRAN

Postcode/Zip Code (required): 11369

Contact person: N. SARDASTI

Country: IRAN

Phone, Fax or E-mail (required): 9821 23801

**4 Shipment details**

Billed weight is calculated from actual weight or volumetric weight, whichever is greater.

Total number of packages: 1

Total Weight: 1.6   ☐ lb ☐ oz

| Pieces | Length | | Width | | Height | |
|--------|--------|---|-------|---|--------|---|
| ① | | × | | × | | |
| ② | | × | | × | | |
| ③ | | × | | × | | |
| ④ | | × | | × | | |

**5 Full description of contents**
(Give content and quantity)

1 Set of legal Documents

**6 Non-Document Shipments Only (Customs Requirement)**

Attach the original and two copies of a Proforma or Commercial Invoice

Shipper's VAT/GST number: _____

Receiver's VAT/GST or Shipper's EIN/SSN: _____

Declared Value for Customs (as on commercial/proforma invoice): _____

Harmonised Commodity Code if applicable: _____

Destination duties/taxes - if left blank receiver pays duties/taxes
☐ Receiver ☐ Shipper ☐ Other specify approved account number

TYPE OF EXPORT
☐ Permanent ☐ Repair/Return ☐ Temporary

**7 Shipper's agreement (Signature required)**

Unless otherwise agreed in writing, the terms of the contract between me/us and DHL and (1) such terms and the applicable Warsaw Convention limit and/or exclude DHL's liability for loss, damage or delay and (2) this shipment does not contain any of the prohibited items listed (see reverse).

Signature: _____

AP 11/17

Date: 5/29/19

12
2018

**991 5863 462**

ORIGIN

**GREY SECTIONS FOR DHL USE ONLY**

DESTINATION CODE

**B Products & Services**

☐ Documents / ☐ International (documents and from all countries)
☐ EXPRESS ENVELOPE
☐ EXPRESS WORLDWIDE
☐ ECONOMY SELECT
☐ OTHER:
☐ Deferred Services (extra charges may apply)

Optional Services (extra charges may apply)
☐ Saturday Delivery
☐ Delivery Notification
☐ Hold for Collection
☐ Payable Packaging
☐ Other

☐ International Documents
☐ EXPRESS ENVELOPE
☐ EXPRESS WORLDWIDE
☐ EXPRESS 12:00
☐ EXPRESS 10:30
☐ EXPRESS 9:00

GlobalMail / Domestic
☐ Priority ☐ Standard ☐ Other

DIMENSIONAL/CHARGEABLE WEIGHT   ☐ lb ☐ oz ●

**CHARGES**
Services: _____
Shipment Value Protection: _____
Other: _____
VAT: _____

CURRENCY | TOTAL

PAYMENT DETAILS (Cheque, Card No.)

No.: _____

Picked up by: _____   Date: _____

Route No.: _____

Type: _____   Expires: _____

Time: _____

Origin copy