```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ray, et al.

                      Plaintiff(s)

-v-

Iran, et al.,

                      Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:19 cv 00012 (GBD) (SN)
1:03 mdl 1570 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 10 day of June , 2019 , I served: National Iranian Petrochemical Company, c/o c/o Bijon Zanganeh (Chairman) and Marzieh Shahdaei (President), 144 North Sheikh Bahaie Avenue, P.O. Box 1395-6896, Tehran, Iran

☐     the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒     the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐     the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐     the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

_1_ copy(ies) of the Cover Letter by Timothy Fleming, Second Amended Complaint dated May 6, 2019 (Ray Docket No. 139), Notice of Suit, pursuant to 22 C.F.R 93.2, dated May 6, 2019, along with the text of FSIA 28 U.S.C § 1602, et seq, Amended Summons and Affidavit of translator (along with translations of the above documents) by DHL # 991 5863 440

Dated: New York, New York
        06/10/2019

RUBY J. KRAJICK
CLERK OF COURT

Edressa Kamal
DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007



RUBY J. KRAJICK
CLERK OF COURT

June 6, 2019

National Iranian Petrochemical Company
c/o Bijon Zanganeh (Chairman) and Marzieh Shahdaei (President)
144 North Sheikh Bahaie Avenue
P.O. Box 1395-6896
Tehran, Iran

Re:   Ray, et al. v. Iran, et al., Case No. 19-cv-00012 (GBD)(SN)
      In Re Terrorist Attacks on September 11, 2001, 1:03-md-01570 (GBD) (SN)

Dear Sir,

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3), one copy of the following documents (one set each in English and Farsi) is being served on you on behalf of the Plaintiff in the above-referenced action which names your country and/or government office as a defendant:

- Cover Letter from Timothy B. Fleming
- Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (Ray Docket No. 139)
- Notice of Suit, pursuant to 22 C.F.R 93.2 dated May 6, 2019, along with the text of FSIA, 28 U.S.C § 1602, et seq,; and,
- Amended Summons in a Civil Action, dated May 10, 2019 (Ray Docket No. 142)
- Affidavit of translator (along with translations of the above documents)

Respectfully yours,

Ruby J. Krajick
Clerk of Court

Enclosures

# DHL Express Shipment Waybill

**Track this shipment:** dhl.com
(Non negotiable)

## 1. Payer account number and Shipment Value Protection details

- Charge to: ☒ Shipper  ☐ Receiver  ☐ 3rd party
- Payer Account No.: ☐ Cash  ☐ Cheque  ☐ Credit Card
- Shipment Value Protection — see reverse
- ☐ Increased Protection Value
- CC reference code: _____

For more information see DHL Web Site or call your local DHL office

## 2. From (Shipper)

- Shipper's account number: 878702704
- Contact name: T. Mellon
- Shipper's reference (up to 32 characters - first 12 will be shown on invoice): Wiggins, Childs, et al
- Company name: RAY Complaint
- Address: 212 West Court St.
- Postcode/Zip Code: 18901
- Doylestown, PA
- Phone, Fax or E-mail: 215.510.2345

## 3. To (Receiver)

- Company name: National Iranian Petrochem Co.
- Delivery address: c/o Bijan Zanganeh
- 144, North, Sheikh Bahaie Ave.
- Tehran
- Postcode/Zip Code: 11369
- Country: IRAN
- Contact person: B. Zanganeh
- Phone, Fax or E-mail: 98-21-84991

## 4. Shipment details

Billed weight is calculated from total weight and dimensions

- Total number of packages: 1
- Total Weight: 1 lb 6 oz
- Pieces: @
- Dimensions in inches: Length × Width × Height

Origin: 12 / 2018
Waybill: 991 5863 440

## 5. Full description of contents

1 set of legal Documents

## 6. Non-Document Shipments Only (Customs Requirement)

- Shipper's VAT/GST number / Receiver's VAT/GST or Shipper's EIN/SSN
- Declared Value for Customs (as on commercial/proforma invoice)
- Harmonised Commodity Code if applicable
- TYPE OF EXPORT: ☐ Permanent  ☐ Repair/Return  ☐ Temporary

## 7. Shipper's agreement (Signature required)

- Destination duties/taxes: ☐ Receiver  ☐ Shipper  ☐ Other
- Signature: (signed) B. Mellon
- Date: 5/29/19

## GREY SECTIONS FOR DHL USE ONLY — DESTINATION CODE

## 8. Products & Services

- ☐ Domestic  ☐ International Non-Document
- ☒ EXPRESS / WORLDWIDE
- ☐ EXPRESS 12:00  ☐ EXPRESS 10:30  ☐ EXPRESS 9:00
- ☐ ECONOMY SELECT  ☐ OTHER
- Optional Services: ☐ Saturday Delivery  ☐ Hold for Collection  ☐ Delivery Notification  ☐ Payable Packaging  ☐ Other
- Globalmail Business: ☐ Priority  ☐ Standard  ☐ Other

DIMENSIONAL/CHARGEABLE WEIGHT: lb / oz

- Shipment Value Protection
- CHARGES / Services / Other
- VAT
- CURRENCY / TOTAL
- PAYMENT DETAILS (Cheque, Card No.)
- No.: Type: Expires:
- Picked up by / Route No. / Time / Date

ACEPAC-3pt1117AP 1.0
AP 11/17
9.25 x 6    300180    11/17

Origin copy

Go Green-Go E-Commerce. Visit mydhl.com to Register