```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ray, et al.

                              Plaintiff(s)

-v-

Iran, et al.,

                              Defendant(s)

## CERTIFICATE OF MAILING

Case No.: 1:19 cv 00012 (GBD) (SN)
1:03 mdl 1570 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 10 day of June, 2019, I served:

Iran Airlines a/k/a Iran Air c/o Farzaneh Sharafbafi (CEO)Iran Air H.Q., Mehrabad Airport P.O. Box 13185-775, Tehran, Iran

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

_1_ copy(ies) of the Cover Letter by Timothy Fleming, Second Amended Complaint dated May 6, 2019 (Ray Docket No. 139), Notice of Suit, pursuant to 22 C.F.R 93.2, dated May 6, 2019, along with the text of FSIA 28 U.S.C § 1602, et seq, Amended Summons and Affidavit of translator (along with translations of the above documents) by DHL # 991 5863 451

Dated: New York, New York
06/10/2019

RUBY J. KRAJICK
CLERK OF COURT

_(signature)_

Edressa Kamal
DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007



RUBY J. KRAJICK
CLERK OF COURT

June 6, 2019

Iran Airlines a/k/a Iran Air
c/o Farzaneh Sharafbafi
Iran Air H.Q., Mehrabad Airport
P.O. Box 13185-775
Tehran, Iran

Re:   Ray, et al. v. Iran, et al., Case No. 19-cv-00012 (GBD)(SN)
      In Re Terrorist Attacks on September 11, 2001, 1:03-md-01570 (GBD) (SN)

Dear Sir,

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3), one copy of the following documents (one set each in English and Farsi) is being served on you on behalf of the Plaintiff in the above-referenced action which names your country and/or government office as a defendant:

- Cover Letter from Timothy B. Fleming
- Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (Ray Docket No. 139)
- Notice of Suit, pursuant to 22 C.F.R 93.2 dated May 6, 2019, along with the text of FSIA, 28 U.S.C § 1602, et seq,; and,
- Amended Summons in a Civil Action, dated May 10, 2019 (Ray Docket No. 142)
- Affidavit of translator (along with translations of the above documents)

Respectfully yours,

Ruby J. Krajick
Clerk of Court

Enclosures

# DHL Express Shipment Waybill

**Waybill No:** 991 5863 451
**Date:** 12 2018

## 1. Payer account number and Shipment Value Protection details
- Charge to: ☒ Shipper ☐ Receiver ☐ 3rd party
- Payer Account No.: (blank)
- Shipment Value Protection: ☐ Increased Protection Value
- Payment: ☐ Cash ☐ Cheque ☐ Credit Card

## 2. From (Shipper)
- Shipper's account number: 848702704
- Shipper's reference: T. Mellon
- Contact name: (blank)
- Company name: Bay Complaint
- Address: Wiggins, Childs, et al
  212 West Court St.
- Postcode/Zip Code: 18901
- Doylestown PA
- Phone: 215.510.2345

## 3. To (Receiver)
- Company name: IRAN Airlines
- Delivery address: C/o FARZANEH Sharafbati
  IRAN AIR H.Q., Mehrabad Airport
  Tehran, IRAN
- Postcode/Zip Code: 11369
- Country: IRAN
- Contact person: F. Sharafbati
- Phone: 0119821 4663549

## 4. Shipment details
- Total number of packages: 1
- Total Weight: 1 lb 6 oz

## 5. Full description of contents
1 Set of legal Documents

## 6. Non-Document Shipments Only (Customs Requirement)
(blank)

## 7. Shipper's agreement (Signature required)
Signature: [signed] B. Mellon
Date: 5/29/19

GREY SECTIONS FOR DHL USE ONLY
ORIGIN / DESTINATION CODE
8. Products & Services
Origin copy
Go Green–Go E-Commerce. Visit mydhl.com to Register