```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ray, et al.
                              Plaintiff(s)

-v-

Iran, et al.,
                              Defendant(s)

**CERTIFICATE OF MAILING**

Case No.:  1:19 cv 00012 (GBD) (SN)
            1:03 mdl 1570 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 10 day of June, 2019, I served Hezbollah, Valiasr Avenue, Shahid Rahimi Alley No. 7, Tehran, Iran

☐     the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒     the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐     the Secretary of State, Attn:  Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐     the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

1 copy(ies) of the Cover Letter by Timothy Fleming, Second Amended Complaint dated May 6, 2019 (Ray Docket No. 139), Notice of Suit, pursuant to 22 C.F.R 93.2, dated May 6, 2019, along with the text of FSIA 28 U.S.C § 1602, et seq, Amended Summons and Affidavit of translator (along with translations of the above documents) by DHL # 991 5863 436

Dated:  New York, New York
         06/10/2019

RUBY J. KRAJICK
CLERK OF COURT

_____
Edressa Kamal
DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007



RUBY J. KRAJICK
CLERK OF COURT

June 6, 2019

Hezbollah
Valiasr Avenue
Shahid Rahimi Alley No. 7
Tehran, Iran

Re:   Ray, et al. v. Iran, et al., Case No. 19-cv-00012 (GBD)(SN)
      In Re Terrorist Attacks on September 11, 2001, 1:03-md-01570 (GBD) (SN)

Dear Sir,

Pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3), one copy of the following documents (one set each in English and Farsi) is being served on you on behalf of the Plaintiff in the above-referenced action which names your country and/or government office as a defendant:

- Cover Letter from Timothy B. Fleming
- Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (Ray Docket No. 139)
- Notice of Suit, pursuant to 22 C.F.R 93.2 dated May 6, 2019, along with the text of FSIA, 28 U.S.C § 1602, et seq,; and,
- Amended Summons in a Civil Action, dated May 10, 2019 (Ray Docket No. 142)
- Affidavit of translator (along with translations of the above documents)

Respectfully yours,

Ruby J. Krajick
Clerk of Court

Enclosures

**DHL Express**
Shipment Waybill (Non negotiable)
Track this shipment: dhl.com

ACEPAC 5pl1117AP 1.0

**1. Payer account number and Shipment Value Protection details**

Charge to: ☒ Shipper  ☐ Receiver  ☐ 3rd party
Payer Account No.: 828702704 T. Mellon
Shipment Value Protection — see reverse
☐ Increased Protection Value

Not all payment options are available in all countries.
☐ Cash
☐ Cheque
☐ Credit Card

CC reference code

**2. From (Shipper)**

Shipper's account number: 828702704 T. Mellon  Contact name
Shipper's reference (up to 32 characters - first 12 will be shown on invoice): RAY COMPLAINT
Company name: Wiggins, Childs, et al.
Address: 212 W. COURT ST.
Doylestown PA
Postcode/Zip Code (required): 18901
Phone, Fax or E-mail (required): 215.510.2345

**3. To (Receiver)**

Company name: HEZBOLLAH
Delivery address (DHL cannot deliver to a PO Box): VA IIASR Ave.
Shahid Rahimi Alley No. 7
TEHRAN
Postcode/Zip Code (required): 11369  Country: IRAN
Contact person: M. ZARIF
Phone, Fax or E-mail (required): 982166739191

Date: 12 / 2018

Waybill: 991 5863 436

ORIGIN  DESTINATION CODE

**4. Shipment details** — Billed weight is calculated from total weight and dimensions

Total number of packages: 1
Total Weight: 1 · 6 lb / oz
Pieces | Length | Width | Height
@ | × | × | ×
@ | × | × | ×
@ | × | × | ×

**5. Full description of contents**

Give content and quantity: 1 Set of legal Documents

**6. Non-Document Shipments Only (Customs Requirement)**

Attach the original and two copies of a Proforma or Commercial invoice
Shipper's VAT/GST number | Receiver's VAT/GST or Shipper's EIN/SSN
Declared Value for Customs (as on commercial/proforma invoice) | Harmonised Commodity Code if applicable

TYPE OF EXPORT
☐ Permanent  ☐ Repair/Return  ☐ Temporary

Destination duties/taxes — if left blank receiver pays duties/taxes
☐ Receiver  ☐ Shipper  ☐ Other _specify approved account number_

**7. Shipper's agreement (Signature required)**

Unless otherwise agreed in writing, I/we agree that DHL's Terms and Conditions of Carriage are as applicable, the terms of the contract between me/us and DHL and (1) such Terms and Conditions and, where applicable, the Warsaw Convention limits and/or excludes DHL's liability for loss, damage or delay, and (2) this shipment does not contain cash or dangerous goods (see reverse).

Signature: [signed]   Date: 5/29/19

AP 11/17

**8. Products & Services**

☐ Domestic ☐ International Non-document
Products (not all are available to and from all locations)
☐ EXPRESS 9:00
☐ EXPRESS 10:30
☐ EXPRESS 12:00
☒ EXPRESS / WORLDWIDE
☐ EXPRESS ENVELOPE
☐ ECONOMY SELECT
☐ OTHER

Optional Services (extra charges may apply)
☐ Saturday Delivery  ☐ Hold for Collection
☐ Delivery Notification  ☐ Payable Packaging
☐ Other
☐ Globalmail Business
☐ Priority  ☐ Standard  ☐ Other

DIMENSIONAL/CHARGEABLE WEIGHT
lb  ●  oz

CHARGES
Services
Other
Shipment Value Protection
VAT
CURRENCY | TOTAL

PAYMENT DETAILS (Cheque Card No.)
No.:
Type | Expires
Picked up by
Route No.
Time | Date

GREY SECTIONS FOR DHL USE ONLY

Origin copy

Go Green - Go E-Commerce. Visit mydhl.com to Register
9.25 x 8   300180   11/17