UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

*Ray, et al.*

v.

*Islamic Republic of Iran et al*

**CERTIFICATE OF MAILING**

Case No.: *19-cv-00012 (GBD)(SN)*
           *03-md-01570 (GBD)(SN)*

I hereby certify under the penalties of perjury that on the __10__ day of July, 2019, I served: The Iranian Ministry of Information and Security, c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran

☐     the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐     the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒     the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐     the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

__2__ copy(ies) of the _____ Second Amended Complaint, Notice of Suit, Amended Summons, along with the certified Farsi translations of the above documents, affidavit of the translator

by _____ Federal Express #7756 5224 2735.

Dated: New York, New York
       07/10/ 2019

RUBY J. KRAJICK
CLERK OF COURT

*Melina Roberts*
Melina Roberts
DEPUTY CLERK

ORIGIN ID:PCTA (212) 805-0136
CLERK OF COURT
DANIEL P. MOYNIHAN U.S. COURTHOUSE
U.S. DISTRICT COURT FOR S.D.N.Y.
500 PEARL STREET
NEW YORK, NY 10007
UNITED STATES US

SHIP DATE: 08JUL19
ACTWGT: 2.00 LB
CAD: 105808175/INET4100

BILL SENDER

TO POLICY REVIEW & INTER-AGENCY LIASON
SEC. OF STATE DIR. CONSULAR SERV.
(CA/OCS/PRI), U.S. DEPT. OF STATE
SA-29, 4TH FLOOR, 2201 C ST. NW
WASHINGTON DC 20520
(202) 736-9110
INV:
PO:
DEPT:

REF: RAY - 1ST 8 TO STATE

MPS# 0263
Mstr# 7756 5224 1577

7 of 8

7756 5224 2735

EP WGOA

0201

TUE - 09 JUL 3:00P
STANDARD OVERNIGHT

20520
DC-US IAD

565J2/A6F9/23AD