```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ray et al

v.

Islamic Republic of Iran et al

**CERTIFICATE OF MAILING**

Case No.: __19cv00012__ (GBD)(SN)

I hereby certify under the penalties of perjury that on the __10TH__ day of __July__, 2019, I served: The Iranian Ministry of Economic Affairs and Finance c/o H.E. Dr. Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran, Ministry of Foreign Affairs of the Islamic Republic of Iran at Imam Khomeini Ave, Tehran, Iran

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

__2__ copy(ies) of the Second Amended Complaint, Notice of Suit, Amended Summons and Certified translations of each of the above documents.

by _____Federal Express 7756 5224 1577_____.

Dated: New York, New York
       July 10, 2019

RUBY J. KRAJICK
CLERK OF COURT

_____
Shanee Mcleod
DEPUTY CLERK

