USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8|28|19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Herman Ray

                              Plaintiff(s)

-v-

Iran's Ministry of Economic Affairs and Finance

                              Defendant(s)

**CERTIFICATE OF MAILING**

Case No.:  1:19-cv-00012 (GBD)(SN)
            1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27 day of August, 2019, I served:

IRAN'S MINISTRY OF ECONOMIC AFFAIRS AND FINANCE, c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

1 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (Ray Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, et seq.; Amended Summons in a Civil Action, dated August 7, 2019 (Ray Doc. No. 172), Affidavits/Certifications from the Translators

by United States Postal Service LA 337 930 501 US

Dated: New York, New York
        8/27/2019

                              RUBY J. KRAJICK
                              CLERK OF COURT

                              Casey Goedtel
                              DEPUTY CLERK

## USPS® Customs Declaration – CN 22

**IMPORTANT:** The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's instructions page. Please print in English and press firmly; you are making multiple copies.

**From:**
- Sender's Last Name: Mellon
- First: Thomas
- Business: Wiggins, Childs, et al
- Address: 1911 Conn. Ave., NW, suite 42
- City: Washington
- State: DC
- ZIP+4: 20036
- Telephone/Fax or Email: 202.467.4489

**To:**
- Addressee's Last Name: Iran's Ministry of Economic Affairs
- First: Affairs + Finance
- Business: C/O H.E. Mohammad Javad Zarif
- Address: Min. of Foreign Affairs, Khomein; Imam
- City: Tehran
- State/Province:
- Post Code: 11369

Barcode: LA 337 930 501 US

☒ Documents ☐ Commercial sample ☐ Merchandise ☐ Dangerous Goods
☐ Gift ☐ Humanitarian Donation ☐ Other

| Detailed description of contents (1) | Qty. (2) | Weight (3) lb. oz. | Value (4) (US $) | HS Tariff # (5) | Country of Origin (6) |
|---|---|---|---|---|---|
| Legal Complaint | 1 | 2 / 0 | 1 | | USA |
| Totals (7) | 1 | 2 | $0 | | |

AES Exemption (8)
☐ NOEEI § 30.37(a) ☐ NOEEI § 30.37(h)

I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

Mailing Office Date Stamp

---

## Registered No. / Date Stamp

**Postage $**
Extra Services & Fees
- ☐ Registered Mail $
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Restricted Delivery $

**Customer Must Declare Full Value $**

Extra Services & Fees (continued)
- ☐ Signature Confirmation $
- ☐ Signature Confirmation Restricted Delivery $

**Total Postage & Fees $**
**Received by**

OFFICIAL USE

**FROM:** Wiggins Childs Pantazis et al, Iran's Ministry of Economic Affairs + Finance, C/O H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs

**TO:** Imam Khomeini Ave, Tehran, Iran 11369

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

---

**Completed at destination.** (A compléter à destination.)
**Completed by the office of origin.** (A remplir par le bureau d'origine.)

- Item Description (Nature de l'envoi)
- ☐ Insured Parcel (Colis avec valeur déclarée)
- Office of Mailing (Bureau de dépôt)
- Addressee Name or Firm (Nom ou raison sociale du destinataire): Iran's Ministry of Economic Affairs + Finance
- Street and No. (Rue et No.): C/O H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs
- Place and Country (Localité et pays): Tehran, Iran 11369, Imam Khomeini Avenue

☐ Registered Article (Envoi recommandé)
Insured Value (Valeur déclarée)
☐ Letter (Lettre)
☐ Printed Matter (Imprimé)
☐ Other (Autre)

Article Number
Date of Posting (Date de dépôt)

☐ Recorded Delivery (Envoi à livraison attestée)
☐ Express Mail International

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination, or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Signature of Addressee (Signature du destinataire)
Office of Destination Employee Signature (Signature de l'agent du bureau du destination) | Date
Postmark of the office of destination (Timbre du bureau de destination)