USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Herman Ray

                            Plaintiff(s)

-v-

Islamic Republic of Iran

                            Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:19-cv-00012 (GBD)(SN)
          1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27 day of August, 2019, I served:

ISLAMIC REPUBLIC OF IRAN, *c/o* H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran

☐    the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒    the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐    the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐    the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

    1 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, *et seq.*; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No. 172), Affidavits/Certifications from the Translators

by United States Postal Service LA 337 930 515 US

Dated: New York, New York
       8/27/2019

                                      RUBY J. KRAJICK
                                      CLERK OF COURT

                                      _____
                                      Casey Goedtel
                                      DEPUTY CLERK

## Registered Mail Receipt / Customs Declaration

**Item Description (Nature de l'envoi):** Insured Parcel

**Office of Mailing (Bureau de dépôt):** The Islamic Republic of Iran

**Addressee Name or Firm:** C/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs

**Street and No.:** Imam Khomeini Avenue

**Place and Country:** Tehran, Iran 11369

---

### USPS® Customs Declaration – CN 22

**From:**
- Sender's Last Name: Mellon
- First: Thomas
- Business: Wiggins, Childs, et al.
- Address: 1311 Conn. Ave N.W.
- City: Washington
- State: DC
- ZIP: 20036
- Telephone: 202-467-4489

**To:**
- Addressee's Last Name: Islamic Republic of Iran
- Business: C/o H.E. Mohammad Javad Zarif
- Address: Ministry of Foreign Affairs, Khomeini Ave.
- City: Tehran
- Country: Iran
- Post Code: 11369
- Telephone: 98 2166 739191

**Contents:** Documents (checked) — Legal Complaint
- Qty: 1
- Weight: 2 lb 1 oz
- Value: $0
- Country of Origin: USA
- Totals: 1 / $0

Barcode: LA337905157US

PS Form 2976, July 2013

---

### Registered Mail Receipt (PS Form 3806)

**FROM:**
Thomas Mellon
Wiggins Childs, et al.
1301 Conn Ave NW, Suite 420
Washington DC 20036

**TO:**
The Islamic Republic of Iran
C/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Ave, Tehran, Iran 11369

PS Form 3806, April 2015