UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8|28|19

Herman Ray

Plaintiff(s)

-v-

Islamic Revolutionary Guard Corps.

Defendant(s)

**CERTIFICATE OF MAILING**

Case No.:   1:19-cv-00012 (GBD)(SN)
            1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27 day of  August , 2019 , I served:

ISLAMIC REVOLUTIONARY GUARD CORPS, c/o H.E. Mohammad Javad Zarif, Minister of
Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran

☐    the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒    the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign
Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐    the Secretary of State, Attn:  Director of Consular Services, Office of Policy Review and
Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW,
Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C.
§ 1608(a)(4).

☐    the head of the agency or instrumentality of the foreign state, pursuant to the provisions
of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

 1 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court
for the Southern District of New York, dated May 6, 2019 (Ray Doc. No. 139), Notice of
Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. §
1602, et seq.; Amended Summons in a Civil Action, dated August 7, 2019 (Ray Doc. No.
172), Affidavits/Certifications from the Translators

by United States Postal Service LA 337 930 577 US

Dated:  New York, New York
        8/27/2019

RUBY J. KRAJICK
CLERK OF COURT

Casey Goedtel

Casey Goedtel
DEPUTY CLERK

Sender's Last Name          First

Mellon, Thomas

Business

Wiggins, Childs, et al.

Address

1211 CONN. AVE. N.W. Suite 420

City                    State/Province    ZIP+4®

WASHINGTON, DC 20036

Telephone/Fax or Email

202. 467. 4489

| | Documents | ☑ Commercial sample | ☐ Merchandise | ☐ Dangerous Goods |
| ☐ Gift | ☐ Humanitarian Donation | ☐ Other | |

| Detailed description of contents (1) | Qty. (2) | Weight (3) lb.    oz. | Value (4) (US $) | HS Tariff # (5) | Country of Origin (6) |
|---|---|---|---|---|---|
| Legal Complaint | 1 | 2  1  0 | | 1 | USA |
| | | | | | |
| | | | | | |
| Totals (7) | 1  2  1  0 | |

AES Exemption (8)
☐ NOEEI § 30.37(a)   ☐ NOEEI § 30.37(h)

Mailing Office Date Stamp

I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

Sender's Signature and Date (9)

Aug 20 '19

Addressee's Last Name          First

To Islamic Revolutionary Guard Corps

Business

c/o H.E. Mohammad Javad Zarif

Address

M.W. of Foreign Affairs, Khomeini Imam Ave,

City                    State/Province    Post Code

TEHRAN            11369

Country                    Telephone/Fax or Email

IRAN              98216 6739191

PS Form 2976, July 2013  PSN 7530-01-000-9833          1 - Post Office Copy — retain on file for 30 days after mailing

---

PS Form 2865, February 1997 (Reverse)

Item Description (Nature de l'envoi)
☐ Registered Article (Envoi recommandé) Article and No.:
☐ Insured Parcel (Colis avec valeur déclarée)
Insured Value (Valeur déclarée)
☐ Letter (Lettre)  ☐ Printed Matter (Imprimé)  ☐ Other (Autre)  ☐ Recorded Delivery (Envoi à livraison attestée)  Article Number
☐ Express Mail national-

Office of Mailing (Bureau de dépôt)

Date of Posting (Date de dépôt)

Postmark of the office of destination (Timbre du bureau de destination)

Addressee Name or Firm (Nom ou raison sociale du destinataire)
Islamic Revolutionary Guards Caps
c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs

Street and No. (Rue et No.)
Imam Khomeini Avenue

Place and Country (Localité et pays)
Tehran, Iran 11369

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if these regulations so provide, by the official of the office of destination. This signed form will be returned to the sender by the first mail.
(Cet avis doit être signé par le destinataire ou par une personne autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.)

The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Date

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau de destination)

Completed by the office of origin. (A remplir par le bureau d'origine.)

Completed at destination. (A compléter à destination.)

---

OFFICIAL USE

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
(See Information on Reverse)
Copy 1 - Customer
For domestic delivery information, visit our website at www.usps.com®

To Be Completed By Customer
(Please Print)
All Entries Must Be in Ballpoint or Typed

FROM
T. Flemming, Esquire
Wiggins, Childs, et al.
1211 Conn. Ave. N.W. Suite 420
Washington, D.C. 20036

TO
Islamic Revolutionary Guard Corps
c/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Ave., Tehran, Iran 11369

To Be Completed By Post Office

Registered No.

Date Stamp

Extra Services & Fees

| Extra Services & Fees | |
|---|---|
| ☐ Signature Confirmation | |
| ☐ Signature Confirmation Restricted Delivery | |

Total Postage & Fees
$

Postage
$

☐ Registered Mail $
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Restricted Delivery $

Received by

Customer Must Declare Full Value $

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).