USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Herman Ray
                          Plaintiff(s)

-v-

Iran's Ministry of Commerce
                          Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:19-cv-00012 (GBD)(SN)
          1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27 day of August, 2019, I served:

IRAN'S MINISTRY OF COMMERCE, c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran

☐   the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒   the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐   the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐   the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

1 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, *et seq.*; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No. 172), Affidavits/Certifications from the Translators

by United States Postal Service LA 337 930 563 US

Dated: New York, New York
        8/27/2019

RUBY J. KRAJICK
CLERK OF COURT

_____
Casey Goedtel
DEPUTY CLERK

**PS Form 3806, Registered Mail Receipt**

Registered No.

FROM: Wiggins, Childs et al., 1411 Conn. Ave. NW Suite 420, Washington DC 20036

TO: Iran's Ministry of Commerce, c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs, Imam Khomeini Ave, Tehran, Iran 11369

**Registered Mail Receipt (international)**

Item Description: Registered Article
Office of Mailing: Iran's Ministry of Commerce
Addressee: c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs
Street: Imam Khomeini Avenue
Place and Country: Tehran, Iran 11369

**USPS Customs Declaration — CN 22**

From: Last Name: Wiggins; First: Thomas
Business: Mellon, Thomas
Address: 1411 Conn. Ave NW Suite 420
City: Washington State: DC ZIP: 20036
Telephone: 202-467-4489

To: Addressee: Iran's Ministry of Commerce
Address: c/o H.E. Mohammad Javad Zarif, Min. of Foreign Affairs, Imam Khomeini Ave
City: Tehran
Country: Iran
Post Code: 11369
Telephone: 982166739191

☑ Documents
Detailed description: Legal Complaint
Qty: 1
Weight: 2 lb 1 oz
Value: $1
Country of Origin: USA

Barcode: LA379305743US

Signature and Date: 8/20/19