```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Herman Ray

                              Plaintiff(s)

-v-

Iran's Ministry of Defense and Armed Forces Logistics

                              Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:19-cv-00012 (GBD)(SN)
            1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27 day of August, 2019, I served:
IRAN'S MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

    1 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, *et seq.*; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No. 172), Affidavits/Certifications from the Translators

by United States Postal Service LA 337 930 529 US

Dated: New York, New York
         8/27/2019

RUBY J. KRAJICK
CLERK OF COURT

*Casey Goedtel*
Casey Goedtel
DEPUTY CLERK

## USPS® Customs Declaration – CN 22

**IMPORTANT:** The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

**Sender's Last Name:** Mellon **First:** Thomas
**Business:** Wiggins, Childs, et al.
**Address:** 1211 Conn. Ave. NW Suite 420
**City:** Washington **State:** DC **ZIP+4®:** 20036
**Telephone/Fax or Email:** 202.467.4489

**Addressee's Last Name:** Min. of Defense + Armed Forces Logistics **First:** Iman
**Business:** c/o H.E. Mohammad Javad Zarif
**Address:** Min. of Foreign Affairs, Khomeini
**City:** Tehran **State/Province:** **Post Code:** 1369
**Country:** Iran **Telephone/Fax or Email:** 982166739191

☑ Documents ☐ Commercial sample ☐ Merchandise ☐ Dangerous Goods
☐ Gift ☐ Humanitarian Donation ☐ Other

**Detailed description of contents (1):** Legal Complaint **Qty (2):** 1 **Weight (3) lb/oz:** 2 1 **Value (4) (US$):** 0 **HS Tariff #(5):** 1 **Country of Origin (6):** USA

**Totals (7):** 2 1 $0

**AES Exemption (8):** ☐ NOEEI § 30.37(a) ☐ NOEEI § 30.37(h)

I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

**Sender's Signature/Date (9):** [signature] Aug 22, 19

PS Form 2976, July 2013 PSN 7530-01-000-9833

1 – Post Office Copy — retain on file for 30 days after mailing

---

**Item Description (Nature de l'envoi):** ☐ Registered Article (Envoi recommandé) ☐ Letter (Lettre) ☐ Printed Matter (Imprimé) ☐ Other (Autre) ☐ Recorded Delivery (Envoi à livraison attestée) ☐ Express Mail International

**Insured Parcel (Colis avec valeur déclarée)** Insured Value (Valeur déclarée) **Article Number**

**Office of Mailing (Bureau de dépôt)** **Date of Posting (Date de dépôt)**

**Addressee Name or Firm:** Iran's Ministry of Defense + Armed Forces Logistics
c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs
**Street and No.:** Iman Khomeini Avenue
**Place and Country:** Tehran, Iran 1369

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

☐ The article mentioned above was duly delivered.

**Signature of Addressee** **Date** **Office of Destination Employee Signature**

PS Form **2865**, February 1997 (Reverse)

---

**Registered No.:** LA337305295US

| Postage $ | | |
|---|---|---|
| Extra Services & Fees | Extra Services & Fees (continued) | |
| ☐ Registered Mail $ | ☐ Signature Confirmation $ | |
| ☐ Return Receipt (hardcopy) $ | ☐ Signature Confirmation Restricted Delivery $ | |
| ☐ Return Receipt (electronic) $ | **Total Postage & Fees** $ | |
| ☐ Restricted Delivery $ | **Received by** | |
| **Customer Must Declare Full Value** $ | | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

OFFICIAL USE

**FROM:** T. Fleming Esquire
Wiggins, Childs, et al.
1211 Conn. Ave. NW, Suite 420
Washington DC 20036

**TO:** Iran's Ministry of Defense + Armed Forces Logistics
c/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Iman Khomeini Ave, Tehran, Iran 1369

PS Form **3806**, Registered Mail Receipt Copy 1 – Customer
April 2015, PSN 7530-02-000-9051 (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

**Date Stamp**