USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Herman Ray

                      Plaintiff(s)

-v-

Central Bank of Iran a/k/a Bank Markazi

                      Defendant(s)

**CERTIFICATE OF MAILING**

Case No.:   1:19-cv-00012 (GBD)(SN)
            1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27 day of August, 2019, I served:

CENTRAL BANK OF IRAN A/K/A BANK MARKAZI, c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

1 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (Ray Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, et seq.; Amended Summons in a Civil Action, dated August 7, 2019 (Ray Doc. No. 172), Affidavits/Certifications from the Translators

by United States Postal Service LA 337 930 550 US

Dated: New York, New York
        8/27/2019

RUBY J. KRAJICK
CLERK OF COURT

Casey Goedtel
DEPUTY CLERK

**Registered Mail Receipt (PS Form 3806)**

Registered No.: LA337905500US

From:
Mellon, Thomas
1211 Conn Ave NW Suite 420
Washington DC 20036
202-467-4489

To:
Central Bank of Iran, Ayatollah Madazi
c/o H.E. Mohammad Sayed Zarif, Minister of Foreign Affairs
Imam Khomeni Avenue
Tehran, Iran 11369

**USPS Customs Declaration — CN 22**

Documents ☑
Detailed description of contents: Legal Complaint
Qty: 1  Weight: 2 lb 0 oz  Value: $1.00  Country of Origin: USA
Totals: 1 / 2 lb / $1.50

From: Mellon, Thomas
1211 Conn Ave NW Suite 420
Washington DC 20036
202-467-4489

To: c/o H.E. Mohammad Javad Zarif
Min. of Foreign Affairs, Khomeini Ave
Tehran 11369
Iran
982 166 73919

Sender's signature and date: 8/20/19