UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/19
```

Herman Ray

                        Plaintiff(s)

-v-

Iran's Ministry of Information and Security

                        Defendant(s)

**CERTIFICATE OF MAILING**

Case No.:   1:19-cv-00012 (GBD)(SN)
               1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27 day of August, 2019, I served:

IRAN'S MINISTRY OF INFORMATION AND SECURITY c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

    1 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, *et seq.*; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No. 172), Affidavits/Certifications from the Translators

by United States Postal Service LA 337 930 532 US

Dated: New York, New York
        8/27/2019

RUBY J. KRAJICK
CLERK OF COURT

_____
Casey Goedtel
DEPUTY CLERK

# USPS® Customs Declaration — CN 22

**IMPORTANT:** The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

**From:**
Sender's Last Name: Mellon    First: Thomas
Business: Wiggins, Childs, et al
Address: 1211 Conn. Ave., N.W., Suite 420
City: Washington   State: D.C.   ZIP+4®: 20036
Telephone/Fax or Email: 202.467.4489

**To:**
Addressee's Last Name: Iran's Ministry of Info. Security   First:
Business: c/o H.E. Mohammad Javad Zarif
Address: Ministry of Foreign Affairs, Khomeini Ave.
City: Tehran   State/Province:   Post Code: 11369
Country: Iran
Telephone/Fax or Email: 982166739119

☒ Documents  ☐ Commercial sample  ☐ Merchandise  ☐ Dangerous Goods
☐ Gift  ☐ Humanitarian Donation  ☐ Other

Detailed description of contents (1): Legal Complaint
Qty (2): 1   Weight (3): 2 lb. 1 oz.   Value (4): $0   HS Tariff #(5): /   Country of Origin (6): USA
Totals (7): 2 lb. 1 oz.   $0

AES Exemption (8):
☐ NOEEI § 30.37(a)  ☐ NOEEI § 30.37(h)

I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

Sender's Signature and Date (9): [signature] Aug. 20, '19

PS Form 2976, July 2013 PSN 7530-01-000-9833

Barcode: LA337905325US

---

**Item Description (Nature de l'envoi):**
☐ Insured Parcel (Colis avec valeur déclarée)

Office of Mailing (Bureau de dépôt)

Addressee Name or Firm (Nom ou raison sociale du destinataire): Iran's Ministry of Information + Security
c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs
Street and No. (Rue et No.): Iman Khomeini Avenue
Place and Country (Localité et pays): Tehran, Iran 11369

Registered ☐ Article (Envoi recommandé)   ☐ Letter (Lettre)   ☐ Printed Matter (Imprimé)   ☐ Other (Autre)   Recorded Delivery ☐ (Envoi à livraison attestée)   Express Mail International

Insured Value (Valeur déclarée)   Article Number

Date of Posting (Date de dépôt)

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

Date

Postmark of the office of destination (Timbre du bureau de destination)

PS Form **2865**, February 1997 (Reverse)

---

**Registered No.** LA337905325US

**Postage $**
**Extra Services & Fees**
☐ Registered Mail $
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Restricted Delivery $

**Extra Services & Fees (continued)**
☐ Signature Confirmation $
☐ Signature Confirmation Restricted Delivery $

**Total Postage & Fees** $

**Customer Must Declare Full Value** $   **Received by**   **Date Stamp**

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

**FROM:** Thomas Esquire, Wiggins, Childs, et al., 1211 Conn. Avenue N.W. Suite 420, Washington, D.C. 20036

**TO:** Iran's Ministry of Information + Security, c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs, Iman Khomeini Ave., Tehran, Iran 11369

PS Form **3806**, April 2015, PSN 7530-02-000-9051   **Registered Mail Receipt**   Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®