| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>Ray, et al.<br>　　　　　Plaintiff(s)<br><br>　　　　　　　-v-<br><br>Iran, et al.,<br>　　　　　Defendant(s) | **CERTIFICATE OF MAILING**<br><br>Case No.: 1:19 cv 00012 (GBD) (SN)<br>　　　　1:03 md 1570 (GBD) (SN) |

　　　　I hereby certify under the penalties of perjury that on the 18th day of September, 2019, I served defendant National Iranian Gas Company c/o Hassan M. Torbati, South Aban Street, Karimkhan Blvd., Tehran, Iran 11369, one (1) copy of the Cover Letter by Timothy Fleming, Second Amended Complaint dated May 6, 2019 (Ray Docket No. 139), Notice of Suit, pursuant to 22 C.F.R 93.2, dated May 10, 2019, along with the text of FSIA 28 U.S.C § 1602, et seq, Amended Summons and Affidavit of translator (along with translations of the above documents), by Registered Mail # RH001826319US, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).


Dated: New York, New York
　　　　October 11, 2019

　　　　　　　　　　　　　　　　　　　　　　　Ruby J. Krajick
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　s/Gordana Peter　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　*Deputy Clerk*



# USPS Customs Declaration and Dispatch Note

Print in English using blue or black ink.
Complete all **SHADED** fields before acceptance.
See the Privacy Notice on the reverse of Copy 4.

RH001826319US

**SENDER**

- Full Last Name: FLEMING
- Full First Name: Timothy
- MI: B
- Business Name: Wiggins, Childs et al.
- Sender's Telephone: 4489
- Address-1: 1211 Connecticut Ave. NW
- Address-2: Suite 420
- City: Washington
- State: DC
- ZIP Code: 20036

**ADDRESSEE'S INFORMATION**

- Full Last Name: TORBATI
- Full First Name: HASSAN
- MI: M
- Business Name: National Iranian Gas Co.
- Addressee's Telephone: 9821048777
- Address-1: South Aban St.
- Address-2: R. Karim Khan Blvd.
- Postal Code: 11369
- City: Tehran
- Country: IRAN

**SHIPMENT INFORMATION**

1. Category of Items: ☑ Document
2. Detailed Description of Contents: Legal Complaint
3. Quantity: 1
4. Net Weight: (lbs/oz)
5. Value: $0
6. Total:

**SHIPMENT INFORMATION (CONTINUED)**

- 7. Sender's Email Address: fleming@wigginschilds.com
- 23. Sender's Signature and Date: 9.9.2019

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

- 25. Country of Origin: USA

PS Form **2976-R**, April 2016    PSN 7530-17-000-7992    IMPORTANT: This package may be opened officially.    4 – Sender's Copy

---

CHINATOWN
6 DOYERS ST
NEW YORK, NY 10013-9991
359604-0004
(800)275-8777
09/18/2019 10:39 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Package® Intl Service (International) (Iran) (Weight:1 Lb 15.90 Oz) | 1 | $22.75 | $22.75 |
| Registered (Amount:$0.00) (Customs #:RH001826319US) | | | $16.00 |
| Return Receipt | | | $4.10 |

Total: $42.85

Cash $60.00
Change ($17.15)

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Save this receipt as evidence of insurance. For information on filing an insurance claim go to
https://www.usps.com/help/claims.htm

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

Please visit
https://www.usps.com/international/customs-forms.htm to complete International Mail customs forms.