UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ray, et al.
        Plaintiff(s)

-v-

Iran, et al.,
        Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:19 cv 00012 (GBD) (SN)
1:03 md 1570 (GBD) (SN)

      I hereby certify under the penalties of perjury that on the 18th day of September, 2019, I served defendant AYATOLLAH ALI HOSEINI KHAMENEI c/o H.E Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran 11369, the head of the ministry of foreign affairs, one (1) copy of the Cover Letter by Timothy Fleming, Second Amended Complaint dated May 6, 2019 (Ray Docket No. 139), Notice of Suit, pursuant to 22 C.F.R 93.2, dated May 10, 2019, along with the text of FSIA 28 U.S.C § 1602, et seq, Amended Summons and Affidavit of translator (along with translations of the above documents), by Registered Mail # RH001826353US, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

Dated: New York, New York
       October 11, 2019

                                              RUBY J. KRAJICK
                                              CLERK OF COURT

                                              s/Gordana Peter
                                              *Deputy Clerk*

**UNITED STATES POSTAL SERVICE®**

RH001826353US

## USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

**SHIPMENT INFORMATION** *(CONTINUED)* — BOXED AREA IS FOR USPS-USE ONLY

| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date / / |
|---|---|---|
| Total Postage/Fees (U.S. $) | Insured Value (U.S. $) | Insured Fee (U.S. $) |

**SENDER'S INFORMATION**

- Full Last Name: Fleming
- Full First Name: Timothy
- MI: B.
- Business Name: Wiggins Childs Pantazis Fisher (illegible)
- Sender's Telephone: 202-467-4489
- Address-1: 1911 Connecticut Ave, NW
- Address-2: Suite 720
- City: Washington
- State: DC
- ZIP Code: 20036

**ADDRESSEE'S INFORMATION**

- Full Last Name: Khamenei
- Full First Name: Ayatollah Ali Hoseini
- Business Name: c/o Minister of Foreign Affairs
- Addressee's Telephone: 98216 9191
- Address-1: Ministry of Foreign Affairs
- Address-2: Imam Khomeini St.
- Postal Code: 11369
- City: Tehran
- Country: Iran

7. Sender's Email Address
8. Addressee's Email Address
9. Exporter's Reference
10. Exporter's Telephone
11. Importer's Reference
12. Importer's Telephone
13. AES ITN
14. AES Exemption — NOEEI § (Check one if applicable)
   - ☐ § 30.36   ☐ § 30.37 (a)   ☐ § 30.37 (h)
   - ☒ § 30.37 (y)   ☐ Other _____
15. License Number
16. Certificate Number
17. Invoice Number
18. Length (Inches): 10
19. Width (Inches): 12
20. Height (Inches): 1.5
21. Restrictions (check all that apply)
   - ☐ Quarantine
   - ☐ Sanitary/Phytosanitary Inspection
22. Nondelivery Instructions (Check one)
   - ☒ Return to Sender
   - ☐ Treat as Abandoned
23. Sender's Signature and Date: [signature] 7/9/2019

**SHIPMENT INFORMATION**

1. Category of Items (Check all that apply):
   - ☒ Document   ☐ Commercial Sample   ☐ Merchandise   ☐ Dangerous Goods
   - ☐ Gift   ☐ Returned Goods   ☐ Humanitarian Donation   ☐ Other

2. Detailed Description of Contents (Enter only one item per line)

| Description | 3. Quantity | 4. Net Weight (Ea) Lbs. | Oz. | 5. Value (Ea) U.S. $ |
|---|---|---|---|---|
| Legal Complaint | 1 | | | |

6. Total

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

For Business Mailers, for items in Block 2 *(if the information is known)*

24. HS Tariff Number
25. Country of Origin: USA

PS Form **2976-R**, April 2016   PSN 7530-17-000-7992   IMPORTANT: This package may be opened officially.   4 – Sender's Copy

---

CHINATOWN
6 DOYERS ST
NEW YORK, NY 10013-9991
359604-0004
(800)275-8777
09/18/2019 10:48 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Package® 1 | | $34.75 | $34.75 |
| Intl Service | | | |
| (International) | | | |
| (Iran) | | | |
| (Weight:2 Lb 0.10 Oz) | | | |
| Registered | | | $16.00 |
| (Customs #:RH001826353US) | | | |
| (Amount:$0.00) | | | |
| Return Receipt | | | $4.10 |

Total: $54.85
Cash $60.00
Change ($5.15)

Please visit
https://www.usps.com/international/us
oms-forms.htm to complete

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

Save this receipt as evidence of insurance. For information on filing an insurance claim go to https://www.usps.com/help/claims.htm

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.