| UNITED STATES DISTRICT COURT |
| --- |
| SOUTHERN DISTRICT OF NEW YORK |

Ray, et al.
        Plaintiff(s)

             -v-

Iran, et al.,
        Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:19 cv 00012 (GBD) (SN)
        1:03 md 1570 (GBD) (SN)

      I hereby certify under the penalties of perjury that on the 18th day of September, 2019, I served defendant NATIONAL IRANIAN TANKER COMPANY c/o Nasrollah Sardashti (Managing Director), 65 Shahid Atefi Street, Africa Exrpessway, Tehran, Iran 11369, one (1) copy of the Cover Letter by Timothy Fleming, Second Amended Complaint dated May 6, 2019 (Ray Docket No. 139), Notice of Suit, pursuant to 22 C.F.R 93.2, dated May 10, 2019, along with the text of FSIA 28 U.S.C § 1602, et seq, Amended Summons and Affidavit of translator (along with translations of the above documents), by Registered Mail # RH001826415US, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

Dated: New York, New York
       October 11, 2019

                          RUBY J. KRAJICK
                          CLERK OF COURT

                          s/Gordana Peter
                          *Deputy Clerk*

# UNITED STATES POSTAL SERVICE®

## USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.



RH001826415US

**SHIPMENT INFORMATION** (CONTINUED) — BOXED AREA IS FOR USPS-USE ONLY

### SENDER'S INFORMATION

- Full Last Name: Elemini
- Full First Name: Timothy
- MI: B.
- Business Name: Wiggins, H. et al
- Sender's Telephone: 467-4469
- Address-1: 1911 Connecticut Ave. NW
- Address-2: Suite 420
- City: Washington
- State: DC
- ZIP Code: 20036

### ADDRESSEE'S INFORMATION

- Full Last Name: Sardashti
- Full First Name: Nasrollah
- Business Name: National Iranian Tanker Co.
- Addressee's Telephone: 982127801
- Address-1: 65 Shahid Atefi St.
- Address-2: Africa Expressway
- City: Tehran
- Postal Code: 11269
- Country: Iran

- 7. Sender's Email Address:
- 8. Addressee's Email Address:
- 9. Exporter's Reference:
- 10. Exporter's Telephone:
- 11. Importer's Reference:
- 12. Importer's Telephone:
- 13. AES ITN:
- 14. AES Exemption — NOEEI § (Check one if applicable)
  - ☐ § 30.36  ☐ § 30.37 (a)  ☐ § 30.37 (h)
  - ☒ § 30.37 (y)  ☐ Other
- 15. License Number:
- 16. Certificate Number:
- 17. Invoice Number:
- 18. Length (Inches): 10
- 19. Width (Inches): 13
- 20. Height (Inches): 1.5
- 21. Restrictions: ☐ Quarantine  ☐ Sanitary/Phytosanitary Inspection
- 22. Nondelivery Instructions: ☐ Return to Sender  ☐ Treat as Abandoned
- 23. Sender's Signature and Date: 9-9-2019

### SHIPMENT INFORMATION

1. Category of Items: ☒ Document ☐ Commercial Sample ☐ Merchandise ☐ Dangerous Goods ☐ Gift ☐ Returned Goods ☐ Humanitarian Donation ☐ Other
2. Detailed Description of Contents: Legal Complaint
3. Quantity: 1
4. Net Weight: 2 Lbs.
5. Value: 0
6. Total: 2

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

25. Country of Origin: USA

PS Form 2976-R, April 2016  PSN 7530-17-000-7992    IMPORTANT: This package may be opened officially.    **4 – Sender's Copy**

---

```
CHINATOWN
6 DOYERS ST
NEW YORK, NY 10013-9991
359604-0004
(800)275-8777
09/18/2019  11:15 AM

Product                 Qty    Unit      Price
                               Price
First-Class Package®     1               $22.75
Int'l Service
(International)
(Iran)
(Weight:1 Lb 12.00 Oz)
(Customs #:RH001826415US)
Registered                               $16.00
(Amount:$0.00)
Return Receipt                            $4.10
Total:                                   $42.85

Cash                                     $60.00
Change                                  ($17.15)
```

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Save this receipt as evidence of insurance. For information on filing an insurance claim go to https://www.usps.com/help/claims.htm

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

Please visit
https://www.usps.com/international/customs-forms.htm to complete International Mail customs forms