UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ray, et al.
        Plaintiff(s)

-v-

Iran, et al.,
        Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:19 cv 00012 (GBD) (SN)
1:03 md 1570 (GBD) (SN)

    I hereby certify under the penalties of perjury that on the 18th day of September, 2019, I served defendant NATIONAL IRANIAN PETROCHEMICAL COMPANY c/o Bijon Zanganeh (Chairman) and Marzieh Shahdaei (President), 144 North Sheikh Bahaie Avenue, P.O. Box 1395-6896, Tehran, Iran 11369, one (1) copy of the Cover Letter by Timothy Fleming, Second Amended Complaint dated May 6, 2019 (Ray Docket No. 139), Notice of Suit, pursuant to 22 C.F.R 93.2, dated May 10, 2019, along with the text of FSIA 28 U.S.C § 1602, et seq, Amended Summons and Affidavit of translator (along with translations of the above documents), by Registered Mail # RH001827084US, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

Dated: New York, New York
       October 11, 2019

                                                RUBY J. KRAJICK
                                                CLERK OF COURT

                                                s/Gordana Peter
                                                *Deputy Clerk*



# USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

**SHIPMENT INFORMATION (CONTINUED) – BOXED AREA IS FOR USPS-USE ONLY**

| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date |
|---|---|---|
| Total Postage/Fees (U.S. $) | Insured Value (U.S. $) | Insured Fee (U.S. $) |

**7.** Sender's Email Address
**8.** Addressee's Email Address
**9.** Exporter's Reference (if applicable and known)
**10.** Exporter's Telephone (if applicable and known)
**11.** Importer's Reference (if applicable and known)
**12.** Importer's Telephone (if applicable and known)
**13.** AES ITN (if applicable)
**14.** AES Exemption — NOEEI§ (Check one if applicable) ☐ § 30.36 ☐ § 30.37(a) ☐ § 30.37(h) ☐ § 30.37(y) ☐ Other
**15.** License Number (if applicable) **16.** Certificate Number (if applicable) **17.** Invoice Number (if applicable)
**18.** Length (inches) **19.** Width (inches) **20.** Height (inches)
**21.** Restrictions (if applicable – check all that apply) ☐ Quarantine ☐ Sanitary/Phytosanitary Inspection
**22.** Nondelivery Instructions (Check one) ☐ Return to Sender ☐ Treat as Abandoned
**23.** Sender's Signature and Date

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

For Business Mailers, for items in Block 2 (if the information is known)
**24.** HS Tariff Number
**25.** Country of Origin   U.S.A.

RH001827084US

**SENDER'S INFORMATION**
Full Last Name: FLEMING
Full First Name: TIMOTHY
Sender's Telephone:
Business Name (if applicable):
Address-1: 1717 PENNSYLVANIA AVE NW
Address-2: SUITE 4020
City: WASHINGTON   State: DC   ZIP Code: 20006

**ADDRESSEE'S INFORMATION**
Full Last Name: ZANGANEH
Full First Name: BIJAN
Addressee's Telephone:
Business Name (if applicable): NAT'L IRANIAN PETROLEUM CO.
Address-1: 144 NORTH SHEIKH BAHAIE AVE
Address-2: P.O. BOX 1863-5-6843   Postal Code: 1176
City: TEHRAN   State/Province: TEHRAN   Country: IRAN

**SHIPMENT INFORMATION**
**1.** Category of items (Check all that apply)
☐ Document ☐ Commercial Sample ☐ Merchandise ☐ Dangerous Goods
☐ Gift ☐ Returned Goods ☐ Humanitarian Donation ☐ Other

**2.** Detailed Description of Contents (Enter only one item per line)

| 2. Detailed Description | 3. Quantity | 4. Net Weight (Ea) | | 5. Value (Ea) |
|---|---|---|---|---|
| | | Lbs. | Oz. | U.S. $ |
| Legal Complaint | | | | |

**6.** Total

IMPORTANT: This package may be opened officially.

PS Form **2976-R**, April 2016   PSN 7530-17-000-7992

4 – Sender's Copy

```
                    CHINATOWN
                   6 DOYERS ST
                NEW YORK, NY 10013-9991
                    359604-0004
                   (800)275-8777
                 09/18/2019 02:43 PM

Product                     Qty   Unit      Price
                                  Price

First-Class Package®  1    $22.75    $22.75
Intl Service
    (International)
    (Iran)
    (Weight:2 Lb 00.00 Oz)
    (Customs #:RH001827019US)
Registered                           $16.00
    (Amount:$0.00)
Return Receipt                        $4.10
First-Class Package®  1    $22.75    $22.75
Intl Service
    (International)
    (Iran)
    (Weight:1 Lb 15.90 Oz)
    (Customs #:RH001827022US)
Registered                           $16.00
    (Amount:$0.00)
Return Receipt                        $4.10
First-Class Package®  1    $22.75    $22.75
Intl Service
    (International)
    (Iran)
    (Weight:1 Lb 14.50 Oz)
    (Customs #:RH001827040US)
Registered                           $16.00
    (Amount:$0.00)
Return Receipt                        $4.10
First-Class Package®  1    $22.75    $22.75
Intl Service
    (International)
    (Iran)
    (Weight:1 Lb 15.20 Oz)
    (Customs #:RH001827053US)
Registered                           $16.00
    (Amount:$0.00)
Return Receipt                        $4.10
First-Class Package®  1    $34.75    $34.75
Intl Service
    (International)
    (Iran)
    (Weight:2 Lb 0.20 Oz)
    (Customs #:RH001827084US)
Registered                           $16.00
    (Amount:$0.00)
Return Receipt                        $4.10
First-Class Package®  1    $22.75    $22.75
Intl Service
    (International)
    (Iran)
    (Weight:2 Lb 00.00 Oz)
    (Customs #:RH001827115US)
Registered                           $16.00
    (Amount:$0.00)
Return Receipt                        $4.10

Total:                              $269.10


Cash                                $280.00
Change                              ($10.90)
```

In a hurry? Self-service kiosks offer