UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ray, et al.
        Plaintiff(s)

-v-

Iran, et al.,
        Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:19 cv 00012 (GBD) (SN)
1:03 md 1570 (GBD) (SN)

      I hereby certify under the penalties of perjury that on the 18th day of September, 2019, I served defendant CENTRAL BANK OF IRAN a/k/a BANK MARKAZI c/o Abdolnaser Hemmati (President/Governor), 144 Mirdamad Blvd., Tehran, Iran 11369, one (1) copy of the Cover Letter by Timothy Fleming, Second Amended Complaint dated May 6, 2019 (Ray Docket No. 139), Notice of Suit, pursuant to 22 C.F.R 93.2, dated May 10, 2019, along with the text of FSIA 28 U.S.C § 1602, et seq, Amended Summons and Affidavit of translator (along with translations of the above documents), by Registered Mail # RH001826407US, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

Dated: New York, New York
       October 11, 2019

                                       RUBY J. KRAJICK
                                       CLERK OF COURT

                                       s/Gordana Peter
                                       *Deputy Clerk*

**UNITED STATES POSTAL SERVICE®**

RH001826407US

## USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

**SENDER'S INFORMATION**

| Field | Value |
|---|---|
| Full Last Name | FLEMING |
| Full First Name | Timothy |
| MI | B |
| Business Name (if applicable) | Wiggins Childs et al. |
| Sender's Telephone | 202-??? |
| Address-1 | 1211 Connecticut Ave, NW #489 |
| Address-2 | Suite 420 |
| City | Washington |
| State | DC |
| ZIP Code | 20036 |

**SHIPMENT INFORMATION (CONTINUED) — BOXED AREA IS FOR USPS-USE ONLY**

- 7. Sender's Email Address: FLEMING@wigginschilds...
- 13. AES ITN: (blank)
- 14. AES Exemption — NOEEI §: § 30.37(y) checked
- 18. Length (Inches): 10
- 19. Width (Inches): 13
- 20. Height (Inches): 1.5

**ADDRESSEE'S INFORMATION**

| Field | Value |
|---|---|
| Full Last Name | HEMMATI |
| Full First Name | ABDOLNASSER |
| Business Name | Central Bank of Iran |
| Addressee's Telephone | 982129951 |
| Address-1 | 144 Mirdamad Blvd. |
| Postal Code | 17769 |
| City | Tehran |
| Country | IRAN |

- 22. Nondelivery instructions: Return to Sender
- 23. Sender's Signature and Date: [signed] 9/9/2019

**SHIPMENT INFORMATION**

1. Category of Items: ☒ Document
2. Detailed Description of Contents: Legal Complaint
3. Quantity: 1
4. Net Weight: 2 lbs
25. Country of Origin: USA

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

PS Form **2976-R**, April 2016   PSN 7530-17-000-7992   IMPORTANT: This package may be opened officially.   **4 – Sender's Copy**

---

CHINATOWN
6 DOYERS ST
NEW YORK, NY 10013-9991
359604-0004
(800)275-8777
09/18/2019 11:07 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Package® Intl Service (International) (Iran) (Weight:1 Lb 15.80 Oz) (Customs #:UH01983640OUS) | 1 | $22.75 | $22.75 |
| First-Class Package® 1 Intl Service (International) (Iran) (Weight:2 Lb 00.00 Oz) (Customs #:RH001826407US) | | $22.75 | $22.75 |
| Registered | | | $16.00 |
| (Amount:$0.00) | | | |
| Return Receipt | | | $4.10 |
| (Affixed Amount:$22.75) | | | |
| Affixed Postage | | | ($22.75) |
| Total: | | | $42.85 |
| Cash | | | $60.00 |
| Change | | | ($17.15) |

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Save this receipt as evidence of insurance. For information on filing an insurance claim go to
https://www.usps.com/help/claims.htm

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com