UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ray, et al.
        Plaintiff(s)

        -v-

Iran, et al.,
        Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:19 cv 00012 (GBD) (SN)
        1:03 md 1570 (GBD) (SN)

      I hereby certify under the penalties of perjury that on the 18th day of September, 2019, I served defendant IRAN AIRLINES a/k/a IRAN AIR, c/o Farzaneh Sharafbafi (CEO), Iran Air H.Q., Mehrabad Airport, P.O. Box 13185-775, Tehran, Iran 11369, one (1) copy of the Cover Letter by Timothy Fleming, Second Amended Complaint dated May 6, 2019 (Ray Docket No. 139), Notice of Suit, pursuant to 22 C.F.R 93.2, dated May 10, 2019, along with the text of FSIA 28 U.S.C § 1602, et seq, Amended Summons and Affidavit of translator (along with translations of the above documents), by Registered Mail # RH001827022US, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

Dated: New York, New York
       October 11, 2019

                                    RUBY J. KRAJICK
                                    CLERK OF COURT

                                    s/Gordana Peter
                                    *Deputy Clerk*

# USPS Customs Declaration and Dispatch Note

UNITED STATES POSTAL SERVICE®

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

RH001827022US

## SENDER'S INFORMATION

**Full Last Name:** Tominq
**Full First Name:** Timothy
**MI:**
**Sender's Telephone:** 202-457-[...]

**Business Name (if applicable):** Wiggins [illegible]

**Address-1:** 1801 Connecticut Ave NW
**Address-2:** Suite 430

**City:** Washington
**State:** DC
**ZIP Code:** 20036

## ADDRESSEE'S INFORMATION

**Full Last Name:** Sharafbafi
**Full First Name:** E. Arzaneli
**MI:**
**Addressee's Telephone:**

**Business Name (if applicable):** Iran Airlines

**Address-1:** Iran Air H.Q. Mehrabad Airport
**Address-2:** P.O. Box 13185-775

**City:** Tehran
**State/Province:**
**Postal Code:** 13185-775
**Country:** Iran

## SHIPMENT INFORMATION

**1. Category of Items (Check all that apply):**
☐ Document ☐ Commercial Sample ☐ Merchandise ☐ Dangerous Goods
☐ Gift ☐ Returned Goods ☐ Humanitarian Donation ☐ Other

**2. Detailed Description of Contents (Enter only one item per line):**
Legal Complaint

| 3. Quantity | 4. Net Weight (Ea) Lbs. | Oz. | 5. Value (Ea) U.S. $ |
|---|---|---|---|
| 1 | | | |

**6. Total:**

## SHIPMENT INFORMATION (CONTINUED) – BOXED AREA IS FOR USPS USE ONLY

**USPS Official Use** | **USPS Corporate Account** | **EMS Scheduled Delivery Date**

**Total Postage/Fees (U.S. $):** | **Insured Value (U.S. $):** | **Insured Fee (U.S. $):**

**7. Sender's Email Address:** [illegible]
**8. Addressee's Email Address:**
**9. Exporter's Reference:**
**10. Exporter's Telephone:**
**11. Importer's Reference:**
**12. Importer's Telephone:**
**13. AES ITN:**
**14. AES Exemption – NOEEI §:** ☐ $30.36 ☐ $30.37(a) ☐ $30.37(h) ☐ $30.37(y) ☐ Other
**15. License Number:** | **16. Certificate Number:** | **17. Invoice Number:**
**18. Length (inches):** | **19. Width (inches):** | **20. Height (inches):**
**21. Restrictions:** ☐ Quarantine ☐ Sanitary/Phytosanitary Inspection
**22. Nondelivery Instructions:** ☐ Return to Sender ☐ Treat as Abandoned
**23. Sender's Signature and Date:** 9.9.2019

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

For Business Mailers, for Items in Block 2 (if the information is known):
**24. HS Tariff Number:** | **25. Country of Origin:** USA

IMPORTANT: This package may be opened officially.

PS Form **2976-R**, April 2016    PSN 7530-17-000-7992

**4 – Sender's Copy**

```
================================
          CHINATOWN
         6 DOYERS ST
      NEW YORK, NY 10013-9991
           359604-0004
          (800)275-8777
        09/18/2019 02:43 PM
================================
================================

Product              Qty   Unit    Price
                           Price
-----------------------------------------
First-Class Package® 1   $22.75   $22.75
Intl Service
    (International)
    (Iran)
    (Weight:2 Lb 00.00 Oz)
    (Customs #:RH001827019US)
Registered                         $16.00
    (Amount:$0.00)
Return Receipt                      $4.10
First-Class Package® 1   $22.75   $22.75
Intl Service
    (International)
    (Iran)
    (Weight:1 Lb 15.90 Oz)
    (Customs #:RH001827022US)
Registered                         $16.00
    (Amount:$0.00)
Return Receipt                      $4.10
First-Class Package® 1   $22.75   $22.75
Intl Service
    (International)
    (Iran)
    (Weight:1 Lb 14.50 Oz)
    (Customs #:RH001827040US)
Registered                         $16.00
    (Amount:$0.00)
Return Receipt                      $4.10
First-Class Package® 1   $22.75   $22.75
Intl Service
    (International)
    (Iran)
    (Weight:1 Lb 15.20 Oz)
    (Customs #:RH001827053US)
Registered                         $16.00
    (Amount:$0.00)
Return Receipt                      $4.10
First-Class Package® 1   $34.75   $34.75
Intl Service
    (International)
    (Iran)
    (Weight:2 Lb 0.20 Oz)
    (Customs #:RH001827084US)
Registered                         $16.00
    (Amount:$0.00)
Return Receipt                      $4.10
First-Class Package® 1   $22.75   $22.75
Intl Service
    (International)
    (Iran)
    (Weight:2 Lb 00.00 Oz)
    (Customs #:RH001827115US)
Registered                         $16.00
    (Amount:$0.00)
Return Receipt                      $4.10
-----------------------------------------
Total:                            $269.10
-----------------------------------------


-----------------------------------------
Cash                              $280.00
Change                            ($10.90)
-----------------------------------------

In a hurry? Self-service kiosks offer
```