UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ray, et al.
        Plaintiff(s)

-v-

Iran, et al.,
        Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:19 cv 00012 (GBD) (SN)
1:03 md 1570 (GBD) (SN)

      I hereby certify under the penalties of perjury that on the 18th day of September, 2019, I served defendant HEZBOLLAH c/o Hassan Nasrallah, Valiasr Avenue, Shahid Rahimi Alley No. 7, Tehran, Iran 11369, one (1) copy of the Cover Letter by Timothy Fleming, Second Amended Complaint dated May 6, 2019 (Ray Docket No. 139), Notice of Suit, pursuant to 22 C.F.R 93.2, dated May 10, 2019, along with the text of FSIA 28 U.S.C § 1602, et seq, Amended Summons and Affidavit of translator (along with translations of the above documents), by Registered Mail # RH001827019US, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

Dated: New York, New York
       October 11, 2019

                                          RUBY J. KRAJICK
                                          CLERK OF COURT

                                          s/Gordana Peter
                                          *Deputy Clerk*

# USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

**SHIPMENT INFORMATION (CONTINUED) — BOXED AREA IS FOR USPS USE ONLY**

| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date |
|---|---|---|
| Total Postage/Fees (U.S. $) | Insured Value (U.S. $) | Insured Fee (U.S. $) |

7. Sender's Email Address

8. Addressee's Email Address

9. Exporter's Reference (if applicable and known)

10. Exporter's Telephone (if applicable and known)

11. Importer's Reference (if applicable and known)

12. Importer's Telephone (if applicable and known)

13. AES ITN (if applicable)

14. AES Exemption — NOEEI § (Check one if applicable)
☐ $ 30.36   ☐ $ 30.37 (a)   ☐ $ 30.37 (h)
☐ $ 30.37 (y)   ☐ Other

15. License Number (if applicable)   16. Certificate Number (if applicable)   17. Invoice Number (if applicable)

18. Length (inches)   19. Width (inches)   20. Height (inches)

21. Restrictions (if applicable — check all that apply)
☐ Quarantine
☐ Sanitary/Phytosanitary Inspection

22. Nondelivery Instructions (Check one)
☐ Return to Sender
☐ Treat as Abandoned

23. Sender's Signature and Date

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

For Business Mailers, for items in Block 2 (if the information is known)

24. HS Tariff Number   25. Country of Origin

---

RH001827019US

### SENDER'S INFORMATION

Full Last Name: E OMAR   Full First Name: T MOH   MI: S

Business Name (if applicable):

Address-1: 1811 Connecticut Ave, NW

Address-2: Ste #400

City: Washington   State: DC   ZIP Code: 20036

Sender's Telephone:

### ADDRESSEE'S INFORMATION

Full Last Name: NASRALLAH   Full First Name: Hassan   MI:

Business Name (if applicable): ZMAAM

Address-1: Valiasr Ave.

Address-2: SAHD RAUM Alley No 1067

City: Tehran   State/Province:   Postal Code:   Country: IRAN

Addressee's Telephone: 9181

### SHIPMENT INFORMATION

1. Category of items (Check all that apply)
☐ Document   ☐ Commercial Sample   ☐ Merchandise   ☐ Dangerous Goods
☐ Gift   ☐ Returned Goods   ☐ Humanitarian Donation   ☐ Other

2. Detailed Description of Contents (Enter only one item per line)

| 2. Description | 3. Quantity | 4. Net Weight (Ea) Lbs. | 4. Net Weight (Ea) Oz. | 5. Value (Ea) U.S. $ |
|---|---|---|---|---|
| Legal Complaint | 1 | 3 | 0 | 0 |

6. Total

IMPORTANT: This package may be opened officially.

PS Form **2976-R**, April 2016   PSN 7530-17-000-7992

4 — Sender's Copy

```
                    CHINATOWN
                    6 DOYERS ST
                NEW YORK, NY 10013-9991
                     359604-0004
                    (800)275-8777
                 09/18/2019 02:43 PM
===========================================

Product                Qty    Unit     Price
                              Price
-------------------------------------------
First-Class Package®    1    $22.75   $22.75
Intl Service
    (International)
    (Iran)
    (Weight:2 Lb 00.00 Oz)
    (Customs #:RH001827019US)
Registered                            $16.00
    (Amount:$0.00)
Return Receipt                         $4.10
First-Class Package®    1    $22.75   $22.75
Intl Service
    (International)
    (Iran)
    (Weight:1 Lb 15.90 Oz)
    (Customs #:RH001827022US)
Registered                            $16.00
    (Amount:$0.00)
Return Receipt                         $4.10
First-Class Package®    1    $22.75   $22.75
Intl Service
    (International)
    (Iran)
    (Weight:1 Lb 14.50 Oz)
    (Customs #:RH001827040US)
Registered                            $16.00
    (Amount:$0.00)
Return Receipt                         $4.10
First-Class Package®    1    $22.75   $22.75
Intl Service
    (International)
    (Iran)
    (Weight:1 Lb 15.20 Oz)
    (Customs #:RH001827053US)
Registered                            $16.00
    (Amount:$0.00)
Return Receipt                         $4.10
First-Class Package®    1    $34.75   $34.75
Intl Service
    (International)
    (Iran)
    (Weight:2 Lb 0.20 Oz)
    (Customs #:RH001827084US)
Registered                            $16.00
    (Amount:$0.00)
Return Receipt                         $4.10
First-Class Package®    1    $22.75   $22.75
Intl Service
    (International)
    (Iran)
    (Weight:2 Lb 00.00 Oz)
    (Customs #:RH001827115US)
Registered                            $16.00
    (Amount:$0.00)
Return Receipt                         $4.10
-------------------------------------------
Total:                               $269.10
-------------------------------------------

Cash                                 $280.00
Change                              ($10.90)

In a hurry? Self-service kiosks offer
```