**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

)
IN RE: TERRORIST ATTACKS ON          ) Civil Action No. 03 MDL 1570 (GBD) (SN)
SEPTEMBER 11, 2001                          )
                                                        )

*This document relates to:  All Actions*

### PROPOSED ORDER TO WITHDRAW
### BENJAMIN D. MARGO AS ATTORNEY OF RECORD

Before the Court is the Motion to Withdraw Benjamin D. Margo as Attorney of Record

for the Kingdom of Saudi Arabia, filed March 13, 2019.

It is **ORDERED** that Benjamin D. Margo be withdrawn as counsel for the Kingdom of

Saudi Arabia in the above-referenced action.

Signed this _____ day of ___OCT 2 5 2019___2019.

George B. Daniel