USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: ____________

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ray et al.

Plaintiff(s)

-v-

Islamic Republic of Iran et al.

Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:19-cv-00012 (GBD)(SN)
1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 29 day of October 2019 , I served: The Iranian Ministry of Information and Security, *c/o* H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

2 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, *et seq*.; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No. 172), Affidavits/Certifications from the Translators

by FEDEX 7767 9892 3659

Dated: New York, New York
10/29/2019

RUBY J. KRAJICK
CLERK OF COURT

/s/ Shanee Mcleod
Shanee Mcleod
DEPUTY CLERK

ORIGIN ID:PCTA (212) 805-0136
CLERK OF COURT
DANIEL P. MOYNIHAN U.S. COURTHOUSE
U.S. DISTRICT COURT FOR S.D.N.Y.
500 PEARL STREET
NEW YORK, NY 10007
UNITED STATES US

SHIP DATE: 23OCT19
ACTWGT: 2.00 LB
CAD: 105808175/INET4160

BILL SENDER

TO POLICY REVIEW & INTER-AGENCY LIASON
SEC. OF STATE DIR. CONSULAR SERV.
(CA/OCS/PRI), U.S. DEPT. OF STATE
SA-29, 4TH FLOOR, 2201 C ST. NW
WASHINGTON DC 20520
(202) 736-9110 REF: RAY - 1ST 8 TO STATE AGAIN
INV:
PO: DEPT:

567J3/2A3C05A2




THU - 24 OCT 3:00P
STANDARD OVERNIGHT

1 of 8
TRK# 0201 7767 9892 3692
## MASTER ##

EP WGOA

20520
DC-US IAD

