**WIGGINS CHILDS PANTAZIS FISHER GOLDFARB PLLC**
Advocates & Litigators

A PROFESSIONAL LIMITED LIABILITY COMPANY
1211 CONNECTICUT AVENUE, N.W. · SUITE 420 · WASHINGTON, D.C. 20036

Direct Dial: 202-467-4489 · Fax: 205-314-0805
Email:TFleming@wigginschilds.com · Web:www.wigginschilds.com

TIMOTHY B. FLEMING
OF COUNSEL

January 15, 2020

*Via Email and ECF*

The Honorable Sarah Netburn
United States Magistrate Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
40 Foley Square
New York, New York 10007

      Re:  *In Re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN)
            *Ray, et al. v. Islamic Republic of Iran, et al.*, 1:19-cv-00012 (GBD)(SN)

Dear Magistrate Judge Netburn:

    The undersigned is one of the attorneys representing the plaintiffs in *Ray, et al. v. Islamic Republic of Iran, et al.* 1:19-cv-00012 (GBD)(SN) in the above-referenced MDL proceeding. The Defendants in the *Ray* case are the Islamic Republic of Iran ("Iran") and fifteen of its political subdivisions, agencies and instrumentalities.

    The Amended Summons and Second Amended Complaint were served on, and rejected by, Iran and the seven political subdivision Defendants on December 4, 2019 via diplomatic service pursuant to 28 U.S.C. §1608(a)(4) of the Foreign Sovereign Immunities Act. However, we only recently learned of the service and rejection due to the time it took for the information to make its way back from the Swiss Embassy in Tehran to the State Department and then to us.

    Pursuant to 28 U.S.C. §1608(d), Iran and the political subdivision Defendants are required to respond to the Second Amended Complaint within sixty days of service, or February 3, 2020. The *Ray* Plaintiffs anticipate that these Defendants will default, consistent with their defaults in the other actions against them in this MDL. Accordingly, the *Ray* Plaintiffs intend to seek a Clerk's Certificate of Default against the defaulting Defendants immediately after February 3, 2020. However, the Court's Order of December 6, 2019 (MDL Doc. 5338) requires us to *submit* a proposed motion for judgment by today if we intend to file for awards from the United States Victims of State Sponsored Terrorism Fund ("VSSTF") by the February 19, 2020 deadline. ("Plaintiffs intending to submit motions for final damages judgments for wrongful death on behalf of individual decedent estates and/or spouses and dependents in advance of the February 19, 2020 VSSTF deadline should submit their proposed motions for judgment by January 15, 2020.") The *Ray* Plaintiffs include two spouses and ten children, and, therefore, it is our understanding that we should, in order to comply with the Court's December 6, 2019 Order, submit a proposed motion for judgment this day. We do intend to submit applications to the VSSTF for the upcoming round of payments for all qualified *Ray* Plaintiffs.

The Honorable Sarah Netburn                                              January 15, 2020
United States Magistrate Judge
*Ray, et al. v. Islamic Republic of Iran,* No. 1:19-cv-00012 (GBD)(SN)          *Page 2*

    Promptly upon issuance of the Clerk's Certificate of Default, the *Ray* Plaintiffs intend to move for a default judgment, but we do not want to file for same until the appropriate time periods have run. (The *Ray* Plaintiffs will move separately for a default judgment against the remaining agency and instrumentality defendants once they have been served and, presumably, default.)

    Accordingly, attached herewith is the *Ray* Plaintiffs' proposed Motion for Partial Final Judgment on Compensatory Damages. It is patterned after the similar motion entered by the Court in *Hoglan, et al. v. Islamic Republic of Iran, et al.*, 1:11-cv-07550 (GBD)(SN), in this MDL. As noted in connection with the filing of that motion in *Hoglan*, the *Ray* Plaintiffs intend to attempt to collect the *Ray* judgment in foreign courts, and this form of motion is preferable for that purpose, and is, therefore, submitted this date to satisfy the Court's December 6, 2019 Order. <u>We do not ask for it to be acted upon until the time period for Defendants to answer the Second Amended Complaint has run and the Clerk has issued a Certificate of Default</u>.

    We note that, when we do move for the Court's entry of a default judgment, we would resubmit the Motion with at least one refinement, and possibly a few more. First, whereas most of the *Ray* Plaintiffs are immediate family members of 9/11 Decedents, seeking only solatium as compensatory damages, there are six *Ray* Plaintiffs for whom additional materials will be submitted: specifically, for the Estates of 9/11 Decedents Denease Conley, Lee Alan Adler, James V. DeBlase, Francesco Garfi, Patrick McGuire, and Rocco Medaglia, all listed on Exhibit B. The submitted motion at this time references only pain and suffering damages for these Estates; economic damages evidence will be submitted as soon as possible, and this element for these 9/11 Decedent Estate Plaintiffs will be included with a resubmitted Motion.

    We continue to review the specifics of each *Ray* Plaintiff's claim and would not any further refinements to the motion and a corresponding proposed Order of Judgment at the time of resubmission.

    Additionally, we note that one *Ray* Plaintiff, Etan Yammer, is a personal injury plaintiff. Because it is presently unclear how the Court is intending to determine compensatory damages for personal injury plaintiffs, we do not submit Mr. Yammer's claim for decision at this time but will do so when the manner of assessment of such personal injury plaintiffs' damages clarifies.

    As the Court is aware, the United States VSSTF Clarification Act has established a February 19, 2020 deadline to submit applications for third-round payments from the VSSTF. Accordingly, the *Ray* Plaintiffs respectfully request that the Court issue a determination on their motion for default judgment as soon as possible upon issuance of the SDNY Clerk's issuance of a Certificate of Default, at which time the Motion submitted herewith will be resubmitted, as supplemented as described above.

The Honorable Sarah Netburn  January 15, 2020
United States Magistrate Judge
*Ray, et al. v. Islamic Republic of Iran,* No. 1:19-cv-00012 (GBD)(SN)   *Page 3*

    We thank the Court for its consideration of this matter.

        Respectfully Submitted,

        */s/ Timothy B. Fleming*

        Timothy B. Fleming
        *One of the Attorneys for the Ray Plaintiffs*

cc:  All MDL counsel (via ECF)