**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
                                                                  :
                                                                  :    **MOTION FOR FINAL ORDER**
                                                                  :    **AND JUDGMENT ON**
                                                                  :    **COMPENSATORY DAMAGES**
                                                                  :
                                                                  :    1:03 MDL 1570 (GBD) (SN)
-------------------------------------------------------------------X

This Document Relates to
Ray v. Iran
1: No. 1:19-cv-00012 (GBD)(SN)


The Plaintiffs in this case, **HERMAN RAY**, surviving Sibling of Denease Conley, **HERMAN RAY,** as Personal Representative of the **ESTATE OF DENEASE CONLEY, Deceased, CHERRIE L. ALLEN**, surviving Sibling of Denease Conley, **IRMA JOYCE FLETCHER**, surviving Sibling of Denease Conley, **IRMA JOYCE FLETCHER**, as Personal Representative of the **ESTATE OF EARL RAY, Deceased**, a surviving Sibling of Denease Conley, **BARBARA HAYNES-JENKINS**, surviving Sibling of Denease Conley, **HERMAN RAY**, as Personal Representative of the **ESTATE OF JAMES RAY**, **Deceased,** a surviving Sibling of Denease Conley, **STANLEY RAY,** surviving Sibling of Denease Conley, **AARON ADLER**, surviving Sibling of Lee Alan Adler, **ALICE DOERGE ADLER**, the surviving Spouse of Lee Alan Adler, **ALICE DOERGE ADLER,** as Personal Representative of the **ESTATE OF LEE ALAN ADLER, Deceased, ISABELL DANSIGER ADLER**, surviving Parent of Lee Alan Alder, **JAY ADLER**, surviving Sibling of Lee Alan Adler, **LAUREN SARAH ADLER MARTINELLI**, surviving Child of Lee Alan Adler, **RANDI ADLER**, surviving Sibling of Lee Alan Adler, **ANTHONY BEHETTE**, surviving Sibling of Michael G. Behette, **RICHARD DEBLASE**, as Personal Representative of the **ESTATE OF JAMES V. DEBLASE, Deceased, RICHARD DEBLASE**, a surviving Sibling of James V. DeBlase, **ANITA DEBLASE**, a surviving Parent of James V. DeBlase, **ANTHONY DEBLASE**, a surviving Sibling of James V. DeBlase, **ESTER DINARDO,**

surviving Parent of Marisa DiNardo-Schorpp, **HARLEY DINARDO**, surviving Sibling of Marisa DiNardo-Schorpp, **PIO DINARDO**, surviving Parent of Marisa DiNardo-Schorpp, **ANDREW ECONOMOS**, surviving Sibling of Constantine Economos, **OLGA VALINOTTI**, surviving Sibling of Constantine Economos, **ANDREW ECONOMOS,** as Co-Personal  Representative of the **ESTATE OF LEON ECONOMOS, Deceased**, a surviving Parent of Constantine Economos, **OLGA VALINOTTI,** as Co-Personal Representative of the **ESTATE OF LEON ECONOMOS, Deceased**, a surviving Parent of Constantine Economos, **CONSTANCE FINNICUM**, a surviving Sibling of Richard Gabrielle, **GEORGE GABRIELLE, a/k/a GABE GABRIELLE**, a surviving Sibling of Richard Gabrielle, **VITO GARFI**, as Personal Representative of the **ESTATE OF FRANCESCO GARFI, Deceased, VITO GARFI**, surviving Sibling of Francesco Garfi, **SALVATORE GARFI**, surviving Parent of Francesco Garfi, **MARIANNA GARFI**, surviving Parent of Francesco Garfi, **HANK GRAZIOSO**, surviving Parent of John Grazioso, **HANK GRAZIOSO**, surviving Parent of Timmy Grazioso, **THERESA COOKE**, surviving Sibling of LeRoy W. Homer, Jr., **MICHELLE HARGIS**, surviving Sibling of LeRoy W. Homer, Jr., **CHRISTINE HOMER**, surviving Sibling of LeRoy W. Homer, Jr., **CHRISTINE HOMER**, as Personal Representative of the **ESTATE OF THOMAS FREIMARK**, **Deceased,** surviving Sibling of LeRoy W. Homer, Jr., **ILSE HOMER**, a surviving Parent of LeRoy W. Homer, Jr., **MONIQUE HOMER**, surviving Sibling of LeRoy W. Homer, Jr., **MARILYN JOHNSON**, surviving Sibling of LeRoy W. Homer, Jr., **CHERYL HOMER WILSON**, surviving Sibling of LeRoy W. Homer, Jr., **GERMAINE WILSON**, surviving Sibling of LeRoy Homer, Jr., **ANDREW BRIAN JORDAN, JR.**, surviving Child of Andrew Brian Jordan, Sr., **DAVID LEBOR**, surviving Sibling of Leon Lebor, **RINA KAUFFMAN, a/k/a Joy Kaufman**, as Personal Representative of the **ESTATE OF PHILIP LEBOR, Deceased**, a surviving Parent of Leon Lebor, **DANIELLE MCGUIRE**, as Personal Representative of the **ESTATE OF PATRICK MCGUIRE, Deceased, DANIELLE MCGUIRE**, the surviving Spouseof Patrick McGuire, **MARA MCGUIRE**, surviving Child of Patrick McGuire, **RYAN MCGUIRE**,

surviving Child of Patrick McGuire, **SEAN MCGUIRE**, surviving Child of Patrick McGuire, **SHEA MCGUIRE**, surviving Child of Patrick McGuire, **ANNEMARIE MEDAGLIA**, surviving Parent of Rocco Medaglia, **DIANA MEDAGLIA,** surviving Child of Rocco Medaglia, **KATHLEEN MEDAGLIA-DELLAPENNA**, surviving Sibling of Rocco Medaglia, **MARYELLEN MEDAGLIA**, surviving Sibling of Rocco Medaglia, **MICHAEL MEDGALIA**, surviving Sibling of Rocco Medaglia, **ELIZABETH MEDAGLIA-CORDES**, a surviving Child of Rocco Medaglia, **ELIZABETH MEDAGLIA-CORDES,** as Personal Representative of the **ESTATE OF ROCCO MEDAGLIA, Deceased, JOANNE MISTRULLI,** as Personal Representative of the **ESTATE OF FRANK MISTRULLI, Deceased**, a surviving Sibling of Joseph D. Mistrulli, **MARY ELLEN MURACH**, surviving Parent of Robert M. Murach, **MARY ELLEN MURACH**, as Personal Representative of the **ESTATE OF EDWARD JOHN MURACH, Deceased**, a surviving Parent of Robert M. Murach, **RICHARD J. MURACH**, surviving Sibling of Robert M. Murach, **KATHARINE TYNION**, surviving Sibling of Robert M. Murach, **PAULA NACKE JACOBS**, surviving Sibling of Louis J. Nacke, **DALE ALLEN NACKE**, surviving Sibling of Louis J. Nacke, **DALE ALLEN NACKE,** as Personal Representative of the **ESTATE OF LOUIS P. NACKE, Deceased,** a surviving Parent of Louis J. Nacke, **DALE ALLEN NACKE,** Personal Representative of the **ESTATE OF PHILOMENA MILLACE NACKE, Deceased,** a surviving Parent of Louis J. Nacke, **KENNETH NACKE**, surviving Sibling of Louis J. Nacke, **LOUIS PAUL NACKE, II**, surviving Child of Louis J. Nacke, **JOSEPH NICHOLAS NACKE**, surviving Child of Louis J. Nacke, **THOMAS PAPASSO**, surviving Sibling of Salvatore T. Papasso, **PATRICIA MASON**, surviving Sibling of Sandra Wright-Cartledge, by and through undersigned counsel, hereby move this Honorable Court for a **Final Order and Judgment on Compensatory Damages** and would show as follows:

**WHEREAS**, this case is related to *Havlish, et al. v. bin Laden, et al*., 03-cv-09848 (GBD)(FM), and *Hoglan, et al. v. Islamic Republic of Iran, et al*., 1:11-cv-07550 (GBD)(SN); and

**WHEREAS**, evidence as to liability was submitted by Plaintiffs in filings with this Court in *Havlish* on May 19, 2011, July 13, 2011, August 19, 2011, and December 15, 2011, in addition to supplemental evidence filed with this Court, including extensive evidence filed confidentially under seal, and in *Hoglan* on July 10, 2015, all of which was submitted into evidence in *Havlish* and in *Hoglan*; and

**WHEREAS**, full evidentiary hearings on liability were held in this Court in *Havlish* on December 15, 2011, and in *Hoglan* on August 17, 2015; and

**WHEREAS**, on December 22, 2011, this Court entered Findings of Fact and Conclusions of Law in *Havlish*, and did so again on August 31, 2015, in *Hoglan*, and, in both *Havlish* and *Hoglan*, issued Orders of Judgment based on such Findings of Fact and Conclusions of Law, and the evidence presented and admitted in support thereof, and the entire record in *Havlish* and *Hoglan*, entered final judgment in *Havlish* and *Hoglan*, all of which pertains to the above-captioned case; and

**WHEREAS,** on August 28, 2019, the Second Amended Complaint, the Summons, and the Notice of Suit, and related documents, in English and all translated into Farsi, in the above-captioned case were served on all of the below listed Defendants by mail in accordance with 28 U.S.C. §1608(a)(3):

1. The Islamic Republic of Iran;

2. Iran's Ministry of Information and Security

3. Islamic Revolutionary Guard Corps;

4.  Iran's Ministry of Petroleum;

5.  Iran's Ministry of Commerce;

6.  Iran's Ministry of Economic Affairs and Finance;

7.  Iran's Ministry of Defense and Armed Forces Logistics;

8.  The Central Bank of Iran;

**WHEREAS**, on August 28, 2019, the Clerk of this Court entered onto the Court's docket (Doc. Nos. 5004-5012) the Clerk's certification of the Court's mailing of the Second Amended Complaint, the Summons, and the Notice of Suit, and related documents, in English and all translated into Farsi, in the above-captioned case to the Foreign Ministry of the Islamic Republic of Iran for all of the above-listed Defendants in accordance with 28 U.S.C. §1608(a)(3);

**WHEREAS**, the Second Amended Complaint, the Summons, and the Notice of Suit, and related documents, in English and all translated into Farsi, in the above-captioned case were also served by diplomatic process upon on the Foreign Ministry of the Islamic Republic of Iran for all of the above-listed Defendants in accordance with 28 U.S.C. §1608(a)(4) on December 4, 2019;

**WHEREAS**, the Foreign Ministry of the Islamic Republic of Iran, on behalf of all of the above-listed Defendants, refused and rejected such diplomatic service of process on December 4, 2019;

**WHEREAS**, under cover of a letter dated December 26, 2019, the United States Department of State sent to the Clerk of this Court a set of Specific Authentication Certificates ("diplomatic notes") that detail the above-stated diplomatic service of process via the U.S. State Department and the Foreign Ministry of the Swiss Confederation of the Second Amended Complaint, the Summons, and Notice of Suit, and related documents, in English and all translated into Farsi, in the above-captioned case in this case for all of the above-listed

Defendants, and the Foreign Ministry of the Islamic Republic of Iran's refusal and rejection of same on behalf of all of the above-listed Defendants;

**WHEREAS**, on January 7, 2020, the Clerk of this Court entered the Court's receipt of the U.S. State Department's letter and the set of Specific Authentication Certificates ("diplomatic notes") that detail the above-stated service of process onto the docket in this case (no docket numbers);

**WHEREAS**, based on the Judgment in *Havlish*, the *Ray* Plaintiffs listed on Exhibit A hereto are entitled to partial final judgments for compensatory damages for solatium in the amounts of $12,500,00 for each spouse of a 9/11 decedent; $8,500,000 for each child of a 9/11 decedent; $8,500,000 for each parent of a 9/11 decedent; and $4,250,000 for each sibling of a 9/11 decedent, all such solatium amounts having been established in *Havlish*;

**WHEREAS**, based on the Judgment in *Havlish*, the *Ray* Plaintiffs listed on Exhibit B hereto who are the Personal Representatives of the Estates of 9/11 Decedents are entitled to partial final judgments for compensatory damages of $2,000,000 for pain and suffering and, further, in amounts yet to be determined for economic losses;

**WHEREFORE**, the Plaintiffs in this case **HEREBY MOVE THIS COURT** for a **FINAL ORDER AND JUDGMENT ON COMPENSATORY DAMAGES**, to include:

(A) An ORDER adopting in full the evidence admitted in *Havlish* and *Hoglan*; and

(B) An ORDER adopting in full the FINDINGS OF FACT and CONCLUSIONS OF LAW entered in *Havlish* and *Hoglan*; and

(C) An ORDER stating the below-listed Defendants in this case, listed below, have been properly served in accordance with the Foreign Sovereign Immunities Act, 28 U.S.C. §1608(a)(3) and (a)(4);

6

(D) A FINAL ORDER AND JUDGMENT ON COMPENSATORY DAMAGES in favor

of the Plaintiffs listed on Exhibit A hereto for solatium in the amounts of $12,500,00

for each spouse of a 9/11 decedent; $8,500,000 for each child of a 9/11 decedent;

$8,500,000 for each parent of a 9/11 decedent; and $4,250,000 for each sibling of a

9/11 decedent (such relationships indicated below), and in favor of each of the

Plaintiffs listed on Exhibit B hereto in the amount of $2,000,000 each for

compensatory damages for pain and suffering, and for economic damages in amounts

yet to be determined, against each of the following Defendants:

1.  The Islamic Republic of Iran;

2.  Iran's Ministry of Information and Security

3.  Islamic Revolutionary Guard Corps;

4.  Iran's Ministry of Petroleum;

5.  Iran's Ministry of Commerce;

6.  Iran's Ministry of Economic Affairs and Finance;

7.  Iran's Ministry of Defense and Armed Forces Logistics;

8.  The Central Bank of Iran

(E)  A finding to be included in the FINAL ORDER AND JUDGMENT ON

COMPENSATORY DAMAGES specifying that each of the above-listed Defendants shall be

jointly and severally liable for the entire Judgment as to each and every Plaintiff.

7

Respectfully Submitted,

Date:  January 15, 2020                         _____/s/_____

Timothy B. Fleming (DC Bar No. 351114)
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB PLLC
1211 Connecticut Avenue, N.W.
Suite 420
Washington, D.C. 20036
(202) 467-4489

Dennis G. Pantazis (AL Bar No. ASB-2216-A59D)
WIGGINS CHILDS PANTAZIS *(Lead Counsel)*
FISHER GOLDFARB LLC
The Kress Building
301 19th Street North
Birmingham, AL  35203
(205) 314-0500


Richard D. Hailey (IN Bar No. 7375-49)
Mary Beth Ramey (IN Bar No. 5876-49)
RAMEY & HAILEY
3905 Vincennes Road #303
Indianapolis, IN 46268
(317) 582-0000

Robert M. Foote (IL Bar No. 03124325)
FOOTE, MIELKE, CHAVEZ
& O'NEIL, LLC
10 West State Street, Suite 200
Geneva, IL 60134
(630) 232-7450

*Attorneys for all of the Ray Plaintiffs*

and

Robert A. O'Hare Jr. (New York Bar No. 2601359)
Andrew C. Levitt (New York Bar No. 2734465)
O'HARE PARNAGIAN LLP
82 Wall Street, Suite 300
New York, NY 10005
(212) 425-1401

*Co-Counsel for Plaintiffs Anthony Behette; Harley DiNardo; Ester DiNardo; Pio DiNardo; Andrew Economos, Individually; Andrew Economos, as Co-Executor of the Estate of Leon Economos; Olga Valinotti, Individually; Olga Valinotti, as Co-Executor of the Estate of Leon Economos; Constance Finnicum; George Gabrielle a/k/a Gabe Gabrielle; Mary Ellen Murach, Individually; Mary Ellen Murach, as Executor of the Estate of Edward John Murach; Richard J. Murach; and Katharine Tynion*