# EXHIBIT A

**EXHIBIT A**

| | **Decedent First Name** | **Decedent Middle Name** | **Decedent Last Name** | **Decedent Suffix** | **Plaintiff First Name** | **Plaintiff Middle Name** | **Plaintiff Last Name** | **Plaintiff Suffix** | **Relationship to Decedent** | **Solatium** |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Denease | | Conley | | Herman | | Ray | | Sibling | $4,250,000 |
| 2. | Denease | | Conley | | Cherrie | L. | Allen | | Sibling | $4,250,000 |
| 3. | Denease | | Conley | | Irma | Joyce | Fletcher | | Sibling | $4,250,000 |
| 4. | Denease | | Conley | | Irma | Joyce | Fletcher | | P.R. of Estate of Sibling (Earl Ray) | $4,250,000 |
| 5. | Denease | | Conley | | Barbara | | Haynes-Jenkins | | Sibling | $4,250,000 |
| 6. | Denease | | Conley | | Herman | | Ray | | P.R. of Estate of Sibling (James Ray) | $4,250,000 |
| 7. | Denease | | Conley | | Stanley | | Ray | | Sibling | $4,250,000 |
| 8. | Lee | Alan | Adler | | Aaron | | Adler | | Sibling | $4,250,000 |
| 9. | Lee | Alan | Adler | | Alice | Doerge | Adler | | Spouse | $12,500,000 |
| 10. | Lee | Alan | Adler | | Isabell | Dansiger | Adler | | Parent | $8,500,000 |
| 11. | Lee | Alan | Adler | | Jay | | Adler | | Sibling | $4,250,000 |
| 12. | Lee | Alan | Adler | | Lauren | Sarah Adler | Martinelli | | Child | $8,500,000 |
| 13. | Lee | Alan | Adler | | Randi | | Adler | | Sibling | $4,250,000 |
| 14. | Michael | G. | Behette | | Anthony | | Behette | | Sibling | $4,250,000 |
| 15. | James | V. | DeBlase | | Richard | | DeBlase | | Sibling | $4,250,000 |
| 16. | James | V. | DeBlase | | Anita | | DeBlase | | Parent | $8,500,000 |
| 17. | James | V. | DeBlase | | Anthony | | DeBlase | | Sibling | $4,250,000 |
| 18. | Marisa | | DiNardo-Schorpp | | Harley | | DiNardo | | P.R. of Estate of Parent (Ester DiNardo) | $8,500,000 |
| 19. | Marisa | | DiNardo-Schorpp | | Harley | | DiNardo | | Sibling | $4,250,000 |
| 20. | Marisa | | DiNardo-Schorpp | | Pio | | DiNardo | | Parent | $8,500,000 |
| 21. | Constantine | | Economos | | Andrew | | Economos | | Sibling | $4,250,000 |
| 22. | Constantine | | Economos | | Olga | | Valinotti | | Sibling | $4,250,000 |

|  | **Decedent First Name** | **Decedent Middle Name** | **Decedent Last Name** | **Decedent Suffix** | **Plaintiff First Name** | **Plaintiff Middle Name** | **Plaintiff Last Name** | **Plaintiff Suffix** | **Relationship to Decedent** | **Solatium** |
|---|---|---|---|---|---|---|---|---|---|---|
| 23. | Constantine | | Economos | | Andrew | | Economos | | Co-P.R. of Estate of Parent (Leon Economos) | $8,500,000 |
| 24. | Constantine | | Economos | | Olga | | Valinotti | | Co-P.R. of Estate of Parent (Leon Economos) | (See preceding line) |
| 25. | Richard | | Gabrielle | | Constance | | Finnicum | | Sibling | $4,250,000 |
| 26. | Richard | | Gabrielle | | George | | Gabrielle | a/k/a Gabe Gabrielle | Sibling | $4,250,000 |
| 27. | Francesco | | Garfi | | Vito | | Garfi | | Sibling | $4,250,000 |
| 28. | Francesco | | Garfi | | Salvatore | | Garfi | | Parent | $8,500,000 |
| 29. | Francesco | | Garfi | | Marianna | | Garfi | | Parent | $8,500,000 |
| 30. | John | | Grazioso | | Hank | | Grazioso | | Parent | $8,500,000 |
| 31. | Timmy | | Grazioso | | Hank | | Grazioso | | Parent | $8,500,000 |
| 32. | LeRoy | W. | Homer | Jr. | Theresa | | Cooke | | Sibling | $4,250,000 |
| 33. | LeRoy | W. | Homer | Jr. | Michelle | | Hargis | | Sibling | $4,250,000 |
| 34. | LeRoy | W. | Homer | Jr. | Christine | | Homer | | Sibling | $4,250,000 |
| 35. | LeRoy | W. | Homer | Jr. | Christine | | Homer | | P.R. of Estate of Sibling (Thomas Freimark) | $4,250,000 |
| 36. | LeRoy | W. | Homer | Jr. | Isle | | Homer | | Parent | $8,500,000 |
| 37. | LeRoy | W. | Homer | Jr. | Monique | | Homer | | Sibling | $4,250,000 |
| 38. | LeRoy | W. | Homer | Jr. | Marilyn | | Johnson | | Sibling | $4,250,000 |
| 39. | LeRoy | W. | Homer | Jr. | Cheryl | Homer | Wilson | | Sibling | $4,250,000 |
| 40. | LeRoy | W. | Homer | Jr. | Germaine | | Wilson | | Sibling | $4,250,000 |
| 41. | Andrew | Brian | Jordan | Sr. | Andrew | Brian | Jordan | Jr. | Child | $8,500,000 |
| 42. | Leon | | Lebor | | David | | Lebor | | Sibling | $4,250,000 |
| 43. | Leon | | Lebor | | Rina | | Kaufman | a/k/a Joy Kaufman | P.R. of Estate of Parent (Philip Lebor) | $8,500,000 |
| 44. | Patrick | | McGuire | | Danielle | | McGuire | | Spouse | $12,500,000 |
| 45. | Patrick | | McGuire | | Mara | | McGuire | | Child | $8,500,000 |
| 46. | Patrick | | McGuire | | Ryan | | McGuire | | Child | $8,500,000 |

|  | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship to Decedent | Solatium |
|---|---|---|---|---|---|---|---|---|---|---|
| 47. | Patrick |  | McGuire |  | Sean |  | McGuire |  | Child | $8,500,000 |
| 48. | Patrick |  | McGuire |  | Shea |  | McGuire |  | Child | $8,500,000 |
| 49. | Rocco |  | Medaglia |  | Annemarie |  | Medaglia |  | Parent | $8,500,000 |
| 50. | Rocco |  | Medaglia |  | Diana |  | Medaglia |  | Child | $8,500,000 |
| 51. | Rocco |  | Medaglia |  | Kathleen |  | Medaglia-Dellapenna |  | Sibling | $4,250,000 |
| 52. | Rocco |  | Medaglia |  | Maryellen |  | Medaglia |  | Sibling | $4,250,000 |
| 53. | Rocco |  | Medaglia |  | Michael |  | Medaglia |  | Sibling | $4,250,000 |
| 54. | Rocco |  | Medaglia |  | Elizabeth |  | Medaglia-Cordes |  | Child | $8,500,000 |
| 55. | Joseph | D. | Mistrulli |  | Joanne |  | Mistrulli |  | P.R. of Estate of Sibling (Frank Mistrulli) | $4,250,000 |
| 56. | Robert | M. | Murach |  | Mary | Ellen | Murach |  | Parent | $8,500,000 |
| 57. | Robert | M. | Murach |  | Mary | Ellen | Murach |  | P.R. of Estate of Parent (Edward John Murach) | $8,500,000 |
| 58. | Robert | M. | Murach |  | Richard | J. | Murach |  | Sibling | $4,250,000 |
| 59. | Robert | M. | Murach |  | Katharine |  | Tynion |  | Sibling | $4,250,000 |
| 60. | Louis | J. | Nacke |  | Paula | Nacke | Jacobs |  | Sibling | $4,250,000 |
| 61. | Louis | J. | Nacke |  | Dale | Allen | Nacke |  | Sibling | $4,250,000 |
| 62. | Louis | J. | Nacke |  | Dale | Allen | Nacke |  | P.R. of Estate of Parent (Louis P. Nacke) | $8,500,000 |
| 63. | Louis | J. | Nacke |  | Dale | Allen | Nacke |  | P.R. of Estate of Parent (Philomena Nacke) | $8,500,000 |
| 64. | Louis | J. | Nacke |  | Kenneth |  | Nacke |  | Sibling | $4,250,000 |
| 65. | Louis | J. | Nacke |  | Louis | Paul | Nacke | II | Child | $8,500,000 |
| 66. | Louis | J. | Nacke |  | Joseph | Nicholas | Nacke |  | Child | $8,500,000 |
| 67. | Salvatore | T. | Papasso |  | Thomas |  | Papasso |  | Sibling | $4,250,000 |
| 68. | Sandra |  | Wright-Cartledge |  | Patricia |  | Mason |  | Sibling | $4,250,000 |

**TOTAL SOLATIUM DAMAGES  $411,750,000**