# EXHIBIT B

**Exhibit B**

|   | **9/11 Decedent First Name** | **9/11 Decedent Middle Name** | **9/11 Decedent Last Name** | **Suffix** | **Economic Damage Amount** | **Non-Economic Damage Amount** | **Total Damage Amount** |
|---|---|---|---|---|---|---|---|
| 1. | Denease | | Conley | | TBD | $2,000,000 | TBD |
| 2. | Lee | Alan | Adler | | TBD | $2,000,000 | TBD |
| 3. | James | V. | DeBlase | | TBD | $2,000,000 | TBD |
| 4. | Francesco | | Garfi | | TBD | $2,000,000 | TBD |
| 5. | Patrick | | McGuire | | TBD | $2,000,000 | TBD |
| 6. | Rocco | | Medaglia | | TBD | $2,000,000 | TBD |

**TOTAL  $12,000,000 + economic loss amounts to be determined ("TBD")**