IN THE CIRCUIT COURT FOR PALM BEACH COUNTY, FLORIDA  PROBATE DIVISION

IN RE: ESTATE OF

File No.: 50-2020-CP-000248-XXXX-SB
Division: IY

**ESTERINA Di NARDO**
**ESTER Di NARDO**
  Deceased.

## LETTERS OF ADMINISTRATION
(single personal representative)

TO ALL WHOM IT MAY CONCERN

WHEREAS, ESTERINA Di NARDO a/k/a ESTER Di NARDO, a resident of Palm Beach County, Florida, died on November 16, 2019, owning assets in the State of Florida, and

WHEREAS, HARLEY Di NARDO has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned circuit judge, declare HARLEY Di NARDO duly qualified under the laws of the State of Florida to act as personal representative of the estate of ESTERINA Di NARDO a/k/a ESTER Di NARDO, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

ORDERED on January 22, 2020.

*[Signature]*
50-2020-CP-000248-XXXX-SB   01/22/2020
Charles E. Burton
Judge

_____
Charles Burton, Circuit Judge