# Exhibit A

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Herman Ray
                         Plaintiff(s)

-v-

Islamic Republic of Iran

                         Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:19-cv-00012 (GBD)(SN)
              1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27 day of August, 2019, I served:

ISLAMIC REPUBLIC OF IRAN, c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran

☐    the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒    the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐    the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐    the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

     1 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, *et seq.*; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No. 172), Affidavits/Certifications from the Translators

by United States Postal Service LA 337 930 515 US

Dated: New York, New York
        8/27/2019

RUBY J. KRAJICK
CLERK OF COURT

*[signature]*

Casey Goedtel
DEPUTY CLERK

## USPS® Customs Declaration – CN 22

**IMPORTANT:** The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's instructions page. Please print in English and press firmly; you are making multiple copies.

**From:**
- Sender's Last Name: Mellon
- First: Thomas
- Business: Wiggins, Childs, et al.
- Address: 1311 Conn. Ave. N.W. Suite 420
- City: Washington
- State: DC
- ZIP+4®: 20036
- Telephone/Fax or Email: 202.467.4489

**To:**
- Addressee's Last Name: Islamic Republic of Iran
- First: 
- Business: c/o H.E. Mohammad Javad Zarif
- Address: Ministry of Foreign Affairs, Khomeini Ave.
- City: Tehran
- State/Province: Iran
- Post Code: 11369
- Country: Iran
- Telephone/Fax or Email: 98216673919(

Contents: ☒ Documents ☐ Gift ☐ Commercial sample ☐ Humanitarian Donation ☐ Merchandise ☐ Other ☐ Dangerous Goods

| Detailed description of contents (1) | Qty. (2) | Weight (3) lb. oz. | Value (4) (US $) | HS Tariff # (5) | Country of Origin (6) |
|---|---|---|---|---|---|
| Legal Complaint | 1 | 2 1 | 0 | 1 | USA |

Totals (7): 1 | 2 1 | $ 0

AES Exemption (8): ☐ NOEEI § 30.37(a) ☐ NOEEI § 30.37(h)

I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

Sender's Signature and Date (9): [signature] June 26, 19

PS Form 2976, July 2013 PSN 7530-01-000-9833
1 – Post Office Copy — retain on file for 30 days after mailing

---

## PS Form 2865 (Reverse) — Insured Parcel / Registered

**Completed by the office of origin:**
- Item Description (Nature de l'envoi): [checkboxes] Express Mail International, Recorded Delivery, Registered Article, Letter, Printed Matter, Other
- Insured Value: 
- Office of Mailing: The Islamic Republic of Iran
- Addressee Name or Firm: c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs
- Street and No.: Imam Khomeini Avenue
- Place and Country: Tehran, Iran 11369
- Date of Posting: 
- Article Number: 

Barcode: LA337905151US

---

## PS Form 3806, Registered Mail Receipt

- Registered No.: 
- Postage: 
- Extra Services & Fees: Registered Mail, Return Receipt (hardcopy), Return Receipt (electronic), Restricted Delivery
- Signature Confirmation, Signature Confirmation Restricted Delivery
- Total Postage & Fees: $
- Customer Must Declare Full Value: $
- Received by: 

**FROM:** Flemming Esguire, Wiggins Childs, et al., 1311 Conn. Ave. N.W. Suite 420, Washington, DC 20036

**TO:** The Islamic Republic of Iran, c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs, Imam Khomeini Ave., Tehran, Iran 11369

PS Form 3806, April 2015, PSN 7530-02-000-9051
Copy 1 - Customer (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Herman Ray

                       Plaintiff(s)

-v-

Iran's Ministry of Information and Security

                       Defendant(s)

**CERTIFICATE OF MAILING**

Case No.:   1:19-cv-00012 (GBD)(SN)
            1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27 day of August, 2019, I served:

IRAN'S MINISTRY OF INFORMATION AND SECURITY c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran

☐   the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒   the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐   the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐   the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

    1 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, *et seq.*; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No. 172), Affidavits/Certifications from the Translators

by United States Postal Service LA 337 930 532 US

Dated: New York, New York
       8/27/2019

RUBY J. KRAJICK
CLERK OF COURT

_____
Casey Goedtel
DEPUTY CLERK

**USPS® Customs Declaration — CN 22**

IMPORTANT: The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

LA337930532US

From:
Sender's Last Name: Mellon    First: Thomas
Business: Wiggins, Childs, et al
Address: 1211 Conn Ave, N.W., Suite 420
City: Washington    State/ZIP+4: D.C. 20036
Telephone/Fax or Email: 202.467.4489

To:
Addressee's Last Name: Iran's Ministry of Info. Security    First:
Business: c/o H.E. Mohammad Javad Zarif
Address: Ministry of Foreign Affairs
City: Tehran    State/Province: Khomeini Ave    Post Code: 11369
Country: IRAN    Telephone/Fax or Email: 982166731

☒ Documents  ☐ Commercial sample  ☐ Merchandise  ☐ Dangerous Goods
☐ Gift  ☐ Humanitarian Donation  ☐ Other

Detailed description of contents: Legal Complaint
Qty: 1  Weight: 2 lb 1 oz  Value (US $): $0  HS Tariff #: /  Country of Origin: USA
Totals: 1 / 2 1 $0

AES Exemption: ☐ NOEEI § 30.37(a)  ☐ NOEEI § 30.37(h)

I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

Sender's Signature and Date: [signature] Aug. 20, '19

PS Form 2976, July 2013 PSN 7530-01-000-9833

---

**PS Form 2865, February 1997 (Reverse)**

Item Description (Nature de l'envoi):
☐ Insured Parcel (Colis avec valeur déclarée)
☐ Registered Article (Envoi recommandé)
☐ Letter (Lettre)
☐ Printed Matter (Imprimé)
☐ Other (Autre)
☐ Recorded Delivery (Envoi à livraison attestée)
☐ Express Mail
☐ Mail International

Insured Value (Valeur déclarée)    Article Number

Office of Mailing (Bureau de dépôt)    Date of Posting (Date de dépôt)

Addressee's Name or Firm: Iran's Ministry of Information + Security
c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs
Street and No.: Iman Khomeini Avenue 11369
Place and Country: Tehran, Iran 11369

Postmark of the office of destination

1 - Post Office Copy — retain on file for 30 days after mailing

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)

Signature of Addressee    Office of Destination Employee Signature    Date

---

**Registered No.** LA337930532US

Postage $ ___
Extra Services & Fees:
☐ Registered Mail $
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Restricted Delivery $
☐ Signature Confirmation $
☐ Signature Confirmation Restricted Delivery $

Total Postage & Fees $
Received by:
Customer Must Declare Full Value $

OFFICIAL USE

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

Date Stamp

FROM: Thomas Mellon, Esquire
Wiggins, Childs, et al.
1211 Conn Avenue, N.W., Suite 420
Washington, D.C. 20036

TO: Iran's Ministry of Information + Security
c/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Iman Khomeini Ave, Tehran, Iran 11369

PS Form 3806, Registered Mail Receipt    Copy 1 - Customer
April 2015, PSN 7530-02-000-9051    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Herman Ray
                Plaintiff(s)
-v-

Islamic Revolutionary Guard Corps.
                Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:19-cv-00012 (GBD)(SN)
1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27 day of August, 2019, I served:

ISLAMIC REVOLUTIONARY GUARD CORPS, *c/o* H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

    1 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, *et seq.*; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No. 172), Affidavits/Certifications from the Translators

by United States Postal Service LA 337 930 577 US

Dated: New York, New York
       8/27/2019

RUBY J. KRAJICK
CLERK OF COURT

*/s/ Casey Goedtel*
Casey Goedtel
DEPUTY CLERK

| | | | | | |
|---|---|---|---|---|---|
| ☑ Documents | ☐ Commercial sample | ☐ Merchandise | ☐ Dangerous Goods | | |
| ☐ Gift | ☐ Humanitarian Donation | ☐ Other | | | |

| Detailed description of contents (1) | Qty. (2) | Weight (3) lb. oz. | Value (4) (US $) | HS Tariff # (5) | Country of Origin (6) |
|---|---|---|---|---|---|
| Legal Complaint | 1 | 2 1 | 0 | / | USA |

Totals (7): 1 | 2 1 | $ 0

Mailing Office Date Stamp

AES Exemption (8)
☐ NOEEI § 30.37(a)   ☐ NOEEI § 30.37(h)

I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

Sender's Signature and Date (9)
[signature] Aug 20, '19

PS Form 2976, July 2013  PSN 7530-01-000-9833

**From**
Sender's Last Name: Fleming, First: Thomas
Business:
Address: Wiggins, Childs, et al.
1211 Conn. Ave., N.W./Suite 420
City: Washington, State: DC, ZIP+4: 20036
Telephone/Fax or Email: 202.467.4489

**To**
Addressee's Last Name / First:
Islamic Revolutionary Guard Corps
Business: c/o H.E. Mohammad Javad Zarif
Address: M.W. of Foreign Affairs, Imam Khomeini Ave.
City: Tehran, State/Province: , Post Code: 11369
Country: Iran
Telephone/Fax or Email: 982166739191

1 - Post Office Copy — retain on file for 30 days after mailing

---

(Lower portion contains reversed/upside-down images of PS Form 2865 (February 1997) Registered Mail form and PS Form 3806 Registered Mail Receipt with handwritten addressee information:)

PS Form 2865, February 1997 (Reverse)

Item Description (Nature de l'envoi): ☐ Insured Parcel / ☑ Registered Article / ☐ Letter / ☐ Printed Matter / ☐ Recorded Delivery / ☐ Other / ☑ Express Mail — International
Office of Mailing (Bureau de dépôt):
Addressee Name or Firm: Islamic Revolutionary Guards Corps
c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs
Street and No.: Imam Khomeini Avenue
Place and Country: Tehran, Iran 11369
Insured Value (Valeur déclarée):
Article Number:
Date of Posting (Date de dépôt):
Postmark of office of destination (Timbre du bureau de destination):

The article mentioned above was duly delivered.
Date:
Office of Destination Employee Signature:
Signature of Addressee:

PS Form 3806, Registered Mail Receipt, April 2015, PSN 7530-02-000-9051
Copy 1 - Customer

FROM: T. Fleming, Esquire
Wiggins, Childs, et al.
1211 Conn. Ave., N.W., Suite 420
Washington, DC 20036

TO: Islamic Revolutionary Guard Corps
c/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Ave., Tehran, Iran 11369

Registered No.
Postage $
Extra Services & Fees
☐ Registered Mail $
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Restricted Delivery $
☐ Signature Confirmation $
☐ Signature Confirmation Restricted Delivery $
Total Postage & Fees $
Received by
Customer Must Declare Full Value $
Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

Date Stamp
OFFICIAL USE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Herman Ray

                              Plaintiff(s)

-v-

Iran's Ministry of Commerce

                             Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:19-cv-00012 (GBD)(SN)
           1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27 day of August, 2019, I served:

IRAN'S MINISTRY OF COMMERCE, *c/o* H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran

☐     the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒     the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐     the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐     the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

      1 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, *et seq.*; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No. 172), Affidavits/Certifications from the Translators

by United States Postal Service LA 337 930 563 US

Dated: New York, New York
        8/27/2019

RUBY J. KRAJICK
CLERK OF COURT

*[signature]*

Casey Goedtel
DEPUTY CLERK

## USPS Registered Mail Receipt (Form 3806)

**Registered No.:** LA 327 905 635 US

**FROM:**
Thomas Mellon, et al.
Wiggins, Childs, et al.
1411 Conn. Ave NW Suite 420
Washington, DC 20036

**TO:**
Iran's Ministry of Commerce
c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs
Imam Khomeini Ave.
Tehran, Iran 11369

## Registered Mail Form (International)

**Item Description:** Registered Article

**Office of Mailing:** Iran's Minister of Commerce

**Addressee Name or Firm:** c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs

**Street and No.:** Imam Khomeini Avenue

**Place and Country:** Tehran, Iran 11369

## USPS Customs Declaration — CN 22

**From:**
Sender's Last Name: Mellon
First: Thomas
Business: Wiggins, Childs, et al.
Address: 1411 Conn. Ave NW Suite 420
City: Washington, DC
State: DC ZIP: 20036
Telephone: 202.467.4489

**To:**
Addressee's Last Name: Iran's Ministry of Commerce
Address: c/o H.E. Mohammad Javad Zarif
Min. of Foreign Affairs, Imam Khomeini Ave
City: Tehran
Country: Iran
Post Code: 11369
Telephone: 982166739191

**Documents** ☑
Detailed description of contents: Legal Complaint
Qty: 2  Weight: 1 lb 0 oz  Value: $1  Country of Origin: USA
Totals: 2 / 1lb 0oz / $0

Signed 4/20/19

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Herman Ray
                              Plaintiff(s)
-v-
Iran's Ministry of Defense and Armed Forces Logistics
                              Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:19-cv-00012 (GBD)(SN)
1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27 day of August, 2019, I served:

IRAN'S MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

    1 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, *et seq.*; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No. 172), Affidavits/Certifications from the Translators

by United States Postal Service LA 337 930 529 US

Dated: New York, New York
8/27/2019

RUBY J. KRAJICK
CLERK OF COURT

*Casey Goedtel* (signature)

Casey Goedtel
DEPUTY CLERK

## USPS® Customs Declaration – CN 22

**Sender's Last Name:** Mellon  **First:** Thomas
**Business:** Wiggins, Childs, et al.
**Address:** 1211 Conn. Ave. NW Suite 420
**City:** Washington  **State:** DC  **ZIP:** 20036
**Telephone/Fax or Email:** 202.467.4489

**Addressee's Last Name:** Logistics  **First:** 
**Business:** Min. of Defense + Armed Forces
**Address:** c/o H.E. Mohammad Javad Zarif, Iran Min. of Foreign Affairs, Khomeini
**City:** Tehran  **State/Province:**   **Post Code:** 1136 9
**Country:** Iran  **Telephone/Fax or Email:** 982166 73919

Registered No. LA337305 29US

☒ Documents  ☐ Commercial sample  ☐ Merchandise  ☐ Dangerous Goods
☐ Gift  ☐ Humanitarian Donation  ☐ Other

Detailed description of contents: Legal Complaint  Qty: 1  Weight: 2 lb 1 oz  Value: $0  HS Tariff #: 1  Country of Origin: USA

Totals: 1  2 lb 1 oz  $0

Signed Wilson Aug 22 '19

PS Form 2976, July 2013

---

## Registered Mail Receipt – PS Form 3806

**FROM:** Fleming Esquire, Wiggins Childs et al., 1211 Conn. Ave. NW Suite 420, Washington DC 20036

**TO:** Iran's Ministry of Defense + Armed Forces Logistics, c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs, Imam Khomeini Ave, Tehran, Iran 13691

---

## PS Form 2865 (Reverse) — International Recorded Delivery

**Item Description:** ☒ Registered Article
**Insured Value:** 
**Office of Mailing:** 
**Addressee Name or Firm:** Iran's Ministry of Defense + Armed Forces Logistics
c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs
**Street and No.:** Imam Khomeini Avenue
**Place and Country:** Tehran, Iran 13691

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Herman Ray

Plaintiff(s)

-v-

Iran's Ministry of Economic Affairs and Finance

Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:19-cv-00012 (GBD)(SN)
1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27 day of August, 2019, I served:

IRAN'S MINISTRY OF ECONOMIC AFFAIRS AND FINANCE, c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

1 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, *et seq.*; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No. 172), Affidavits/Certifications from the Translators

by United States Postal Service LA 337 930 501 US

Dated: New York, New York
8/27/2019

RUBY J. KRAJICK
CLERK OF COURT

Casey Goedtel
DEPUTY CLERK

## USPS® Customs Declaration – CN 22

**IMPORTANT:** The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's instructions page. Please print in English and press firmly; you are making multiple copies.

**From:**
- Sender's Last Name: Mellon  First: Thomas
- Business: Wiggins, Childs, et al
- Address: 1211 Conn. Ave. NW / Suite 420
- City: Washington  State: DC  ZIP+4®: 20036
- Telephone/Fax or Email: 202.467.4489

**To:**
- Addressee's Last Name: Iran's Ministry of Economic Affairs  First:
- Business: c/o H.E. Mohammad Javad Zarif
- Address: Min. of Foreign Affairs, Khomeini Imam Ave.
- City: Tehran  State/Province:  Post Code: 11369

☒ Documents  ☐ Commercial sample  ☐ Merchandise  ☐ Dangerous Goods
☐ Gift  ☐ Humanitarian Donation  ☐ Other

| Detailed description of contents (1) | Qty. (2) | Weight (3) lb. oz. | Value (4) (US $) | HS Tariff #(5) | Country of Origin (6) |
|---|---|---|---|---|---|
| Legal Complaint | 1 | 1 2 1 0 | | | USA |
| | | Totals (7) | 1 | $ 0 | |

AES Exemption (8)
☐ NOEEI § 30.37(a)  ☐ NOEEI § 30.37(h)

I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

---

**Registered No.** LA 337 930 501 US

### PS Form 3806, Registered Mail Receipt

Postage $
Extra Services & Fees:
- ☐ Registered Mail $
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Restricted Delivery $

Customer Must Declare Full Value $

Extra Services & Fees (continued):
- ☐ Signature Confirmation $
- ☐ Signature Confirmation Restricted Delivery $

Total Postage & Fees $

Received by

FROM: Wiggins Childs, et al / Thomas Mellon / 1211 Conn Ave NW Suite 420 / Washington, DC 20036

TO: Iran's Ministry of Economic Affairs + Finance / c/o H.E. Mohammad Javad Zarif / Ministry of Foreign Affairs / Imam Khomeini Ave, Tehran, Iran 11369

OFFICIAL USE

---

**Completed by the office of origin.** (A remplir par le bureau d'origine.)

Item Description (Nature de l'envoi): Legal Complaint
☐ Insured Parcel (Colis avec valeur déclarée)
☐ Registered Article (Envoi recommandé)
☐ Letter (Lettre)  ☐ Printed Matter (Imprimé)  ☐ Other (Autre)

Office of Mailing (Bureau de dépôt):

Addressee Name or Firm (Nom ou raison sociale du destinataire):
Iran's Ministry of Economic Affairs + Finance
c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs

Street, and No. (Rue et No.): Imam Khomeini Avenue

Place and Country (Localité et pays): Tehran, Iran 11369

Insured Value (Valeur déclarée):
Article Number:
Date of Posting (Date de dépôt):
Recorded Delivery ☐ (Envoi à livraison attestée)
Express ☐  Mail International ☐

**Completed at destination.** (A compléter à destination.)

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination, or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau de destination)

Date

Postmark of the office of destination (Timbre du bureau de destination)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Herman Ray

                      Plaintiff(s)

-v-

Central Bank of Iran a/k/a Bank Markazi

                      Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:19-cv-00012 (GBD)(SN)
            1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27 day of August, 2019, I served:
CENTRAL BANK OF IRAN A/K/A BANK MARKAZI, c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

1 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, *et seq.*; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No. 172), Affidavits/Certifications from the Translators

by United States Postal Service LA 337 930 550 US

Dated: New York, New York
       8/27/2019

RUBY J. KRAJICK
CLERK OF COURT

*Casey Goedtel* (signature)

Casey Goedtel
DEPUTY CLERK

## Registered Mail Receipt (PS Form 3806)

**TO:**
Central Bank of Iran, al Hazbut Markazi
c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs
Imam Khomeini Avenue
Tehran, Iran 11369

**FROM:**
Thomas Mellon
Kreindler & Kreindler LLP
1211 Conn Ave NW, Suite 480
Washington DC 20036

Registered No.: LA337905500US

## USPS Customs Declaration — CN 22

- Documents ☒
- Detailed description of contents: Legal Complaint
- Qty: 1
- Weight: 2 lb 0 oz
- Value: $1
- Country of Origin: USA
- Totals: 2 lb / $1.50

**From:** Mellon, Thomas
1211 Conn Ave NW Suite 480
Washington DC 20036

**To:** Addressee — c/o H.E. Mohammad Javad Zarif
Central Bank of Iran
Min. of Foreign Affairs, Khomeini
Imam Ave
Tehran, Iran 11369
Telephone: 982 166 73919

Sender's Signature and Date: Mellon Aug 20, '19