**Exhibit B**

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>Ray, et al.<br>　　　　　Plaintiff(s)<br>　　　　　　-v-<br>Iran, et al.,<br>　　　　　Defendant(s) | **CERTIFICATE OF MAILING**<br><br>Case No.: 1:19 cv 00012 (GBD) (SN)<br>　　　　　1:03 md 1570 (GBD) (SN) |

　　　　　I hereby certify under the penalties of perjury that on the 18th day of September, 2019, I served defendant Iran's Ministry of Petroleum c/o H.E Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran 11369, the head of the ministry of foreign affairs, one (1) copy of the Cover Letter by Timothy Fleming, Second Amended Complaint dated May 6, 2019 (Ray Docket No. 139), Notice of Suit, pursuant to 22 C.F.R 93.2, dated May 6, 2019, along with the text of FSIA 28 U.S.C § 1602, et seq, Amended Summons and Affidavit of translator (along with translations of the above documents), by Registered Mail # RH001827053US, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).


Dated:　New York, New York
　　　　October 4, 2019

　　　　　　　　　　　　　　　　　　　　　　　RUBY J. KRAJICK
　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　　　　　　s/Gordana Peter　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　*Deputy Clerk*



# USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

**RH001827053US**

## SENDER'S INFORMATION

Full Last Name: Fleming
Full First Name: Timothy
MI: B.
Sender's Telephone: [illegible]

Business Name: WGI, Schindler et al.

Address-1: 1411 Connecticut Ave N.W.
Address-2: Suite 400
City: Washington
State: DC
ZIP Code: 20036

## ADDRESSEE'S INFORMATION

Full Last Name: Zarif
Full First Name: H.E. Mohammad J.
Addressee's Telephone: [blank]

Business Name: Ministry of Petroleum

Address-1: Imam Khomeini Ave
Address-2:
City: Tehran
State/Province:
Postal Code: 11369
Country: IRAN

## SHIPMENT INFORMATION

**1. Category of Items** (Check all that apply)
☒ Document ☐ Commercial Sample ☐ Merchandise ☐ Dangerous Goods
☐ Gift ☐ Returned Goods ☐ Humanitarian Donation ☐ Other

**2. Detailed Description of Contents** (Enter only one item per line)

| Description | 3. Quantity | 4. Net Weight (Ea) Lbs. | Oz. | 5. Value (Ea) U.S. $ |
|---|---|---|---|---|
| Legal Complaint | 1 | 2 | | 0 |
| | | | | |
| | | | | |
| 6. Total | | | | 0 |

## SHIPMENT INFORMATION (CONTINUED) — BOXED AREA IS FOR USPS USE ONLY

| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date / / |
|---|---|---|

Total Postage/Fees (U.S. $): [illegible]
Insured Value (U.S. $):
Insured Fee (U.S. $):

7. Sender's Email Address:
8. Addressee's Email Address:
9. Exporter's Reference:
10. Exporter's Telephone:
11. Importer's Reference:
12. Importer's Telephone:
13. AES ITN:
14. AES Exemption – NOEEI ☐ $30.36 ☐ $30.37(a) ☐ $30.37(h) ☒ $30.37(y) ☐ Other
15. License Number:
16. Certificate Number:
17. Invoice Number:
18. Length (inches): 10
19. Width (inches): 13
20. Height (inches): 1.5
21. Restrictions ☐ Quarantine ☐ Sanitary/Phytosanitary Inspection
22. Nondelivery Instructions ☐ Return to Sender ☐ Treat as Abandoned
23. Sender's Signature and Date: [signature]

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

For Business Mailers, for items in Block 2. (If the information is known)
24. HS Tariff Number:
25. Country of Origin: U.S.A.

4 – Sender's Copy

PS Form **2976-R**, April 2016  PSN 7530-17-000-7992
IMPORTANT: This package may be opened officially.

```
===================================
            CHINATOWN
           6 DOYERS ST
        NEW YORK, NY 10013-9991
             359604-0004
            (800)275-8777
         09/18/2019 02:43 PM
===================================
===================================
-----------------------------------
Product              Qty    Unit         Price
                            Price
-----------------------------------
First-Class Package®  1    $22.75       $22.75
Intl Service
    (International)
    (Iran)
    (Weight:2 Lb 00.00 Oz)
    (Customs #:RH001827019US)
Registered                              $16.00
    (Amount:$0.00)
Return Receipt                           $4.10
First-Class Package®  1    $22.75       $22.75
Intl Service
    (International)
    (Iran)
    (Weight:1 Lb 15.90 Oz)
    (Customs #:RH001827022US)
Registered                              $16.00
    (Amount:$0.00)
Return Receipt                           $4.10
First-Class Package®  1    $22.75       $22.75
Intl Service
    (International)
    (Iran)
    (Weight:1 Lb 14.50 Oz)
    (Customs #:RH001827040US)
Registered                              $16.00
    (Amount:$0.00)
Return Receipt                           $4.10
First-Class Package®  1    $22.75       $22.75
Intl Service
    (International)
    (Iran)
    (Weight:1 Lb 15.20 Oz)
    (Customs #:RH001827053US)
Registered                              $16.00
    (Amount:$0.00)
Return Receipt                           $4.10
First-Class Package®  1    $34.75       $34.75
Intl Service
    (International)
    (Iran)
    (Weight:2 Lb 0.20 Oz)
    (Customs #:RH001827084US)
Registered                              $16.00
    (Amount:$0.00)
Return Receipt                           $4.10
First-Class Package®  1    $22.75       $22.75
Intl Service
    (International)
    (Iran)
    (Weight:2 Lb 00.00 Oz)
    (Customs #:RH001827115US)
Registered                              $16.00
    (Amount:$0.00)
Return Receipt                           $4.10
-----------------------------------
Total:                                 $269.10
-----------------------------------

Cash                                   $280.00
Change                                 ($10.90)
-----------------------------------

In a hurry? Self-service kiosks offer
```