**Exhibit C**



U.S. POSTAGE PAID
FCPIS
NEW YORK, NY
10013
AUG 27 19
AMOUNT $42.85
R2305P151497-7
9400
00181

The Islamic Republic of Iran
C/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Iman Khomeini; Avenue
Tehran, IRAN 11369

Return
Unknown
Refused
Moved
Incomplete
Address
Unclaimed
Other
date

REGISTERED MAIL™
RE 295 892 592 US
PSN 7690-03-000-9311
Label 200, August 2005

...das et al.
...onn. Ave., N.W.
...480
...gton, D.C. 20036





U.S. POSTAGE PAID
NEW YORK, NY
10013
AUG 27 19
AMOUNT
$42.85
R2305P151497-7

00181

Return
Unknown
Refused
Moved
Incomplete Address
Unclaimed
Other

9/3/0

LA33793051US

AUG 2 2019

Iran's Ministry of Commerce
c/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Avenue
Tehran, IRAN 11369

1211 CONN. AVE, NW
WASH DC # 420

REGISTERED MAIL™

RE 295 872 629 US





US POSTAGE PAID
NEW YORK, NY
10013
AUG 27 '19
AMOUNT
$42.85
R2305P151497-7

9400

Iran's Ministry of Information + Security
c/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Avenue
Tehran, IRAN 11369

RPM 1211 Conn Ave

REGISTERED MAIL

RE 295 892 646 US





U.S. POSTAGE PAID
NEW YORK, NY
10013
AMS JUL 19
**$42 85**
R2308P151497-7

00181

Return
Unknown
Refused
Moved
Incomplete
Address
Unclaimed
Other

LA337930577US

☐ Documents    ☐ Commercial sample    ☐ Merchandise
☐ Gift            ☐ Humanitarian Donation ☐ Other

AUG 27 2019

Islamic Revolutionary Guard Corps
c/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Avenue
Tehran, IRAN 11369

ean, SC 20036 NR/Mb
10-31-19

**REGISTERED MAIL**
RE 295 892 615 US





U.S. POSTAGE PAID
NEW YORK, NY
10013
AUG 21 '19
**$42.85**
AMOUNT
R2305P151497-7

9400
00101

Iran's Ministry of Defense + Ahmed Faces Missily
C/o H.E. Mohammad Jayad Zarif
Ministry of Foreign Affairs
Imam Khomeni Avenue
Tehran, IRAN 11369

Return
Unknown
Refused
Moved
Incomplete
Address
Unclaimed
Other

date ٩/٧/١٩

UNITED STATES POSTAL SERVICE
**REGISTERED MAIL** ™

RE 295 892 632 US

Label 200, August 2005          PSN 7690-03-000-4311

SC 20006









U.S. POSTAGE PAID
FCM LG ENV
NEW YORK, NY
10013
AUG 27 19
AMOUNT
$42.85
R2305P151497-7
00181
9400

Central Bank of Iran
C/o H.E. Mohammad Jawad Zarif
Ministry of Foreign Affairs
Imam Khomeini Avenue
Tehran, IRAN 11869

Return

Unknown
Refused
Moved
Incomplete
Address
Unclaimed
Other

date

REGISTERED MAIL
RE 295 892 601 US
PS№ 7690-03-000-9411
Label 200, August 2006

LA3379055US

☐ Commercial sample   ☐ Merchandise   ☐ Dangerous Goods
☐ Humanitarian Donation   ☐ Other

(1) Qty. (2) Weight (3) Value (4) HS Tariff (5) Country of
    oz.   lb.                      #          Origin (6)

Totals (7)

Mailing Office Date Stamp

CHINATOWN STA NEW
AUG 27 2019





