**Exhibit D**



United States Department of State

Washington, D.C. 20520

December 26, 2019

Ruby J. Krajick, Clerk of the Court
United States District Court
For the Southern District of New York
500 Pearl St.
New York, NY 10007

Re: Ray, et al. v. Islamic Republic of Iran, et al., 1:19-cv-00012 (GBD) (SN)

Dear Ms. Krajick:

I am writing regarding the Court's request for transmittal of an Amended Summons, Second Amended Complaint, and Notice of Suit to the Islamic Republic of Iran, Islamic Revolutionary Guard Corps, Iranian Ministry or Commerce, Iranian Ministry of Defense and Armed Forces Logistics, Iranian Ministry or Information and Security, Iranian Ministry of Economic Affairs and Finance, Iranian Ministry of Petroleum, and the Central Bank of Iran pursuant to 28 U.S.C. Sections 1608(a)(4) and (e) as defendants in the above referenced lawsuit.

Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic notes Nos. 1142-IE, 1144-IE, 1145-IE, 1146-IE, 1147-IE, 1148-IE, 1149-IE, and 1150-IE, dated December 3, 2019 and delivered on December 4, 2019. Certified copies of these diplomatic notes are enclosed.

Sincerely,

Jared Hess
Attorney Adviser
Overseas Citizens Services
Office of Legal Affairs

Cc:     Mr. Timothy Fleming, Esq.
        Wiggins, Childs, Pantazis, Fisher, & Goldfarb LLC
        1211 Connecticut Ave., N.W., Suite 420,
        Washington, D.C., 20036.