**Exhibit E**



SPECIFIC AUTHENTICATION CERTIFICATE

| | |
|---|---|
| Confederation of Switzerland | ) |
| Bern, Canton of Bern | ) SS: |
| Embassy of the United States of America | ) |

I, Brianna E Powers, a consular officer at the Embassy of the United States at Bern, Switzerland, certify that this is a true copy of Embassy note number 27045 dated November 18, 2019, which was transmitted to the Swiss Ministry of Foreign Affairs on November 20, 2019 for further transmission to the American Interests Section of the Swiss Embassy in Tehran, Iran.

_____
(Signature of Consular Officer)

Brianna E. POWERS
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

December 20, 2019
(Date)



*Embassy of the United States of America*

November 18, 2019

CONS NO.   27045

Federal Department of Foreign Affairs
Foreign Interests Section
Kochergasse 10
Federal Palace North
Office #4.001
3003 Bern

Subject: JUDICIAL ASSISTANCE: Service of process under the Foreign Sovereign Immunities Act (FSIA) – Ray, et al. v. Islamic Republic of Iran, et al., 1:19-cv-00012 (GBD) (SN)

REF:    ----

The Department of State has requested the delivery of the enclosed Amended Summons, Second Amended Complaint, and Notice of Suit to the Ministry of Foreign Affairs of the Islamic Republic of Iran pursuant to the Foreign Sovereign Immunities Act in the matter of Ray, et al. v. Islamic Republic of Iran, et al., 1:19-cv-00012 (GBD) (SN).

The Embassy is herewith requesting the Swiss Ministry of Foreign Affairs to transmit the documents to the American Interests Section of the Swiss Embassy in Tehran.  There are eight defendants to be served in this case: Islamic Republic of Iran, Islamic Revolutionary Guard Corps, Iranian Ministry of Commerce, Iranian Ministry of Defense and Armed Forces Logistics, Iranian Ministry of Information and Security, Iranian Ministry of Economic Affairs and Finance, Iranian Ministry of Petroleum, and the Central Bank of Iran. .  The American Interests Section should transmit the Amended Summons, Second Amended Complaint, and Notice of Suit to the Iranian Ministry of Foreign Affairs under cover of one diplomatic note utilizing the language provided in the enclosed instructions.

Transmittal should be done in a manner which enables the Embassy to confirm delivery.  The American Interests Section should execute certifications of the diplomatic notes, which will be forwarded by the Department of State to the requesting court in the United States.

Enclosed are eight appropriate parts of a message the Embassy received from the Department of State as well two sets of documents for the defendants.

The Embassy would appreciate being informed of the date the American Interests Section of the Swiss Embassy in Tehran receives the documents as well as the date the Interests Section forwards the documents to the Iranian authorities.

SPP's assistance is much appreciated.

**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT ISLAMIC REPUBLIC OF IRAN:**

The Embassy of Switzerland, Foreign Interests Section in Tehran refers the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Ray, et al. v. Islamic Republic of Iran, et al., 1:19-cv-00012 (GBD)(SN), which is pending in the U.S. District Court for the Southern District of New York The Islamic Republic of Iran is a defendant in this case. The Foreign Interests Section transmits an Amended Summons and Second Amended Complaint herewith. The U.S. District Court for the Southern District of New York has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law, a defendant in a lawsuit must file an answer to the Second Amended Complaint or some other responsive pleading within 60 days of the date of transmittal of the Second Amended Complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Foreign Interests Section requests that the enclosed Amended Summons and Second Amended Complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Amended Summons and Second Amended Complaint, the Foreign Interests Section is enclosing a Notice of Suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Attachments:

1. Amended Summons, Second Amended Complaint, and Notice of Suit
2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT ISLAMIC REPUBLIC OF IRAN**

**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT ISLAMIC REVOLUTIONARY GUARD CORPS:**

The Embassy of Switzerland, Foreign Interests Section in Tehran refers the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Ray, et al. v. Islamic Republic of Iran, et al., 1:19-cv-00012 (GBD)(SN), which is pending in the U.S. District Court for the Southern District of New York. The Islamic Revolutionary Guard Corps is a defendant in this case. The Foreign Interests Section transmits an Amended Summons and Second Amended Complaint herewith. The U.S. District Court for the Southern District of New York has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law, a defendant in a lawsuit must file an answer to the Second Amended Complaint or some other responsive pleading within 60 days of the date of transmittal of the Second Amended Complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Foreign Interests Section requests that the enclosed Amended Summons and Second Amended Complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Amended Summons and Second Amended Complaint, the Foreign Interests Section is enclosing a Notice of Suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Attachments:

1. Amended Summons, Second Amended Complaint, and Notice of Suit
2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT ISLAMIC REVOLUTIONARY GUARD CORPS**

**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT IRANIAN MINISTRY OF COMMERCE:**

The Embassy of Switzerland, Foreign Interests Section in Tehran refers the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Ray, et al. v. Islamic Republic of Iran, et al., 1:19-cv-00012 (GBD)(SN), which is pending in the U.S. District Court for the Southern District of New York. The Iranian Ministry of Commerce is a defendant in this case. The Foreign Interests Section transmits an Amended Summons and Second Amended Complaint herewith. The U.S. District Court for the Southern District of New York has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law, a defendant in a lawsuit must file an answer to the Second Amended Complaint or some other responsive pleading within 60 days of the date of transmittal of the Second Amended Complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Foreign Interests Section requests that the enclosed Amended Summons and Second Amended Complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Amended Summons and Second Amended Complaint, the Foreign Interests Section is enclosing a Notice of Suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Attachments:

1. Amended Summons, Second Amended Complaint, and Notice of Suit
2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT IRANIAN MINISTRY OF COMMERCE**

**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT IRANIAN
MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS:**

The Embassy of Switzerland, Foreign Interests Section in Tehran refers the Ministry of
Foreign Affairs of the Islamic Republic of Iran to the lawsuit Ray, et al. v. Islamic Republic of
Iran, et al., 1:19-cv-00012 (GBD)(SN), which is pending in the U.S. District Court for the
Southern District of New York. The Iranian Ministry of Defense and Armed Forces Logistics is
a defendant in this case. The Foreign Interests Section transmits an Amended Summons and
Second Amended Complaint herewith. The U.S. District Court for the Southern District of New
York has requested service of these documents. This note constitutes transmittal of these
documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United
States Code, Section 1608(a)(4).

Under applicable U.S. law, a defendant in a lawsuit must file an answer to the Second
Amended Complaint or some other responsive pleading within 60 days of the date of transmittal
of the Second Amended Complaint, in this case the date of this note. Failing to do so, a
defendant risks the possibility of having judgment entered against it without the opportunity to
present arguments or evidence on its behalf. Therefore, the Foreign Interests Section requests
that the enclosed Amended Summons and Second Amended Complaint be forwarded to the
appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps
are necessary to avoid a default judgment.

In addition to the Amended Summons and Second Amended Complaint, the Foreign
Interests Section is enclosing a Notice of Suit, prepared by the plaintiff, which summarizes the
nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or
other defense including claims of sovereign immunity must be addressed to the court before
which the matter is pending, for which reason it is advisable to consult an attorney in the United
States. It is the practice of the U.S. Department of State to be available to discuss the
requirements of U.S. law with counsel. The U.S. Government is not a party to this case and
cannot represent other parties in this matter.

Attachments:

1. Amended Summons, Second Amended Complaint, and Notice of Suit
2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT IRANIAN
MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS**

**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT IRANIAN MINISTRY OF INFORMATION AND SECURITY:**

The Embassy of Switzerland, Foreign Interests Section in Tehran refers the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Ray, et al. v. Islamic Republic of Iran, et al., 1:19-cv-00012 (GBD)(SN), which is pending in the U.S. District Court for the Southern District of New York. The Iranian Ministry of Information and Security is a defendant in this case. The Foreign Interests Section transmits an Amended Summons and Second Amended Complaint herewith. The U.S. District Court for the Southern District of New York has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law, a defendant in a lawsuit must file an answer to the Second Amended Complaint or some other responsive pleading within 60 days of the date of transmittal of the Second Amended Complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Foreign Interests Section requests that the enclosed Amended Summons and Second Amended Complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Amended Summons and Second Amended Complaint, the Foreign Interests Section is enclosing a Notice of Suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Attachments:

1. Amended Summons, Second Amended Complaint, and Notice of Suit
2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT IRANIAN MINISTRY OF INFORMATION AND SECURITY**

**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT IRANIAN MINISTRY OF ECONOMIC AFFAIRS AND FINANCE:**

The Embassy of Switzerland, Foreign Interests Section in Tehran refers the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Ray, et al. v. Islamic Republic of Iran, et al., 1:19-cv-00012 (GBD)(SN), which is pending in the U.S. District Court for the Southern District of New York. The Iranian Ministry of Economic Affairs and Finance is a defendant in this case. The Foreign Interests Section transmits an Amended Summons and Second Amended Complaint herewith. The U.S. District Court for the Southern District of New York has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law, a defendant in a lawsuit must file an answer to the Second Amended Complaint or some other responsive pleading within 60 days of the date of transmittal of the Second Amended Complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Foreign Interests Section requests that the enclosed Amended Summons and Second Amended Complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Amended Summons and Second Amended Complaint, the Foreign Interests Section is enclosing a Notice of Suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Attachments:

1. Amended Summons, Second Amended Complaint, and Notice of Suit
2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT IRANIAN MINISTRY OF ECONOMIC AFFAIRS AND FINANCE**

**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT IRANIAN MINISTRY OF PETROLEUM:**

The Embassy of Switzerland, Foreign Interests Section in Tehran refers the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Ray, et al. v. Islamic Republic of Iran, et al., 1:19-cv-00012 (GBD)(SN), which is pending in the U.S. District Court for the Southern District of New York. The Iranian Ministry of Petroleum is a defendant in this case. The Foreign Interests Section transmits an Amended Summons and Second Amended Complaint herewith. The U.S. District Court for the Southern District of New York has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law, a defendant in a lawsuit must file an answer to the Second Amended Complaint or some other responsive pleading within 60 days of the date of transmittal of the Second Amended Complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Foreign Interests Section requests that the enclosed Amended Summons and Second Amended Complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Amended Summons and Second Amended Complaint, the Foreign Interests Section is enclosing a Notice of Suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Attachments:

1. Amended Summons, Second Amended Complaint, and Notice of Suit
2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT IRANIAN MINISTRY OF PETROLEUM**

**BEGIN TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT THE CENTRAL BANK OF IRAN:**

The Embassy of Switzerland, Foreign Interests Section in Tehran refers the Ministry of Foreign Affairs of the Islamic Republic of Iran to the lawsuit Ray, et al. v. Islamic Republic of Iran, et al., 1:19-cv-00012 (GBD)(SN), which is pending in the U.S. District Court for the Southern District of New York. The Central Bank of Iran is a defendant in this case. The Foreign Interests Section transmits an Amended Summons and Second Amended Complaint herewith. The U.S. District Court for the Southern District of New York has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law, a defendant in a lawsuit must file an answer to the Second Amended Complaint or some other responsive pleading within 60 days of the date of transmittal of the Second Amended Complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Foreign Interests Section requests that the enclosed Amended Summons and Second Amended Complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Amended Summons and Second Amended Complaint, the Foreign Interests Section is enclosing a Notice of Suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

Attachments:

1. Amended Summons, Second Amended Complaint, and Notice of Suit
2. Translations

**END TEXT OF DIPLOMATIC NOTE REGARDING DEFENDANT THE CENTRAL BANK OF IRAN**

<u>SPECIFIC AUTHENTICATION CERTIFICATE</u>



onfederation of Switzerland           )
rn, Canton of Bern                    ) SS:
nbassy of the United States of America  )


rtify that the annexed document bears the genuine seal of the Swiss Federal Department of
eign Affairs.

rtify under penalty of perjury under the laws of the United States that the foregoing is true
correct.


_____
(Signature of Consular Officer)


_____Brianna E. POWERS_____
(Typed name of Consular Officer)


<u>Consul of the United States of America</u>
(Title of Consular Officer)


<u>December 20, 2019</u>
(Date)



Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

**Federal Department of Foreign Affairs FDFA**

29070

K. 346-01-02-01-USA/IRAN

The Federal Department of Foreign Affairs presents its compliments to the Embassy of the United States of America and refers to Cons Note No. 27045 dated November 18, 2019 regarding judicial assistance and has the honor to convey following documents of the U.S. Interests Section of the Embassy of Switzerland in Tehran:

Judicial Assistance: Ray, et al. v. Islamic Republic of Iran, et al.,1:19-cv-00012 (GBD)(SN)

- Note No. 1142-IE addressed to the Islamic Republic of Iran
- Note No. 1144-IE addressed to the Islamic Revolutionary Guard Corps
- Note No. 1145-IE addressed to the Iranian Ministry of Commerce
- Note No. 1146-IE addressed to the Iranian Ministry of Defense and Armed Forces Logistics
- Note No. 1147-IE addressed to the Iranian Ministry of Information and Security
- Note No. 1148-IE addressed to the Iranian Ministry of Economic Affairs and Finance
- Note No. 1149-IE addressed to the Iranian Ministry of Petroleum
- Note No. 1150-IE addressed to the Central Bank of Iran

dated December 3, 2019 and proof of service, dated December 4, 2019 as well as the certification by the Swiss Federal Chancellery dated December 17, 2019.

The section has received the above mentioned documents on December 1, 2019. It has transmitted these to the Iranian Ministry of Foreign Affairs together with its diplomatic note on December 4, 2019. The reception of the mentioned documents was refused the same day by the Iranian Ministry of Foreign Affairs.

The Federal Department of Foreign Affairs avails itself of this opportunity to renew to the Embassy of United States of America the assurances of its highest consideration.

Berne, December 17, 2019

*Enclosure(s) mentioned*



To the
Embassy of the
United States of America

Berne



## SPECIFIC AUTHENTICATION CERTIFICATE

onfederation of Switzerland          )
ern, Canton of Bern                     ) SS:
mbassy of the United States of America  )


ertify that the annexed document is executed by the genuine signature and seal of the
llowing named official who, in an official capacity, is empowered by the laws of Switzerland
execute that document.

ertify under penalty of perjury under the laws of the United States that the foregoing is true
nd correct.


_____
Maya FONTAINE
(Typed name of Official who executed the annexed document)


_____
(Signature of Consular Officer)


Brianna E. POWERS
(Typed name of Consular Officer)


Consul of the United States of America
(Title of Consular Officer)


December 20, 2019
(Date)



Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Embassy of Switzerland in Iran
**Foreign Interests Section**

No. 1142-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran, presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to refer the Ministry to the lawsuit Ray, et al. v. Islamic Republic of Iran, et al., 1:19-cv-00012 (GDB)(SN), which is pending in the U.S. District Court for the Southern District of New York. The Islamic Republic of Iran is a defendant in this case. The Embassy transmits an Amended Summons and Second Amended Complaint herewith. The U.S District Court for the Southern District of New York has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law, a defendant in a lawsuit must file an answer to the Second Amended Complaint or some other responsive pleading within 60 days of the date of transmittal of the Second Amended Complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed Amended Summons and Second Amended Complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Amended Summons and Second Amended Complaint, the Embassy is enclosing a Notice of Suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran, December 03, 2019

Attachments:
1. Amended Summons, Second Amended Complaint, and Notice of Suit
2. Translations

**Ministry of Foreign Affairs**
**Islamic Republic of Iran**
**Department of American Affairs**
**Tehran**

I, Patricia Weber Singh, Head of the Foreign Interests Section of the Embassy of Switzerland in Iran, certify herewith that this is a true copy of the Diplomatic Note No. 1142-IE, dated December 03, 2019. The delivery of this note and its enclosures was attempted on December 04, 2019, but the Iranian Ministry of Foreign Affairs refused its acceptance.



Patricia Weber Singh
Head of the Foreign Interests Section

Tehran, December 04, 2019

---

**APOSTILLE**
**(Convention de la Haye du 5 octobre 1961)**

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by     P. Weber Singh

3. acting in the capacity of officer

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section Tehran

   Certified

5. at Berne                     6.     the 17 December 2019

7. by Maya Fontaine
   functionary of the Swiss federal Chancellery

8. No     C 3 0 2 0 5



9. Seal/stamp:                     10. Signature:

   Swiss federal Chancellery

ترجمه غیر رسمی

سفارت سوئیس
قسمت حافظ منافع خارجی

شماره IE– 1142

سفارت سوئیس، قسمت حافظ منافع خارجی در تهران، ضمن اظهار تعارفات خود به وزارت امور خارجه
جمهوری اسلامی ایران، احتراماً توجه آن وزارتخانه محترم را به دعوای حقوقی تحت عنوان ری و سایرین، بر علیه
جمهوری اسلامی ایران و سایرین، تحت پرونده مدنی شماره 1:19-cv-00012 (GDB)(SN) که در دادگاه منطقه ای
ایالات متحده آمریکا برای منطقه جنوبی نیو یورک مفتوح میباشد، جلب می نماید. جمهوری اسلامی ایران طرف خوانده
در این پرونده می باشد. سفارت سوئیس بنا به درخواست دادگاه منطقه ای ایالات متحده برای منطقه جنوبی نیو یورک،
یک فقره احضاریه اصلاح شده و دومین شکایت اصلاح شده را ایفاد می دارد. برابر مقررات فصل 28 بخش 1608
بند (الف)(4) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران
تلقی می گردد.

طبق قوانین قابل اجرا ایالات متحده، خوانده یک پرونده می بایست ظرف 60 روز از تاریخ ابلاغ دومین
شکایت اصلاح شده، در این مورد تاریخ یادداشت، پاسخی به دومین شکایت اصلاح شده یا دیگر پاسخی دفاعی در پرونده
بگذارد. در غیر اینصورت، ممکن است حکمی بر ضد خوانده صادر گردد بدون آنکه خوانده فرصت ارائه شواهد و
دفاعیه از طرف خود را داشته باشد. لذا، سفارت در خواست می نماید که احضاریه اصلاح شده و دومین شکایت اصلاح
شده ضمیمه، با این دید که اقدامات لازم جهت جلوگیری از حکم قصور انجام شود، برای مقامات مربوطه ایرانی ارسال
گردد.

سفارت علاوه بر احضاریه اصلاح شده و دومین شکایت اصلاح شده، ابلاغیه اقامه دعوی که توسط شاکی
دائر بر خلاصه ماهیت پرونده و مشتمل بر روشنی بر مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست
علیه دولتهای خارجی تهیه شده است، را به پیوست ایفاد می دارد.

سفارت بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا، هر گونه دفاع مربوط به قلمرو
قضائی و اداری و یا دفاع دیگری، از جمله عنوان نمودن مصونیت دولت ها، باید در مقابل دادگاهی صورت گیرد که
موضوع در آن مفتوح می باشد. از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد.
وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو با مشاور در مورد قوانین مربوطه میباشد. دولت ایالات متحده
آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود.

سفارت سوئیس، قسمت حافظ منافع خارجی، موقع را مغتنم شمرده و مراتب احترامات فائقه خود را نسبت به
وزارت امور خارجه جمهوری اسلامی ایران را تجدید می نماید.

تهران، بتاریخ دوازدهم آذر ماه 1398 (3 دسامبر 2019)

پیوست: 1- احضاریه اصلاح شده، دومین شکایت اصلاح شده و ابلاغیه اقامه دعوی
        2- ترجمه ها

اداره امور آمریکا
وزارت امور خارجه
جمهوری اسلامی ایران
تهران



<u>SPECIFIC AUTHENTICATION CERTIFICATE</u>

Confederation of Switzerland              )
Bern, Canton of Bern                      ) SS:
Embassy of the United States of America  )

I certify that the annexed document is executed by the genuine signature and seal of the following named official who, in an official capacity, is empowered by the laws of Switzerland to execute that document.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

<u>Maya FONTAINE</u>
(Typed name of Official who executed the annexed document)



(Signature of Consular Officer)

<u>Brianna E. POWERS</u>
(Typed name of Consular Officer)

<u>Consul of the United States of America</u>
(Title of Consular Officer)

<u>December 20, 2019</u>
(Date)



Schweizerische Eidgenossenschaft
Confédération suisse
Confederazione Svizzera
Confederaziun svizra

Embassy of Switzerland in Iran
**Foreign Interests Section**

No. 1144-IE

The Embassy of Switzerland, Foreign Interests Section in Tehran, presents its compliments to the Ministry of Foreign Affairs of the Islamic Republic of Iran, and has the honor to refer the Ministry to the lawsuit Ray, et al. v. Islamic Republic of Iran, et al., 1:19-cv-00012 (GDB)(SN), which is pending in the U.S. District Court for the Southern District of New York. The Islamic Revolutionary Guard Corps is a defendant in this case. The Embassy transmits an Amended Summons and Second Amended Complaint herewith. The U.S District Court for the Southern District of New York has requested service of these documents. This note constitutes transmittal of these documents to the Government of the Islamic Republic of Iran as contemplated in Title 28, United States Code, Section 1608(a)(4).

Under applicable U.S. law, a defendant in a lawsuit must file an answer to the Second Amended Complaint or some other responsive pleading within 60 days of the date of transmittal of the Second Amended Complaint, in this case the date of this note. Failing to do so, a defendant risks the possibility of having judgment entered against it without the opportunity to present arguments or evidence on its behalf. Therefore, the Embassy requests that the enclosed Amended Summons and Second Amended Complaint be forwarded to the appropriate authority of the Islamic Republic of Iran with a view towards taking whatever steps are necessary to avoid a default judgment.

In addition to the Amended Summons and Second Amended Complaint, the Embassy is enclosing a Notice of Suit, prepared by the plaintiff, which summarizes the nature of the case and includes references to U.S. laws concerning suits against foreign States.

The Embassy has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. It is the practice of the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

The Embassy of Switzerland, Foreign Interests Section, avails itself of this opportunity to renew to the Ministry of Foreign Affairs of the Islamic Republic of Iran the assurances of its highest consideration.

Tehran, December 03, 2019

Attachments:
1. Amended Summons, Second Amended Complaint, and Notice of Suit
2. Translations

**Ministry of Foreign Affairs**
**Islamic Republic of Iran**
**Department of American Affairs**
**Tehran**

I, Patricia Weber Singh, Head of the Foreign Interests Section of the Embassy of Switzerland in Iran, certify herewith that this is a true copy of the Diplomatic Note No. 1144-IE, dated December 03, 2019. The delivery of this note and its enclosures was attempted on December 04, 2019, but the Iranian Ministry of Foreign Affairs refused its acceptance.



Patricia Weber Singh
Head of the Foreign Interests Section

Tehran, December 04, 2019

---

**APOSTILLE**

**(Convention de la Haye du 5 octobre 1961)**

1. Country: SWISS CONFEDERATION

   This public document

2. has been signed by    P. Weber Singh

3. acting in the capacity of officer

4. bears the seal/stamp of

   Embassy of Switzerland US Interests Section Tehran

   Certified

5. at Berne             6.   the 17 December 2019

7. by Maya Fontaine
   functionary of the Swiss federal Chancellery

8. No    030206

9. Seal/stamp:                    10. Signature:

   Swiss federal Chancellery

<div dir="rtl">

ترجمه غیر رسمی

سفارت سوئیس
قسمت حافظ منافع خارجی

شماره –IE‏ ۱۱۴۴

    سفارت سوئیس، قسمت حافظ منافع خارجی در تهران، ضمن اظهار تعارفات خود به وزارت امور خارجه جمهوری اسلامی ایران، احتراماً توجه آن وزارتخانه محترم را به دعوا ی حقوقی تحت عنوان ری و سایرین، بر علیه جمهوری اسلامی ایران و سایرین، تحت پرونده مدنی شماره GDB)(SN)‏ ۱:۱۹-cv-00012‏ که در دادگاه منطقه ای ایالات متحده آمریکا برای منطقه جنوبی نیو یورک مفتوح میباشد، جلب می نماید. سپاه پاسداران انقلاب اسلامی طرف خوانده در این پرونده می باشد. سفارت سوئیس بنا به درخواست دادگاه منطقه ای ایالات متحده برای منطقه جنوبی نیو یورک، یک فقره احضاریه اصلاح شده و دومین شکایت اصلاح شده را ایفاد می دارد. برابر مقررات فصل ۲۸ بخش ۱۶۰۸ بند (الف)(۴) مجموعه قوانین ایالات متحده، این یادداشت به منزله ابلاغ مدارک مذکور به دولت جمهوری اسلامی ایران تلقی می گردد.

    طبق قوانین قابل اجرا ایالات متحده، خوانده یک پرونده می بایست ظرف ۶۰ روز از تاریخ ابلاغ دومین شکایت اصلاح شده، در این مورد تاریخ یادداشت، پاسخی به دومین شکایت اصلاح شده یا دیگر پاسخی دفاعی در پرونده بگذارد. در غیر اینصورت، ممکن است حکمی بر ضد خوانده صادر گردد بدون آنکه خوانده فرصت ارائه شواهد و دفاعیه از طرف خود را داشته باشد. لذا، سفارت در درخواست می نماید که احضاریه اصلاح شده و دومین شکایت اصلاح شده ضمیمه، با این دید که اقدامات لازم جهت جلوگیری از حکم قصور انجام شود، برای مقامات مربوطه ایرانی ارسال گردد.

    سفارت علاوه بر احضاریه اصلاح شده و دومین شکایت اصلاح شده، ابلاغیه اقامه دعوی که توسط شاکی دائر بر خلاصه ماهیت پرونده و مشتمل بر رونوشتی از مجموعه قوانین ایالات متحده آمریکا در خصوص دادخواست علیه دولتهای خارجی تهیه شده است، را با به پیوست ایفاد می دارد.

    سفارت بدینوسیله اشعار می دارد که بموجب قوانین ایالات متحده آمریکا، هر گونه دفاع مربوط به قلمرو قضائی و اداری و یا دفاع دیگری، از جمله عنوان نمودن مصونیت دولت ها، باید در مقابل دادگاهی صورت گیرد که موضوع در آن مفتوح می باشد. از این رو مشورت با یک مشاور حقوقی در ایالات متحده آمریکا توصیه می گردد. وزارت امور خارجه ایالات متحده آمریکا آماده گفتگو با مشاور در مورد قوانین مربوطه میباشد. دولت ایالات متحده آمریکا از طرفین این پرونده نبوده و نماینده هیچ یک از طرفین نخواهد بود.

    سفارت سوئیس، قسمت حافظ منافع خارجی، موقع را مغتنم شمرده و مراتب احترامات فائقه خود را نسبت به وزارت امور خارجه جمهوری اسلامی ایران را تجدید می نماید.

تهران، بتاریخ دوازدهم آذر ماه ۱۳۹۸ (۳ دسامبر ۲۰۱۹)



پیوست: ۱- احضاریه اصلاح شده، دومین شکایت اصلاح شده و ابلاغیه اقامه دعوی
۲- ترجمه ها

اداره امور آمریکا
وزارت امور خارجه
جمهوری اسلامی ایران
تهران

</div>