# Exhibit G



**U.S. Embassy**
**BERN, SWITZERLAND**
https://ch.usembassy.gov

Customer: RAY V. IRANIAN MIN. OF COMMERCE
Date: 11/18/2019 3:12:27 PM
Register: ACS Cash
Transaction: 15035635
Tender: U.S. Dollars

| Qty | Svc | Ctry | Visa | Price |
|---|---|---|---|---|
| 1 | 51 | | | $2,275.00 |
| LETTERS ROGATORY/FSIA FEE | | | | Fr. 2'275.00 |

Balance        $2,275.00
Amount Paid    $2,275.00
Change         $0.00

CUSTOMER COPY
ALL TRANSACTIONS ARE
FINAL - NO REFUNDS

Sensitive But Unclassified (SBU)

45079




**U.S. Embassy**
**BERN, SWITZERLAND**
https://ch.usembassy.gov

Customer: REAY V. ISLAMIC REV. GUARD CORPS
Date: 11/18/2019 3:11:57 PM
Register: ACS Cash
Transaction: 15035634
Tender: U.S. Dollars

| Qty | Svc | Ctry | Visa | Price |
|---|---|---|---|---|
| 1 | 51 | | | $2,275.00 |
| LETTERS ROGATORY/FSIA FEE | | | | Fr. 2'275.00 |

Balance        $2,275.00
Amount Paid    $2,275.00
Change         $0.00

CUSTOMER COPY
ALL TRANSACTIONS ARE
FINAL - NO REFUNDS

Sensitive But Unclassified (SBU)

45078



**U.S. Embassy**
**BERN, SWITZERLAND**
https://ch.usembassy.gov

Customer: RAY V. IRANIAN MIN. OF DEFENCE & ARMED FORCES LOG.
Date: 11/18/2019 3:13:12 PM
Register: ACS Cash
Transaction: 15035636
Tender: U.S. Dollars

| Qty | Svc | Ctry | Visa | Price |
|-----|-----|------|------|-------|
| 1 | 51 | | | $2,275.00 |
| LETTERS ROGATORY/FSIA FEE | | | | Fr. 2'275.00 |

Balance         $2,275.00
Amount Paid     $2,275.00
Change          $0.00

CUSTOMER COPY
**ALL TRANSACTIONS ARE FINAL - NO REFUNDS**
Sensitive But Unclassified (SBU)

45080



**U.S. Embassy**
**BERN, SWITZERLAND**
https://ch.usembassy.gov

Customer: RAY V. ISLAMIC REP. OF IRAN
Date: 11/18/2019 3:11:24 PM
Register: ACS Cash
Transaction: 15035633
Tender: U.S. Dollars

| Qty | Svc | Ctry | Visa | Price |
|-----|-----|------|------|-------|
| 1 | 51 | | | $2,275.00 |
| LETTERS ROGATORY/FSIA FEE | | | | Fr. 2'275.00 |

Balance         $2,275.00
Amount Paid     $2,275.00
Change          $0.00

CUSTOMER COPY
**ALL TRANSACTIONS ARE FINAL - NO REFUNDS**
Sensitive But Unclassified (SBU)

45077



**U.S. Embassy**
**BERN, SWITZERLAND**
https://ch.usembassy.gov

Customer: RAY V. IRANIAN MIN. OF ECON AFFAIRS & FIN.
Date: 11/18/2019 3:14:25 PM
Register: ACS Cash
Transaction: 15035638
Tender: U.S. Dollars

| Qty | Svc | Ctry | Visa | Price |
|---|---|---|---|---|
| 1 | 51 | | | $2,275.00 |
| LETTERS ROGATORY/FSIA FEE | | | | Fr. 2'275.00 |



Balance            $2,275.00
Amount Paid        $2,275.00
Change             $0.00
CUSTOMER COPY
**ALL TRANSACTIONS ARE FINAL - NO REFUNDS**
Sensitive But Unclassified (SBU)

45082



**U.S. Embassy**
**BERN, SWITZERLAND**
https://ch.usembassy.gov

Customer: RAY V. IRANIAN MIN. OF INFO & SECURITY
Date: 11/18/2019 3:13:43 PM
Register: ACS Cash
Transaction: 15035637
Tender: U.S. Dollars

| Qty | Svc | Ctry | Visa | Price |
|---|---|---|---|---|
| 1 | 51 | | | $2,275.00 |
| LETTERS ROGATORY/FSIA FEE | | | | Fr. 2'275.00 |

Balance            $2,275.00
Amount Paid        $2,275.00
Change             $0.00
CUSTOMER COPY
**ALL TRANSACTIONS ARE FINAL - NO REFUNDS**
Sensitive But Unclassified (SBU)

45081



**U.S. Embassy**
**BERN, SWITZERLAND**
https://ch.usembassy.gov

Customer: RAY V. CENTRAL BANK OF IRAN
Date: 11/18/2019 3:15:11 PM
Register: ACS Cash
Transaction: 15035640
Tender: U.S. Dollars

| Qty | Svc | Ctry | Visa | Price |
|---|---|---|---|---|
| 1 | 51 | | | $2,275.00 |
| LETTERS ROGATORY/FSIA FEE | | | | Fr. 2'275.00 |

Balance         $2,275.00
Amount Paid     $2,275.00
Change          $0.00

CUSTOMER COPY
ALL TRANSACTIONS ARE
FINAL - NO REFUNDS
Sensitive But Unclassified (SBU)

45084



**U.S. Embassy**
**BERN, SWITZERLAND**
https://ch.usembassy.gov

Customer: RAY V. IRANIAN MIN. OF PETROLEUM
Date: 11/18/2019 3:14:49 PM
Register: ACS Cash
Transaction: 15035639
Tender: U.S. Dollars

| Qty | Svc | Ctry | Visa | Price |
|---|---|---|---|---|
| 1 | 51 | | | $2,275.00 |
| LETTERS ROGATORY/FSIA FEE | | | | Fr. 2'275.00 |

Balance         $2,275.00
Amount Paid     $2,275.00
Change          $0.00

CUSTOMER COPY
ALL TRANSACTIONS ARE
FINAL - NO REFUNDS
Sensitive But Unclassified (SBU)

45083