**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001   :
                                                                              :
                                                                              :   **AFFIDAVIT OF SERVICE OF**
                                                                              :   **TIMOTHY B. FLEMING, ESQ.**
                                                                              :   **1:03 MDL 1570 (GBD)(SN)**
                                                                              :
------------------------------------------------------------------X

**This Document Relates to**
*Ray, et al. v. Iran, et al.*, **1:19-cv-00012 (GBD)(SN)**

## AFFIDAVIT OF SERVICE

CITY OF WASHINGTON    :
                                        : ss.
DISTRICT OF COLUMBIA  :

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

      I, TIMOTHY B. FLEMING, ESQ., an attorney at law duly admitted to the courts of the District of Columbia, being duly sworn, hereby deposes and says:

      1.      The Second Amended Complaint, Notice of Suit, Amended Summons, and Affidavit/Certifications from the translators in *Ray, et al. v. Iran, et al.,* 1:19-cv-00012 (GBD)(SN), were properly served, as set forth below and as recorded on the docket, in accordance with the provisions of the FSIA, by the Clerk of this Court, and through the United States Department of State, via the Foreign Interests Section of the Embassy of the Swiss Confederation in Tehran, Iran, upon the following Defendants: (1) Islamic Republic of Iran; (2) Iran's Ministry of Information and Security; (3) Islamic Revolutionary Guard Corps; (4) Iran's Ministry of Petroleum; (5) Iran's Ministry of Economic Affairs and Finance; (6) Iran's Ministry of Commerce; (7) Iran's Ministry of Defense and Armed Forces Logistics; and, (8) Central Bank of the Islamic Republic of Iran.

2. The Second Amended Complaint, Notice of Suit, Amended Summons, and Affidavit/Certifications from the translators were sent, at my request, by the Clerk of Court for the United States District Court for the Southern District of New York to seven (7) of the Defendants, c/o the Minister of Foreign Affairs of Iran, by a mailing requiring a signature, pursuant to 28 U.S.C. §1608(a)(3), under cover letter of the Clerk of the Court dated August 27, 2019. The Clerk posted on the docket seven (7) Certificates of Mailing documenting this dispatch on the following day, August 28, 2019. **Exhibit A**. *See Ray* Doc. Nos. 173-179.

3. Because one of the envelopes that had been provided by Plaintiffs' counsel, for the eighth (8th) Defendant, specifically, one addressed to the Ministry of Petroleum, c/o the Minister of Foreign Affairs of Iran, was inadvertently torn during the process of the dispatch and had to be replaced, the Second Amended Complaint, Notice of Suit, Amended Summons, and Affidavit/Certifications from the translators were sent by the Clerk of Court for the United States District Court for the Southern District of New York to one of the Defendants, Iran's Ministry of Petroleum, c/o the Minister of Foreign Affairs of Iran, at my request, by a mailing requiring a signature, pursuant to 28 U.S.C. §1608(a)(3), under cover letter of the Clerk of the Court dated September 18, 2019. The Clerk posted on the docket a Certificate of Mailing of such dispatch on October 4, 2019. **Exhibit B**. *See Ray* Doc. No. 181.

4. All eight (8) of those packages were returned to the undersigned Affiant, counsel for the Plaintiffs, as rejected by the addressee, although each package was opened, apparently, by the addressee or his agent(s) because they were returned to the undersigned by the U.S. Postal system, repackaged in plastic, with the original envelopes all having been opened previously. Each package was marked as "Refused" by the addressee. *See* **Exhibit C** hereto. The set of documents addressed to the Islamic Republic of Iran was returned in the package addressed to

Iran's Ministry of Commerce, and *vice versa*, further indicating actual receipt and handling by the addressee or his agent.

5.  Subsequently, at my request, on October 29, 2019, the Clerk of this Court sent to the United States Department of State, via Federal Express, in separate packages, the same documents to be served upon each of the above-named eight (8) Defendants through diplomatic process pursuant to 28 U.S.C. §1608(a)(4).  **EXHIBIT D.**  These packages were accompanied by checks from Plaintiffs' counsel for the payment of the requisite State Department fees. The Clerk posted notices of these dispatches on the docket on that same date.  *Ray* Doc. Nos. 191-198.

6.  The State Department, via the Foreign Interests Section of the Embassy of the Swiss Confederation in Tehran, Iran, attempted diplomatic service of the documents for all eight (8) Defendants on December 4, 2019.  Such service of process was refused as to all eight (8) Defendants that same day.  The State Department sent to the Clerk of this Court a letter, dated December 26, 2019, attached hereto as **EXHIBIT E**, so stating, together with the diplomatic notes demonstrating that such diplomatic service was attempted in accordance with the FSIA and rejected by the Defendants, attached hereto as **EXHIBITS F** and **G**.  The State Department also attached receipts for the payment of the requisite fee for diplomatic service for each of the eight (8) Defendants, attached hereto as **EXHIBIT H**.

7.  The Clerk of this Court posted notice of such diplomatic service for each of the eight (8) Defendants on the *Ray* docket on January 7, 2020, without docket numbers.

**FURTHER THE AFFIANT SAYETH NOT.**

This Affidavit is comprised of 7 separately numbered paragraphs.

I, **TIMOTHY B. FLEMING**, being duly sworn, do hereby swear and affirm under penalty of perjury that the contents of this Affidavit are true and correct to the best of my knowledge, information, and belief.

_____
TIMOTHY B. FLEMING

Sworn to before me this 6th day of February 2020, in Washington, District of Columbia.

District of Columbia: SS
Signed and sworn to (or affirmed) before me on Feb 6, 2020 by Timothy Fleming

_____ Notary Public, D.C.
OH SUNG CHOI
My commission expires November 30, 2021