**Exhibit A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Herman Ray | |
| | Plaintiff(s) |
| -v- | |
| Islamic Republic of Iran | |
| | Defendant(s) |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

**CERTIFICATE OF MAILING**

Case No.:   1:19-cv-00012 (GBD)(SN)
                 1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27 day of  August , 2019 , I served:

ISLAMIC REPUBLIC OF IRAN, *c/o* H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam

Khomeini Avenue, Tehran, Iran

☐      the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒      the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign
Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐      the Secretary of State, Attn:  Director of Consular Services, Office of Policy Review and
Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW,
Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C.
§ 1608(a)(4).

☐      the head of the agency or instrumentality of the foreign state, pursuant to the provisions
of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

      1 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court
for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of
Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. §
1602, *et seq.*; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No.
172), Affidavits/Certifications from the Translators

by United States Postal Service LA 337 930 515 US

Dated:  New York, New York
       8/27/2019

RUBY J. KRAJICK
CLERK OF COURT

_____
Casey Goedtel
DEPUTY CLERK

## USPS® Customs Declaration – CN 22

**IMPORTANT:** The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

From: Sender's Last Name / First
Mellor, Thomas
Business: Wiggins, Childs, et al.
Address: 1311 Conn. Ave. N.W.    State: ZIP+4®
City: Washington DC 20036
Telephone/Fax or Email: 202 467 4489

To: Addressee's Last Name / First
Islamic Republic of Iran
Business: c/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs, Imam
Khomeini Ave.
City: Tehran    State/Province: Iran    Post Code: 11369
Country: Iran
Telephone/Fax or Email: 98 21 66 739191

| Detailed description of contents (1) | Qty. (2) | Weight (4) lb. oz. | Value (3) (US $) | HS Tariff # (5) | Country of Origin (6) |
|---|---|---|---|---|---|
| Legal Complaint | 1 | 2 1 | 0 | / | USA |
| | | | | | |
| | | | | | |
| Totals (7) | 1 | 2 1 | $ 0 | | |

☑ Documents  ☐ Commercial sample  ☐ Merchandise  ☐ Dangerous Goods
☐ Gift  ☐ Humanitarian Donation  ☐ Other

AES Exemption (8)
☐ NOEEI § 30.37(a)  ☐ NOEEI § 30.37(h)

I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

Sender's Signature and Date (9)

PS Form 2976, July 2013  PSN 7530-01-000-9833

---

Mailing Office Date Stamp

1 - Post Office Copy — retain on file for 30 days after mailing

---

## Registered Mail (PS Form 2865)

Item Description (Nature de l'envoi)

☐ Insured Parcel (Colis avec valeur déclarée)

Office of Mailing (Bureau de dépôt)
The Islamic Republic of Iran

Addressee Name or Firm (Nom ou raison sociale du destinataire)
c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs

Street and No. (Rue et No.)
Imam Khomeini Avenue

Place and Country (Localité et pays)
Tehran Iran 11369

☐ Registered Article (Envoi recommandé)  ☐ Letter (Lettre)  ☐ Printed Matter (Imprimé)  ☐ Other (Autre)  ☐ Recorded Delivery (Envoi à livraison attestée)  ☐ Express Mail International

Insured Value (Valeur déclarée)

Article Number

Date of Posting (Date de dépôt)

Postmark of the office of destination (Timbre du bureau de destination)

*(A remplir par le bureau d'origine.)* / Completed by the office of origin.

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
*(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)*

☐ The article mentioned above was duly delivered. *(L'envoi mentionné ci-dessus a été dûment livré.)*

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature *(Signature de l'agent du bureau du destination)*  Date

*(A compléter à destination.)* / Completed at destination.

PS Form **2865**, February 1997 (Reverse)

LA337905L5US

---

## PS Form 3806, Registered Mail Receipt

Registered No.

To Be Completed By Post Office

Postage $
Extra Services & Fees
☐ Registered Mail $
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Restricted Delivery $
Total Postage & Fees $
Received by
Date Stamp

Extra Services & Fees (continued)
☐ Signature Confirmation $
☐ Signature Confirmation Restricted Delivery $

Customer Must Declare Full Value $

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

To Be Completed By Customer (Please Print)
All Entries Must Be in Ballpoint or Typed

FROM
Fleming, Esquire
Wiggins Childs, et al.
1211 Conn. Ave. N.W. Suite 420
Washington D.C. 20036

TO
The Islamic Republic of Iran
c/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Ave. Tehran Iran 11369

PS Form **3806**, April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/19
```

Herman Ray

                           Plaintiff(s)

        -v-

Iran's Ministry of Information and Security

                       Defendant(s)

**CERTIFICATE OF MAILING**

Case No.:   1:19-cv-00012 (GBD)(SN)
              1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27 day of  August , 2019 , I served:

IRAN'S MINISTRY OF INFORMATION AND SECURITY c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran

☐    the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒    the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐    the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐    the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

    1 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, *et seq.*; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No. 172), Affidavits/Certifications from the Translators

by United States Postal Service LA 337 930 532 US

Dated:  New York, New York
       8/27/2019

                        RUBY J. KRAJICK
                        CLERK OF COURT

                        Casey Goedtel
                        DEPUTY CLERK

USPS® Customs Declaration — CN 22

**IMPORTANT:** The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

Sender's Last Name — First
From: Mellon, Thomas

Business: Wiggins, Childs, et al

Address: 1211 Conn. Ave., N.W./Suite 420

City: Washington    State/ZIP+4®: D.C. 20036

Telephone/Fax or Email: 202.467.4489

Addressee's Last Name — First
To: Iran's Ministry of Info. Security

Business: c/o H.E. Mohammad Javad Zarif

Address: Ministry of Foreign Affairs Khomeini Ave.

City: Tehran    State/Province: [blank]    Post Code: 11369

Country: Iran    Telephone/Fax or Email: 98216673119

| ☒ Documents | ☐ Commercial sample | ☐ Merchandise | ☐ Dangerous Goods |
| ☐ Gift | ☐ Humanitarian Donation | ☐ Other | |

| Detailed description of contents (1) | Qty. (2) | Weight (3) lb. oz. | Value (4) (US $) | HS Tariff # (5) | Country of Origin (6) |
|---|---|---|---|---|---|
| Legal Complaint | 1 | 2 1 | $0 | | USA |
| | | | | | |
| | | Totals (7) 2 1 | $0 | | |

AES Exemption (8)
☐ NOEEI § 30.37(a)   ☐ NOEEI § 30.37(h)

I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

Sender's Signature and Date (9): [signature] Aug. 20, '19

PS Form 2976, July 2013  PSN 7530-01-000-9833

1 - Post Office Copy — retain on file for 30 days after mailing

---

Registered No.

Postage $

Extra Services & Fees
☐ Registered Mail $ ___
☐ Return Receipt (hardcopy) $ ___
☐ Return Receipt (electronic) $ ___
☐ Restricted Delivery $ ___

Extra Services & Fees (continued)
☐ Signature Confirmation $ ___
☐ Signature Confirmation Restricted Delivery $ ___

Total Postage & Fees $ ___

Received by ___

Customer Must Declare Full Value $ ___

OFFICIAL USE

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

FROM
Thomas Esquire
Wiggins/Childs, et al.
1211 Conn. Avenue N.W. Suite 420
Washington, D.C. 20036

TO
Iran's Ministry of Information + Security
c/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Iman Khomeini Ave., Tehran, Iran 11369

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com®
Copy 1 - Customer (See Information on Reverse)

To Be Completed By Customer
(Please Print) All Entries Must Be in Ballpoint or Typed

To Be Completed By Post Office

Date Stamp

---

Express Mail International®
☐ Recorded Delivery (Envoi à livraison attestée)
☐ Other (Autre)

Item Description (Nature de l'envoi):
☐ Registered Article (Envoi recommandé)
☐ Letter (Lettre)
☐ Printed Matter (Imprimé)
☐ Insured Value (Valeur déclarée) / Article Number

☐ Insured Parcel (Colis avec valeur déclarée)

Office of Mailing (Bureau de dépôt)    Date of Posting (Date de dépôt)

Addressee Name or Firm (Nom ou raison sociale du destinataire):
Iran's Ministry of Information + Security
c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs

Street and No. (Rue et No.): Iman Khomeini Avenue

Place and Country (Localité et pays): Tehran, Iran 11369

Completed by the office of origin.
(A remplir par le bureau d'origine.)

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement au expéditeur.)

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)    Date

Completed at destination.
(A compléter à destination.)

Postmark of the office of destination (Timbre du bureau de destination)

PS Form 2865, February 1997 (Reverse)

LA337930532US

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

<table>
<tr><td>Herman Ray</td></tr>
<tr><td>Plaintiff(s)</td></tr>
<tr><td>-v-</td></tr>
<tr><td>Islamic Revolutionary Guard Corps.</td></tr>
<tr><td>Defendant(s)</td></tr>
</table>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/19

**CERTIFICATE OF MAILING**

Case No.:    1:19-cv-00012 (GBD)(SN)
              1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27 day of _August_, 2019 , I served:

ISLAMIC REVOLUTIONARY GUARD CORPS, *c/o* H.E. Mohammad Javad Zarif, Minister of

Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran

☐    the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒    the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign
Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐    the Secretary of State, Attn:  Director of Consular Services, Office of Policy Review and
Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW,
Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C.
§ 1608(a)(4).

☐    the head of the agency or instrumentality of the foreign state, pursuant to the provisions
of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

_1_ copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court
for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of
Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. §
1602, *et seq.*; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No.
172), Affidavits/Certifications from the Translators

by United States Postal Service LA 337 930 577 US

Dated:  New York, New York
        8/27/2019

RUBY J. KRAJICK
CLERK OF COURT

Casey Goedtel
DEPUTY CLERK

☑ Documents ☐ Commercial sample ☐ Merchandise ☐ Dangerous Goods
☐ Gift ☐ Humanitarian Donation ☐ Other _____

| Detailed description of contents (1) | Qty. (2) | Weight (3) lb. | oz. | Value (4) (US $) | HS Tariff # (5) | Country of Origin (6) |
|---|---|---|---|---|---|---|
| Legal Complaint | 1 | 2 | 1 | 0 | 1 | USA |
| | | | | | | |
| Totals (7) | | 1 | 2 | 1 | $ 0 | |

AES Exemption (8)
☐ NOEEI § 30.37(a) ☐ NOEEI § 30.37(h)

I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

Sender's Signature and Date (9)
_____ Aug 20, '19

PS Form 2976, July 2013 PSN 7530-01-000-9833

Mailing Office Date Stamp

Sender's Last Name / First
Fleming, Thomas
Business
Wiggins, Childs, et al.
Address
1211 Conn. Ave., N.W./Suite 420
City / State / ZIP+4
Washington, DC 20036
Telephone/Fax or Email
202.467.4489

Addressee's Last Name / First
Islamic Revolutionary Guard Corps
Business
c/o H.E. Mohammad Javad Zarif
Address
M.W. of Foreign Affairs, Imam Khomeini Ave.
City / State/Province / Post Code
Tehran 11369
Country
Iran
Telephone/Fax or Email
98266739191

1 - Post Office Copy — retain on file for 30 days after mailing

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/28/19_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Herman Ray

Plaintiff(s)

-v-

Iran's Ministry of Commerce

Defendant(s)

**CERTIFICATE OF MAILING**

Case No.:   1:19-cv-00012 (GBD)(SN)
            1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27 day of  August , 2019 , I served:

IRAN'S MINISTRY OF COMMERCE, *c/o* H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran

☐     the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒     the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐     the Secretary of State, Attn:  Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4ᵗʰ Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐     the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

        1 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, *et seq.*; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No. 172), Affidavits/Certifications from the Translators

by United States Postal Service LA 337 930 563 US

Dated:  New York, New York
      8/27/2019

RUBY J. KRAJICK
CLERK OF COURT

Casey Goedtel
DEPUTY CLERK

Date Stamp

Registered No.

**OFFICIAL USE**

To Be Completed By Post Office (Please Print)

Postage $

Extra Services & Fees
☐ Registered Mail $
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Restricted Delivery $

Customer Must Declare Full Value $

Extra Services & Fees (continued)
☐ Signature Confirmation $
☐ Signature Confirmation Restricted Delivery $

Total Postage & Fees $

Received by

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse)

Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051

To Be Completed By Customer
(Please Print)
All Entries Must Be in Ballpoint or Typed

FROM

TO

**USPS® Customs Declaration — CN 22**
IMPORTANT: The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

From:
Sender's Last Name / First
Mellon, Thomas
Business
Wiggins, Childs, et al.
Address
1311 Conn. Ave NW Suite 420
City
Washington D.C.
State ZIP+4®
20036
Telephone/Fax or Email
844.467.4489

To:
Addressee's Last Name / First
Iran's Ministry of Commerce
Business
c/o H.E. Mohammad Jawad Zarif
Min. of Foreign Affairs Khomeini
Address
Imam Khomeini Ave
City
Tehran
State/Province
IRAN
Country
IRAN
Post Code
11369
Telephone/Fax or Email
982166739191

Detailed description of contents (1)
Legal Complaint

| | Qty. (2) | Weight (3) lb. oz. | Value (4) (US $) | HS Tariff # (5) | Country of Origin (6) |
|---|---|---|---|---|---|
| | 2 | 1 | 0 | | USA |
| Totals (7) | 2 | 1 | $0 | | |

☐ Documents ☐ Commercial sample
☐ Gift ☐ Humanitarian Donation
☐ Merchandise ☐ Other
☐ Dangerous Goods

AES Exemption (8)
☐ NOEEI § 30.37(a) ☐ NOEEI § 30.37(h)

I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

Sender's Signature and Date (9)

Mailing Office Date Stamp

Item Description (Nature de l'envoi)
☐ Registered Article (Envoi recommandé)
☐ Insured Parcel (Colis avec valeur déclarée)
☐ Letter (Lettre)
☐ Printed Matter (Imprimé)
Insured Value (Valeur déclarée)

Office of Mailing (Bureau de dépôt)
☐ Recorded Delivery (Envoi à livraison attestée)
☐ Other (Autre)
☐ Express
☐ Mail
Article Number

Date of Posting (Date de dépôt)

Addressee Name or Firm (Nom ou raison sociale du destinataire)
Iran's Minister of Commerce
c/o H.E. Mohammad Jawad Zarif, Ministry of Foreign Affairs

Street and No. (Rue et No.)
Imam Khomeini Avenue

Place and Country (Localité et pays)
Tehran, Iran 11369

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.)

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau de destination)

Date

Postmark of the office of destination (Timbre du bureau de destination)

(A remplir par le bureau d'origine.)
Completed by the office of origin.

(A compléter à destination.)
Completed at destination.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Herman Ray

                             Plaintiff(s)

            -v-

Iran's Ministry of Defense and Armed Forces
Logistics

                          Defendant(s)

**CERTIFICATE OF MAILING**

Case No.:   1:19-cv-00012 (GBD)(SN)
               1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27 day of August , 2019 , I served:

IRAN'S MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran

☐    the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒    the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐    the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐    the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

    1 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, *et seq.*; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No. 172), Affidavits/Certifications from the Translators

by United States Postal Service LA 337 930 529 US

Dated:  New York, New York
       8/27/2019

                                 RUBY J. KRAJICK
                                   CLERK OF COURT

                                   Casey Goedtel
                                   DEPUTY CLERK

## USPS® Customs Declaration – CN 22

**IMPORTANT:** The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

Registered No. LA337305299US

Sender's Last Name: Mellon First: Thomas
Business: Wiggins, Childs, et al.
Address: 1211 Conn. Ave. NW Suite 420
City: Washington State: DC ZIP+4°/Post Code: 20036
Telephone/Fax or Email: 202.467.4489

Addressee's Last Name: Min. of Defense + Armed Forces Logistics First: Iman
Business: c/o H.E. Mohammad Javad Zarif
Address: Min. of Foreign Affairs, Khomeini
City: Tehran State/Province: 1369
Country: Iran Telephone/Fax or Email: 982166 73919

Detailed description of contents (1): Legal Complaint
Qty (2): 1
Weight (3) lb 2 oz 1
Value (4) (US $): 0
HS Tariff # (5): 1
Country of Origin (6): USA
Totals (7): 1 2 15 0

Check boxes: Documents (X)

☑ NOEEI § 30.37(a)  ☐ NOEEI § 30.37(h)

PS Form 2976, July 2013 PSN 7530-01-000-9833   1 - Post Office Copy

PS Form 2865, February 1997 (Reverse)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Herman Ray

Plaintiff(s)

-v-

Iran's Ministry of Economic Affairs and Finance

Defendant(s)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8 28 19

**CERTIFICATE OF MAILING**

Case No.:   1:19-cv-00012 (GBD)(SN)
1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27 day of  August , 2019 , I served:

IRAN'S MINISTRY OF ECONOMIC AFFAIRS AND FINANCE, c/o H.E. Mohammad Javad Zarif,

Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran

☐     the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒     the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign
Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐     the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and
Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW,
Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C.
§ 1608(a)(4).

☐     the head of the agency or instrumentality of the foreign state, pursuant to the provisions
of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

 1 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court
for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of
Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. §
1602, *et seq.*; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No.
172), Affidavits/Certifications from the Translators

by United States Postal Service LA 337 930 501 US

Dated:  New York, New York
8/27/2019

RUBY J. KRAJICK
CLERK OF COURT

Casey Goedtel
DEPUTY CLERK

## USPS® Customs Declaration – CN 22

**IMPORTANT:** The item/parcel may be opened officially. See...
Privacy Notice on reverse of Sender's instructions page. Please
print in English and press firmly; you are making multiple copies.

**From:**
Sender's Last Name: Mellon, Thomas
First
Business: Wiggins, Childs, et al
Address: 1211 Conn. Ave. NW / suite 400
City: Washington, DC 20036
State: ZIP+4®
Telephone/Fax or Email: 202.467.4489

**To:**
Addressee's Last Name: Iran's Ministry of Economic Affairs
First
Business: C/o H.E. Mohammad Javad Zarif
Address: Min. of Foreign Affairs, Khomein;
City: Tehran
State/Province: Post Code: 11369

| Detailed description of contents (1) | Qty. (2) | Weight (3) lb. oz. | Value (4) (US $) | HS Tariff # (5) | Country of Origin (6) |
|---|---|---|---|---|---|
| Legal Complaint | 1 | 2 10 | 0 | | USA |
| | | | | | |
| | | | | | |
| Totals (7) | | 2 10 | $ 0 | | |

☑ Documents ☐ Commercial sample ☐ Merchandise ☐ Dangerous Goods
☐ Gift ☐ Humanitarian Donation ☐ Other

AES Exemption (8)
☐ NOEEI § 30.37(a) ☐ NOEEI § 30.37(h)
☐ NOEEI § 30.37(a) ☐ NOEEI § 30.37(h)

I certify the particulars given in this customs declaration are
correct. This item does not contain any undeclared dangerous
articles, or articles prohibited by legislation or by postal or
customs regulations. I have met all applicable export filing
requirements under federal law and regulations.

Mailing Office Date Stamp

---

**Registered No.**

**Date Stamp**

To Be Completed By Post Office

| Postage $ | |
|---|---|
| Extra Services & Fees | Extra Services & Fees (continued) |
| ☐ Registered Mail $ | ☐ Signature Confirmation $ |
| ☐ Return Receipt (hardcopy) $ | ☐ Signature Confirmation Restricted Delivery $ |
| ☐ Return Receipt (electronic) $ | |
| ☐ Restricted Delivery $ | Total Postage & Fees $ |
| Customer Must Declare Full Value $ | Received by |

**OFFICIAL USE**

**Customer Must Declare Full Value**

To Be Completed By Customer
(Please Print)
All Entries Must Be in Ballpoint or Typed

**FROM**
Thomas Mellon Esq.
Wiggins Childs Pantanzis Fisher
& Goldfarb
2008 S. Philips S.W. N.Y. 34-0028
Iran's Ministry of Economic Affairs + Finance
C/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs

**TO**
Imam Khomeini Ave. Tehran, Iran 11369

**PS Form 3806,** Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)

Domestic Insurance up to $50,000
is included based upon the
declared value. International
Indemnity is limited. (See Reverse)

---

**Completed at destination.**
(A compléter à destination.)

**Completed by the office of origin.**
(A remplir par le bureau d'origine.)

**Item Description**
(Nature de l'envoi)

☐ Insured Parcel
(Colis avec valeur déclarée)

☐ Registered Article (Envoi recommandé)

☐ Letter (Lettre)

☐ Printed Matter (Imprimé)

☐ Other (Autre)

**Office of Mailing** (Bureau de dépôt)

**Addressee Name or Firm** (Nom ou raison sociale du destinataire)
Iran's Ministry of Economic Affairs + Finance
C/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs

**Street and No.** (Rue et No.)
Imam Khomeini Avenue

**Place and Country** (Localité et pays)
Tehran, Iran 11369

Insured Value (Valeur déclarée)

Date of Posting (Date de dépôt)

Article Number

☐ Recorded Delivery (Envoi à livraison attestée)

☐ Express

☐ Mail International

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
(Ce'avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.)

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

Date

Postmark of the office of destination (Timbre du bureau de destination)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Herman Ray

Plaintiff(s)

-v-

Central Bank of Iran a/k/a Bank Markazi

Defendant(s)

**CERTIFICATE OF MAILING**

Case No.:  1:19-cv-00012 (GBD)(SN)
1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27 day of  August , 2019 , I served:

CENTRAL BANK OF IRAN A/K/A BANK MARKAZI, c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran

☐  the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒  the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐  the Secretary of State, Attn:  Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐  the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

 1 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, *et seq.*; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No. 172), Affidavits/Certifications from the Translators

by United States Postal Service LA 337 930 550 US

Dated:  New York, New York
8/27/2019

RUBY J. KRAJICK
CLERK OF COURT

Casey Goedtel
DEPUTY CLERK

**PS Form 2865,** February 1997 (Reverse)

Completed by the office of origin.
(A remplir par le bureau d'origine.)

Completed at destination.
(A compléter à destination.)

Item Description
(Nature de l'envoi)

Registered
(Envoi recommandé)

☐ Insured Parcel
(Colis avec valeur déclarée)

Insured Value (Valeur déclarée)

☐ Article (Envoi)

☐ Letter (Lettre)

☐ Printed Matter (Imprimé)

☐ Other (Autre)

Recorded Delivery
(Envoi à livraison attestée)

Express Mail

Article Number

Office of Mailing (Bureau de dépôt)

Date of Posting (Date de dépôt)

Addressee Name or Firm (Nom ou raison sociale du destinataire)
Central Bank of Iran al Hazena Markazi
c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs

Street and No. (Rue et No.)
Imam Khomeini Avenue

Place and Country (Localité et pays)
Tehran, Iran 11369

Signature of Addressee (Signature du destinataire)

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Office of Destination Employee Signature
(Signature de l'agent du bureau du destination)

Date

Postmark of the office of destination (Timbre du bureau de destination)

---

OFFICIAL USE

**PS Form 3806,** Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com®

Copy 1 - Customer
(See Information on Reverse)

Registered No.

To Be Completed By Post Office

Date Stamp

Received by

To Be Completed By Customer
(Please Print)
All Entries Must Be in Ballpoint or Typed

FROM

TO
Imam Khomeini Ave, Iran, Tehran

Postage $

Extra Services & Fees
☐ Registered Mail $
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Restricted Delivery $

Extra Services & Fees
☐ Signature Confirmation $
☐ Signature Confirmation Restricted Delivery $

Total Postage & Fees $

Customs Must Declare Full Value $

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse)

---

USPS® Customs Declaration — CN 22

IMPORTANT: The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

From:
Sender's Last Name: Mellon First: Thomas
Business
Address: 1211 Conn Ave NW Suite 420
City: Washington State: DC ZIP+4®: 20036
Telephone/Fax or Email: 202, 467, 4489

To:
Addressee's Last Name First: Imam
Business: c/o H.E. Mohammad Javad Zarif
Address: Min. of Foreign Affairs, Khomeini Ave
City: Central Bank of IRAN
Country: IRAN State/Province: Tehran Post Code: 11369
Telephone/Fax or Email: 982 1667 3919(

☐ Gift
☒ Documents
☐ Commercial sample
☐ Humanitarian Donation
☐ Merchandise
☐ Other
☐ Dangerous Goods

Detailed description of contents (1): Legal Complaint

| Qty. (2) | Weight (3) lb. oz. | Value (4) (US $) | HS Tariff # (5) | Country of Origin (6) |
|---|---|---|---|---|
| 1 | 2 | 0 | 1 | USA |

Totals (7): 2 lb 1 oz

AES Exemption (8)
☒ NOEEI § 30.37(a)  ☐ NOEEI § 30.37(h)

I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

Sender's Signature and Date (9): Mellon, Aug 20, '19

LA337905500S