**Exhibit C**



The Islamic Republic of Iran
c/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Avenue
Tehran, Iran 11369

USPS CHINATOWN STA NEW YORK, NY 10013-9991
AUG 27 2019
REG. SECT. NY/ISC BLDG 250 JAMAICA, NY 11430
SEP 3 2019

Iran's Ministry of Economic Affairs + Finance
c/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Avenue
Tehran, IRAN 11569





Central Bank of Iran
C/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Avenue
Tehran, IRAN 11369





