**Exhibit H**



U.S. Embassy
BERN, SWITZERLAND
https://ch.usembassy.gov

Customer: RAY V. IRANIAN MIN. OF
COMMERCE
Date: 11/18/2019 3:12:27 PM
Register: ACS Cash
Transaction: 15035635
Tender: U.S. Dollars

| Qty | Svc | Ctry | Visa | Price |
|-----|-----|------|------|-------|
| 1 | 51 | | | $2,275.00 |
| LETTERS | | | | Fr. 2'275.00 |
| ROGATORY/FSIA FEE | | | | |



| | |
|---|---|
| Balance | $2,275.00 |
| Amount Paid | $2,275.00 |
| Change | $0.00 |

CUSTOMER COPY
**ALL TRANSACTIONS ARE
FINAL - NO REFUNDS**

Sensitive But Unclassified (SBU)

45079

U.S. Embassy
BERN, SWITZERLAND
https://ch.usembassy.gov

Customer: REAY V. ISLAMIC REV.
GUARD CORPS
Date: 11/18/2019 3:11:57 PM
Register: ACS Cash
Transaction: 15035634
Tender: U.S. Dollars

| Qty | Svc | Ctry | Visa | Price |
|-----|-----|------|------|-------|
| 1 | 51 | | | $2,275.00 |
| LETTERS | | | | Fr. 2'275.00 |
| ROGATORY/FSIA FEE | | | | |



| | |
|---|---|
| Balance | $2,275.00 |
| Amount Paid | $2,275.00 |
| Change | $0.00 |

CUSTOMER COPY
**ALL TRANSACTIONS ARE
FINAL - NO REFUNDS**

Sensitive But Unclassified (SBU)

45078



**U.S. Embassy**
BERN, SWITZERLAND
https://ch.usembassy.gov

Customer: RAY V. IRANIAN MIN. OF
DEFENCE & ARMED FORCES LOG.
Date: 11/18/2019 3:13:12 PM
Register: ACS Cash
Transaction: 15035636
Tender: U.S. Dollars

| Qty | Svc | Ctry | Visa | Price |
|-----|-----|------|------|-------|
| 1 | 51 | | | $2,275.00 |
| LETTERS | | | | Fr. 2'275.00 |
| ROGATORY/FSIA FEE | | | | |

| | |
|---|---|
| **Balance** | $2,275.00 |
| **Amount Paid** | $2,275.00 |
| **Change** | $0.00 |

CUSTOMER COPY
**ALL TRANSACTIONS ARE
FINAL - NO REFUNDS**
Sensitive But Unclassified (SBU)

45080

|||||||||||

---



**U.S. Embassy**
BERN, SWITZERLAND
https://ch.usembassy.gov

Customer: RAY V. ISLAMIC REP. OF
IRAN
Date: 11/18/2019 3:11:24 PM
Register: ACS Cash
Transaction: 15035633
Tender: U.S. Dollars

| Qty | Svc | Ctry | Visa | Price |
|-----|-----|------|------|-------|
| 1 | 51 | | | $2,275.00 |
| LETTERS | | | | Fr. 2'275.00 |
| ROGATORY/FSIA FEE | | | | |

| | |
|---|---|
| **Balance** | $2,275.00 |
| **Amount Paid** | $2,275.00 |
| **Change** | $0.00 |

CUSTOMER COPY
**ALL TRANSACTIONS ARE
FINAL - NO REFUNDS**
Sensitive But Unclassified (SBU)

45077

|||||||||||



**U.S. Embassy**
**BERN, SWITZERLAND**
https://ch.usembassy.gov

Customer: RAY V. IRANIAN MIN. OF
ECON AFFAIRS & FIN.
Date: 11/18/2019 3:14:25 PM

Register: ACS Cash

Transaction: 15035638

Tender: U.S. Dollars

| Qty | Svc | Ctry | Visa | Price |
|-----|-----|------|------|-------|
| 1 | 51 | | | $2,275.00 |
| LETTERS | | | | Fr. 2'275.00 |
| ROGATORY/FSIA FEE | | | | |



| | |
|---|---|
| **Balance** | $2,275.00 |
| **Amount Paid** | $2,275.00 |
| **Change** | $0.00 |

CUSTOMER COPY
**ALL TRANSACTIONS ARE**
**FINAL - NO REFUNDS**
Sensitive But Unclassified (SBU)

45082

---



**U.S. Embassy**
**BERN, SWITZERLAND**
https://ch.usembassy.gov

Customer: RAY V. IRANIAN MIN. OF
INFO & SECURITY
Date: 11/18/2019 3:13:43 PM

Register: ACS Cash

Transaction: 15035637

Tender: U.S. Dollars

| Qty | Svc | Ctry | Visa | Price |
|-----|-----|------|------|-------|
| 1 | 51 | | | $2,275.00 |
| LETTERS | | | | Fr. 2'275.00 |
| ROGATORY/FSIA FEE | | | | |

| | |
|---|---|
| **Balance** | $2,275.00 |
| **Amount Paid** | $2,275.00 |
| **Change** | $0.00 |

CUSTOMER COPY
**ALL TRANSACTIONS ARE**
**FINAL - NO REFUNDS**
Sensitive But Unclassified (SBU)

45081



U.S. Embassy
BERN, SWITZERLAND
https://ch.usembassy.gov

Customer: RAY V. CENTRAL BANK
OF IRAN
Date: 11/18/2019 3:15:11 PM
Register: ACS Cash
Transaction: 15035640
Tender: U.S. Dollars

| Qty | Svc | Ctry | Visa | Price |
|-----|-----|------|------|-------|
| 1 | 51 | | | $2,275.00 |
| LETTERS | | | | Fr. 2'275.00 |
| ROGATORY/FSIA FEE | | | | |

| | | |
|---|---|---|
| **Balance** | | $2,275.00 |
| **Amount Paid** | | $2,275.00 |
| **Change** | | $0.00 |

CUSTOMER COPY
**ALL TRANSACTIONS ARE**
**FINAL - NO REFUNDS**
Sensitive But Unclassified (SBU)

45084

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖



U.S. Embassy
BERN, SWITZERLAND
https://ch.usembassy.gov

Customer: RAY V. IRANIAN MIN. OF
PETROLEUM
Date: 11/18/2019 3:14:49 PM
Register: ACS Cash
Transaction: 15035639
Tender: U.S. Dollars

| Qty | Svc | Ctry | Visa | Price |
|-----|-----|------|------|-------|
| 1 | 51 | | | $2,275.00 |
| LETTERS | | | | Fr. 2'275.00 |
| ROGATORY/FSIA FEE | | | | |

| | | |
|---|---|---|
| **Balance** | | $2,275.00 |
| **Amount Paid** | | $2,275.00 |
| **Change** | | $0.00 |

CUSTOMER COPY
**ALL TRANSACTIONS ARE**
**FINAL - NO REFUNDS**
Sensitive But Unclassified (SBU)

45083

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖