# Exhibit A

Case 1:19-cv-00012-GBD-SN Document 174 Filed 08/28/19 Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: ______________

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Herman Ray

Plaintiff(s)

-v-

Islamic Republic of Iran

Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:19-cv-00012 (GBD)(SN)
1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27 day of August, 2019, I served: ISLAMIC REPUBLIC OF IRAN, *c/o* H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

1 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, *et seq.*; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No. 172), Affidavits/Certifications from the Translators

by United States Postal Service LA 337 930 515 US

Dated: New York, New York
8/27/2019

RUBY J. KRAJICK
CLERK OF COURT

[signature]

Casey Goedtel
DEPUTY CLERK

Case 1:19-cv-00012-GBD-SN Document 174 Filed 08/28/19 Page 2 of 2

**Registered No.**

**Date Stamp**

To Be Completed By Post Office

Postage $

Extra Services & Fees
☐ Registered Mail $
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Restricted Delivery $

Extra Services & Fees (continued)
☐ Signature Confirmation $
☐ Signature Confirmation Restricted Delivery $

**Total Postage & Fees** $

Customer Must Declare Full Value $

Received by

Domestic Insurance up to $50,000 is included based upon the declared value. International indemnity is limited. (See Reverse).

**OFFICIAL USE**

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM: T. Flemming, Esquire
Wiggins, Childs, et al.
1211 Conn. Ave, N.W., Suite 420
Washington, DC 20036

TO: The Islamic Republic of Iran
C/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Ave, Tehran, Iran 11369

PS Form **3806, Registered Mail Receipt** Copy 1 - Customer
April 2015, PSN 7530-02-000-9051 (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

Completed by the office of origin. (A remplir par le bureau d'origine.)

Item Description (*Nature de l'envoi*): ☐ Registered Article (*Envoi recommandé*) ☐ Letter (*Lettre*) ☐ Printed Matter (*Imprimé*) ☐ Other (*Autre*) ☐ Recorded Delivery (*Envoi à livraison attestée*) ☐ Express Mail International

☐ Insured Parcel (*Colis avec valeur déclarée*) | Insured Value (*Valeur déclarée*) | Article Number

Office of Mailing (*Bureau de dépôt*): The Islamic Republic of Iran | Date of Posting (*Date de dépôt*)

Addressee Name or Firm (*Nom ou raison sociale du destinataire*): C/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs

Street and No. (*Rue et No.*): Imam Khomeini Avenue

Place and Country (*Localité et pays*): Tehran, Iran 11369

Completed at destination. (A compléter à destination.)

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(*Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.*)

Postmark of the office of destination (*Timbre du bureau de destination*)

☐ The article mentioned above was duly delivered. (*L'envoi mentionné ci-dessus a été dûment livré.*) | Date

Signature of Addressee (*Signature du destinataire*) | Office of Destination Employee Signature (*Signature de l'agent du bureau du destination*)

PS Form **2865,** February 1997 (*Reverse*)

---

LA337930515US

**USPS® Customs Declaration – CN 22**

**IMPORTANT:** The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

From: Sender's Last Name: Mellon, First: Thomas
Business: Wiggins, Childs, et al.
Address: 1211 Conn. Ave. N.W. Suite 420
City: Washington, State: DC, ZIP+4®: 20036
Telephone/Fax or Email: 202. 467. 4489

To: Addressee's Last Name: Islamic Republic of Iran, First
Business: C/o H.E. Mohammad Javad Zarif
Address: Ministry of Foreign Affairs, Imam Khomeini Ave.
City: Tehran, State/Province, Post Code: 11369
Country: Iran, Telephone/Fax or Email: 982166739191

☒ Documents ☐ Commercial sample ☐ Merchandise ☐ Dangerous Goods
☐ Gift ☐ Humanitarian Donation ☐ Other

| Detailed description of contents (1) | Qty. (2) | Weight (3) lb. | oz. | Value (4) (US $) | HS Tariff # (5) | Country of Origin (6) |
|---|---|---|---|---|---|---|
| Legal Complaint | 1 | 2 | 1 | Ø | / | USA |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Totals (7) | 1 | 2 | 1 | $ Ø | | |

AES Exemption (8)
☐ NOEEI § 30.37(a) ☐ NOEEI § 30.37(h)

Mailing Office Date Stamp

I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

Sender's Signature and Date (9): [signature] Aug. 20, '19

PS Form **2976**, July 2013 PSN 7530-01-000-9833 — 1 - Post Office Copy — retain on file for 30 days after mailing

Case 1:19-cv-00012-GBD-SN Document 179 Filed 08/28/19 Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Herman Ray

Plaintiff(s)

-v-

Iran's Ministry of Information and Security

Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:19-cv-00012 (GBD)(SN)
1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27 day of August , 2019 , I served: IRAN'S MINISTRY OF INFORMATION AND SECURITY c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

1 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, *et seq*.; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No. 172), Affidavits/Certifications from the Translators

by United States Postal Service LA 337 930 532 US

Dated: New York, New York
8/27/2019

RUBY J. KRAJICK
CLERK OF COURT

Casey Goedtel
DEPUTY CLERK

Case 1:19-cv-00012-GBD-SN Document 179 Filed 08/28/19 Page 2 of 2

**Registered No.**

**Date Stamp**

To Be Completed By Post Office

Postage $

Extra Services & Fees
☐ Registered Mail $
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Restricted Delivery $

Extra Services & Fees (continued)
☐ Signature Confirmation $
☐ Signature Confirmation Restricted Delivery $

**Total Postage & Fees** $

Customer Must Declare Full Value $

Received by

Domestic Insurance up to $50,000 is included based upon the **declared value.** International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM: T. Fleming, Esquire / Wiggins, Childs, et al. / 1211 Conn. Avenue, N.W., Suite 420 / Washington, DC 20036

TO: Iran's Ministry of Information + Security / c/o H.E. Mohammad Javad Zarif / Ministry of Foreign Affairs / Imam Khomeini Ave., Tehran, Iran 11369

PS Form **3806, Registered Mail Receipt** Copy 1 - Customer
April 2015, PSN 7530-02-000-9051 (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

LA337930532US

**USPS® Customs Declaration – CN 22**

**IMPORTANT:** The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

**From:** Sender's Last Name / First: Mellon, Thomas
Business: Wiggins, Childs, et al.
Address: 1211 Conn. Ave., N.W./Suite 420
City / State / ZIP+4®: Washington, D.C. 20036
Telephone/Fax or Email: 202.467.4489

**To:** Addressee's Last Name / First: Iran's Ministry of Info. & Security
Business: c/o H.E. Mohammad Javad Zarif
Address: Ministry of Foreign Affairs, Imam Khomeini Ave.
City / State/Province / Post Code: Tehran 11369
Country: Iran
Telephone/Fax or Email: 982166739191

☒ Documents ☐ Commercial sample ☐ Merchandise ☐ Dangerous Goods
☐ Gift ☐ Humanitarian Donation ☐ Other

| Detailed description of contents (1) | Qty. (2) | Weight (3) lb. | oz. | Value (4) (US $) | HS Tariff # (5) | Country of Origin (6) |
|---|---|---|---|---|---|---|
| Legal Complaint | 1 | 2 | 1 | Ø | / | USA |
| | | | | | | |
| | | | | | | |
| Totals (7) | 1 | 2 | 1 | $ Ø | | |

AES Exemption (8)
☐ NOEEI § 30.37(a) ☐ NOEEI § 30.37(h)

Mailing Office Date Stamp

I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

Sender's Signature and Date (9): [signature] Aug. 20, '19

PS Form 2976, July 2013 PSN 7530-01-000-9833 **1- Post Office Copy — retain on file for 30 days after mailing**

---

Completed by the office of origin. (A remplir par le bureau d'origine.)

Item Description (Nature de l'envoi) ☐ Registered Article (Envoi recommandé) ☐ Letter (Lettre) ☐ Printed Matter (Imprimé) ☐ Other (Autre) ☐ Recorded Delivery (Envoi à livraison attestée) ☐ Express Mail International

☐ Insured Parcel (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | Article Number

Office of Mailing (Bureau de dépôt): Iran's Ministry of Information + Security | Date of Posting (Date de dépôt)

Addressee Name or Firm (Nom ou raison sociale du destinataire): c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs

Street and No. (Rue et No.): Imam Khomeini Avenue

Place and Country (Localité et pays): Tehran, Iran 11369

Completed at destination. (A compléter à destination.)

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur).

Postmark of the office of destination (Timbre du bureau de destination)

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.) | Date

Signature of Addressee (Signature du destinataire) | Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

PS Form **2865,** February 1997 *(Reverse)*

Case 1:19-cv-00012-GBD-SN Document 175 Filed 08/28/19 Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Herman Ray

Plaintiff(s)

-v-

Islamic Revolutionary Guard Corps.

Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:19-cv-00012 (GBD)(SN)
1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27 day of August, 2019, I served: ISLAMIC REVOLUTIONARY GUARD CORPS, *c/o* H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

1 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, *et seq.*; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No. 172), Affidavits/Certifications from the Translators

by United States Postal Service LA 337 930 577 US

Dated: New York, New York
8/27/2019

RUBY J. KRAJICK
CLERK OF COURT

[signature]

Casey Goedtel
DEPUTY CLERK

Case 1:19-cv-00012-GBD-SN Document 175 Filed 08/28/19 Page 2 of 2

From: Sender's Last Name: Fleming First: Thomas
Business: Wiggins, Childs, et al.
Address: 1211 Conn. Ave. N.W./Suite 420
City / State / ZIP+4®: Washington, DC 20036
Telephone/Fax or Email: 202.467.4489

To: Addressee's Last Name / First: Islamic Revolutionary Guard Corps
Business: c/o H.E. Mohammad Javad Zarif
Address: M.W. of Foreign Affairs, Imam Khomeini Ave.
City / State/Province / Post Code: Tehran 11369
Country: Iran Telephone/Fax or Email: 982166739191

☒ Documents ☐ Commercial sample ☐ Merchandise ☐ Dangerous Goods
☐ Gift ☐ Humanitarian Donation ☐ Other

| Detailed description of contents (1) | Qty. (2) | Weight (3) lb. | oz. | Value (4) (US $) | HS Tariff # (5) | Country of Origin (6) |
|---|---|---|---|---|---|---|
| Legal Complaint | 1 | 2 | 1 | 0 | / | USA |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Totals (7) | 1 | 2 | 1 | $ 0 | | |

AES Exemption (8)
☐ NOEEI § 30.37(a) ☐ NOEEI § 30.37(h)

Mailing Office Date Stamp

I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

Sender's Signature and Date (9): [signature] Aug 20, '19

PS Form 2976, July 2013 PSN 7530-01-000-9833

1 - Post Office Copy — retain on file for 30 days after mailing

---

Completed by the office of origin. (A remplir par le bureau d'origine.)

Item Description (Nature de l'envoi): ☐ Registered Article (Envoi recommandé) ☐ Letter (Lettre) ☐ Printed Matter (Imprimé) ☐ Other (Autre) ☐ Recorded Delivery (Envoi à livraison attestée) ☐ Express Mail International

☐ Insured Parcel (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | Article Number

Office of Mailing (Bureau de dépôt) | Date of Posting (Date de dépôt)

Addressee Name or Firm (Nom ou raison sociale du destinataire): Islamic Revolutionary Guards Corps c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs

Street and No. (Rue et No.): Imam Khomeini Avenue

Place and Country (Localité et pays): Tehran, Iran 11369

Completed at destination. (A compléter à destination.)

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.)

Postmark of the office of destination (Timbre du bureau de destination)

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.) | Date

Signature of Addressee (Signature du destinataire) | Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

PS Form 2865, February 1997 (Reverse)

---

Registered No. | Date Stamp

To Be Completed By Post Office:
Postage $ | Extra Services & Fees (continued)
Extra Services & Fees | ☐ Signature Confirmation $
☐ Registered Mail $ | ☐ Signature Confirmation Restricted Delivery $
☐ Return Receipt (hardcopy) $ | Total Postage & Fees $
☐ Return Receipt (electronic) $
☐ Restricted Delivery $
Customer Must Declare Full Value $ | Received by | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM: T. Fleming, Esquire
Wiggins Childs, et al.
1211 Conn. Ave. N.W., Suite 420
Washington, DC 20036

TO: Islamic Revolutionary Guard Corps
c/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Ave., Tehran, Iran 11369

PS Form 3806, Registered Mail Receipt, April 2015, PSN 7530-02-000-9051
Copy 1 - Customer (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Herman Ray

Plaintiff(s)

-v-

Iran's Ministry of Commerce

Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:19-cv-00012 (GBD)(SN)
1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27 day of August, 2019, I served: IRAN'S MINISTRY OF COMMERCE, *c/o* H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

1 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, *et seq.*; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No. 172), Affidavits/Certifications from the Translators

by United States Postal Service LA 337 930 563 US

Dated: New York, New York
8/27/2019

RUBY J. KRAJICK
CLERK OF COURT

[signature]

Casey Goedtel
DEPUTY CLERK

**Registered No.**

**Date Stamp**

To Be Completed By Post Office

| Postage $ | Extra Services & Fees (continued) |
|---|---|
| Extra Services & Fees<br>☐ Registered Mail $<br>☐ Return Receipt (hardcopy) $<br>☐ Return Receipt (electronic) $<br>☐ Restricted Delivery $ | ☐ Signature Confirmation $<br>☐ Signature Confirmation Restricted Delivery $ |
| | **Total Postage & Fees** $ |
| Customer Must Declare Full Value $ | Received by |

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse)

**OFFICIAL USE**

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM: T. Fleming, Esquire
Wiggins Childs, et al.
1211 Conn. Ave. N.W., Suite 420
Washington, DC 20036

TO: Iran's Ministry of Commerce
C/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Ave, Tehran Iran 11369

PS Form **3806, Registered Mail Receipt** April 2015, PSN 7530-02-000-9051 — Copy 1 - Customer (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

| | |
|---|---|
| Completed by the office of origin. (A remplir par le bureau d'origine.) | Item Description (Nature de l'envoi) ☐ Registered Article (Envoi recommandé) ☐ Letter (Lettre) ☐ Printed Matter (Imprimé) ☐ Other (Autre) ☐ Recorded Delivery (Envoi à livraison attestée) ☐ Express Mail International |
| | ☐ Insured Parcel (Colis avec valeur déclarée) — Insured Value (Valeur déclarée) — Article Number |
| | Office of Mailing (Bureau de dépôt): Iran's Ministry of Commerce — Date of Posting (Date de dépôt) |
| | Addressee Name or Firm (Nom ou raison sociale du destinataire): C/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs |
| | Street and No. (Rue et No.): Imam Khomeini Avenue |
| | Place and Country (Localité et pays): Tehran, Iran 11369 |
| Completed at destination. (A compléter à destination.) | This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail. (Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.) — Postmark of the office of destination (Timbre du bureau de destination) |
| | ☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.) — Date |
| | Signature of Addressee (Signature du destinataire) — Office of Destination Employee Signature (Signature de l'agent du bureau du destination) |

**USPS® Customs Declaration – CN 22**

IMPORTANT: The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

LA337930563US

From: Sender's Last Name: Mellon, First: Thomas
Business: Wiggins, Childs, et al.
Address: 1211 Conn. Ave. NW, Suite 420
City: WASHINGTON, State: DC, ZIP+4®: 20036
Telephone/Fax or Email: 202.467.4489

To: Addressee's Last Name / First: IRAN'S MINISTRY OF COMMERCE
Business: c/o H.E. Mohammad Javad Zarif
Address: Min. of Foreign Affairs, Imam Khomeini Ave
City: TEHRAN, State/Province, Post Code: 11369
Country: IRAN, Telephone/Fax or Email: 982166739191

☒ Documents ☐ Commercial sample ☐ Merchandise ☐ Dangerous Goods ☐ Gift ☐ Humanitarian Donation ☐ Other

| Detailed description of contents (1) | Qty. (2) | Weight (3) lb. | oz. | Value (4) (US $) | HS Tariff # (5) | Country of Origin (6) |
|---|---|---|---|---|---|---|
| Legal Complaint | 1 | 2 | 1 | Ø | / | USA |
| | | | | | | |
| | | | | | | |
| | Totals (7) | 2 | 1 | $ Ø | | |

AES Exemption (8) ☐ NOEEI § 30.37(a) ☐ NOEEI § 30.37(h)

Mailing Office Date Stamp

I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

Sender's Signature and Date (9): [signature] Aug 20, '19

1 - Post Office Copy - retain on file for 30 days after mailing

Case 1:19-cv-00012-GBD-SN Document 177 Filed 08/28/19 Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Herman Ray

Plaintiff(s)

-v-

Iran's Ministry of Defense and Armed Forces Logistics

Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:19-cv-00012 (GBD)(SN)
1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27 day of August, 2019, I served:

IRAN'S MINISTRY OF DEFENSE AND ARMED FORCES LOGISTICS c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

1 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, *et seq.*; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No. 172), Affidavits/Certifications from the Translators

by United States Postal Service LA 337 930 529 US

Dated: New York, New York
8/27/2019

RUBY J. KRAJICK
CLERK OF COURT

Casey Goedtel
DEPUTY CLERK

Case 1:19-cv-00012-GBD-SN Document 177 Filed 08/28/19 Page 2 of 2

**Registered No.**

**Date Stamp**

To Be Completed By Post Office

Postage $

Extra Services & Fees
- ☐ Registered Mail $
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Restricted Delivery $

Extra Services & Fees (continued)
- ☐ Signature Confirmation $
- ☐ Signature Confirmation Restricted Delivery $

Total Postage & Fees $

Customer Must Declare Full Value $

Received by

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM: T. Flemming, Esquire / Wiggins, Childs, et al. / 1211 Conn. Ave. N.W. Suite 420 / Washington, DC 20036

TO: Iran's Ministry of Defense & Armed Forces Logistics / c/o H.E. Mohammad Javad Zarif / Ministry of Foreign Affairs / Imam Khomeini Ave, Tehran, Iran 11369

PS Form **3806, Registered Mail Receipt**, April 2015, PSN 7530-02-000-9051 — Copy 1 - Customer (See Information on Reverse)

For domestic delivery information, visit our website at www.usps.com®

LA337930529US

**USPS® Customs Declaration – CN 22**

**IMPORTANT:** The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

From: Sender's Last Name: Mellon, First: Thomas

Business: Wiggins, Childs, et al.

Address: 1211 Conn. Ave. NW, Suite 420

City: Washington State: DC ZIP+4®: 20036

Telephone/Fax or Email: 202.467.4489

To: Addressee's Last Name: Min. of Defense + Armed Forces Logistics First:

Business: c/o H.E. Mohammad Javad Zarif

Address: Min. of Foreign Affairs, Imam Khomeini Ave.

City: Tehran State/Province: Post Code: 11369

Country: IRAN Telephone/Fax or Email: 982166739191

☒ Documents ☐ Commercial sample ☐ Merchandise ☐ Dangerous Goods ☐ Gift ☐ Humanitarian Donation ☐ Other

| Detailed description of contents (1) | Qty. (2) | Weight (3) lb. | oz. | Value (4) (US $) | HS Tariff # (5) | Country of Origin (6) |
|---|---|---|---|---|---|---|
| Legal Complaint | 1 | 2 | 1 | Ø | / | USA |
| | | | | | | |
| | | | | | | |
| Totals (7) | 1 | 2 | 1 | $Ø | | |

AES Exemption (8) ☐ NOEEI § 30.37(a) ☐ NOEEI § 30.37(h)

I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

Sender's Signature and Date (9): [signature] Aug 20, '19

Mailing Office Date Stamp

PS Form 2976, July 2013 PSN 7530-01-000-9833 — 1 - Post Office Copy — retain on file for 30 days after mailing

Completed by the office of origin. (A remplir par le bureau d'origine.)

Item Description (Nature de l'envoi): ☐ Registered Article (Envoi recommandé) ☐ Letter (Lettre) ☐ Printed Matter (Imprimé) ☐ Other (Autre) ☐ Recorded Delivery (Envoi à livraison attestée) ☐ Express Mail International

☐ Insured Parcel (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | Article Number

Office of Mailing (Bureau de dépôt): Iran's Ministry of Defense & Armed Forces Logistics | Date of Posting (Date de dépôt)

Addressee Name or Firm (Nom ou raison sociale du destinataire): c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs

Street and No. (Rue et No.): Imam Khomeini Avenue

Place and Country (Localité et pays): Tehran, Iran 11369

Completed at destination. (A compléter à destination.)

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur).

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.) | Date

Signature of Addressee (Signature du destinataire) | Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

Postmark of the office of destination (Timbre du bureau de destination)

PS Form **2865,** February 1997 (Reverse)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Herman Ray

Plaintiff(s)

-v-

Iran's Ministry of Economic Affairs and Finance

Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:19-cv-00012 (GBD)(SN)
1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27 day of August, 2019, I served: IRAN'S MINISTRY OF ECONOMIC AFFAIRS AND FINANCE, c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

1 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, *et seq*.; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No. 172), Affidavits/Certifications from the Translators

by United States Postal Service LA 337 930 501 US

Dated: New York, New York
8/27/2019

RUBY J. KRAJICK
CLERK OF COURT

Casey Goedtel
DEPUTY CLERK

Case 1:19-cv-00012-GBD-SN Document 1-3 Filed 08/28/19 Page 2 of 2

## Registered No.

**Date Stamp**

To Be Completed By Post Office

| | |
|---|---|
| Postage $ | Extra Services & Fees (continued) |
| Extra Services & Fees<br>☐ Registered Mail $<br>☐ Return Receipt (hardcopy) $<br>☐ Return Receipt (electronic) $<br>☐ Restricted Delivery $ | ☐ Signature Confirmation $<br>☐ Signature Confirmation Restricted Delivery $ |
| | **Total Postage & Fees** $ |
| Customer Must Declare Full Value $ | Received by |

Domestic insurance up to $50,000 is included based upon the **declared value**. International indemnity is limited. (See Reverse).

**OFFICIAL USE**

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM:
T. Flemming, Esquire
Wiggins, Childs, Et al.
1211 Conn. Ave. N.W. Suite 420
Washington, DC 20036

TO:
Iran's Ministry of Economic Affairs + Finance
c/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Ave., Tehran, Iran 11369

PS Form **3806, Registered Mail Receipt** — Copy 1 - Customer
April 2015, PSN 7530-02-000-9051 — (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com*®

Completed by the office of origin. (*A remplir par le bureau d'origine.*)

Item Description (*Nature de l'envoi*): Registered ☐ Article (*Envoi recommandé*) ☐ Letter (*Lettre*) — Printed ☐ Matter (*Imprimé*) ☐ Other (*Autre*) — Recorded Delivery ☐ (*Envoi à livraison attestée*) — Express ☐ Mail International

☐ Insured Parcel (*Colis avec valeur déclarée*) — Insured Value (*Valeur déclarée*) — Article Number

Office of Mailing (*Bureau de dépôt*): Iran's Ministry of Economic Affairs + Finance — Date of Posting (*Date de dépôt*)

Addressee Name or Firm (*Nom ou raison sociale du destinataire*): c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs

Street and No. (*Rue et No.*): Imam Khomeini Avenue

Place and Country (*Localité et pays*): Tehran, Iran 11369

Completed at destination. (*A compléter à destination.*)

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
(*Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.*)

Postmark of the office of destination (*Timbre du bureau de destination*)

☐ The article mentioned above was duly delivered. (*L'envoi mentionné ci-dessus a été dûment livré.*) — Date

Signature of Addressee (*Signature du destinataire*) — Office of Destination Employee Signature (*Signature de l'agent du bureau du destination*)

LA337930501US

## USPS® Customs Declaration – CN 22

**IMPORTANT:** The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

**From:** Sender's Last Name: Mellon — First: Thomas
Business: Wiggins, Childs, et al.
Address: 1211 Conn. Ave. NW / Suite 420
City: Washington, DC — State — ZIP+4®: 20036
Telephone/Fax or Email: 202.467.4489

**To:** Addressee's Last Name: Iran's Ministry of Economic Affairs + Finance — First
Business: c/o H.E. Mohammad Javad Zarif
Address: Min. of Foreign Affairs, Imam Khomeini Ave.
City: Tehran — State/Province — Post Code: 11369

☒ Documents ☐ Commercial sample ☐ Merchandise ☐ Dangerous Goods
☐ Gift ☐ Humanitarian Donation ☐ Other

| Detailed description of contents (1) | Qty. (2) | Weight (3) lb. | oz. | Value (4) (US $) | HS Tariff # (5) | Country of Origin (6) |
|---|---|---|---|---|---|---|
| Legal Complaint | 1 | 2 | 1 | 0 | / | USA |
| | | | | | | |
| | | | | | | |
| Totals (7) | 1 | 2 | 1 | $ 0 | | |

AES Exemption (8)
☐ NOEEI § 30.37(a) ☐ NOEEI § 30.37(h)

Mailing Office Date Stamp

I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

Case 1:19-cv-00012-GBD-SN Document 178 Filed 08/28/19 Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Herman Ray

Plaintiff(s)

-v-

Central Bank of Iran a/k/a Bank Markazi

Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:19-cv-00012 (GBD)(SN)
1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 27 day of August, 2019, I served: CENTRAL BANK OF IRAN A/K/A BANK MARKAZI, c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

1 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, *et seq.*; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No. 172), Affidavits/Certifications from the Translators

by United States Postal Service LA 337 930 550 US

Dated: New York, New York
8/27/2019

RUBY J. KRAJICK
CLERK OF COURT

[signature]

Casey Goedtel
DEPUTY CLERK

Case 1:19-cv-00012-GBD-SN Document 1-78 Filed 08/28/19 Page 2 of 2

Completed by the office of origin. (A remplir par le bureau d'origine.)

Item Description (Nature de l'envoi) ☐ Registered Article (Envoi recommandé) ☐ Letter (Lettre) ☐ Printed Matter (Imprimé) ☐ Other (Autre) ☐ Recorded Delivery (Envoi à livraison attestée) ☐ Express Mail International

☐ Insured Parcel (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | Article Number

Office of Mailing (Bureau de dépôt): Central Bank of Iran, a/k/a Bank Markazi | Date of Posting (Date de dépôt)

Addressee Name or Firm (Nom ou raison sociale du destinataire): c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs

Street and No. (Rue et No.): Imam Khomeini Avenue

Place and Country (Localité et pays): Tehran, Iran 11369

Completed at destination. (A compléter à destination.)

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur).

Postmark of the office of destination (Timbre du bureau de destination)

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.) | Date

Signature of Addressee (Signature du destinataire) | Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

PS Form **2865,** February 1997 *(Reverse)*

---

Registered No. | Date Stamp

To Be Completed By Post Office

Postage $ | Extra Services & Fees (continued)

Extra Services & Fees
☐ Registered Mail $
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Restricted Delivery $

☐ Signature Confirmation $
☐ Signature Confirmation Restricted Delivery $

Total Postage & Fees $

Customer Must Declare Full Value $ | Received by

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

To Be Completed By Customer (Please Print)
All Entries Must Be in Ballpoint or Typed

# OFFICIAL USE

FROM: T. Fleming, Esquire, Wiggins, Childs, et al., 1211 Conn. Ave., N.W., Suite 420, Washington, DC 20036

TO: Central Bank of Iran, c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs, Imam Khomeini Ave., Tehran, Iran 11369

PS Form **3806, Registered Mail Receipt** Copy 1 - Customer
April 2015, PSN 7530-02-000-9051 (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

---

USPS® **Customs Declaration – CN 22**

**IMPORTANT:** The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

LA337930550US

From: Sender's Last Name / First: Mellon, Thomas
Business: Wiggins, Childs, et al
Address: 1211 Conn. Ave NW, Suite 420
City / State / ZIP+4®: Washington DC 20036
Telephone/Fax or Email: 202.467.4489

To: Addressee's Last Name / First: Central Bank of Iran
Business: c/o H.E. Mohammad Javad Zarif
Address: Min. of Foreign Affairs, Imam Khomeini Ave.
City / State/Province / Post Code: Tehran 11369
Country: IRAN | Telephone/Fax or Email: 982166739191

☒ Documents ☐ Commercial sample ☐ Merchandise ☐ Dangerous Goods
☐ Gift ☐ Humanitarian Donation ☐ Other

| Detailed description of contents (1) | Qty. (2) | Weight (3) lb. | oz. | Value (4) (US $) | HS Tariff # (5) | Country of Origin (6) |
|---|---|---|---|---|---|---|
| Legal Complaint | 1 | 2 | 1 | Ø | / | USA |
| | | | | | | |
| | | | | | | |
| Totals (7) | 1 | 2 | 1 | $Ø | | |

AES Exemption (8)
☐ NOEEI § 30.37(a) ☐ NOEEI § 30.37(h)

Mailing Office Date Stamp

I certify the particulars given in this customs declaration are correct. This item does not contain any undeclared dangerous articles, or articles prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

Sender's Signature and Date (9): [signature] Aug 20, '19