**Exhibit B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ray, et al.
        Plaintiff(s)

-v-

Iran, et al.,
        Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:19 cv 00012 (GBD) (SN)
1:03 md 1570 (GBD) (SN)

      I hereby certify under the penalties of perjury that on the 18th day of September, 2019, I served defendant Iran's Ministry of Petroleum c/o H.E Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran 11369, the head of the ministry of foreign affairs, one (1) copy of the Cover Letter by Timothy Fleming, Second Amended Complaint dated May 6, 2019 (Ray Docket No. 139), Notice of Suit, pursuant to 22 C.F.R 93.2, dated May 6, 2019, along with the text of FSIA 28 U.S.C § 1602, et seq, Amended Summons and Affidavit of translator (along with translations of the above documents), by Registered Mail # RH001827053US, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

Dated: New York, New York
       October 4, 2019

                                             RUBY J. KRAJICK
                                             CLERK OF COURT

                                             s/Gordana Peter
                                             *Deputy Clerk*



# UNITED STATES POSTAL SERVICE®

## USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

**SHIPMENT INFORMATION (CONTINUED) — BOXED AREA IS FOR USPS USE ONLY**

| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date |
| Total Postage/Fees (U.S. $) | Insured Value (U.S. $) | Insured Fee (U.S. $) |
| 7. Sender's Email Address | | 8. Addressee's Email Address |
| 9. Exporter's Reference (If applicable and known) | | 10. Exporter's Telephone (If applicable and known) |
| 11. Importer's Reference (If applicable and known) | | 12. Importer's Telephone (If applicable and known) |
| 13. AES ITN (If applicable) | | 14. AES Exemption – NOEEI $ (Check one if applic.) ☐ $30.36 ☐ $30.37(a) ☐ $30.37(h) ☑ $30.37(y) ☐ Other |
| 15. License Number (If applicable) | 16. Certificate Number (If applicable) | 17. Invoice Number (If applicable) |
| 18. Length (inches) 10 | 19. Width (inches) 13 | 20. Height (inches) 1.5 |
| 21. Restrictions (If applicable – check all that apply) ☐ Quarantine ☐ Sanitary/Phytosanitary Inspection | | 22. Nondelivery Instructions (Check one) ☐ Return to Sender ☐ Treat as Abandoned |
| 23. Sender's Signature and Date | | |

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

| For Business Mailers, for items in Block 2. (If the information is known) |
| 24. HS Tariff Number | 25. Country of Origin U.S.A. |

**4 – Sender's Copy**

---

RH001827053US

**SENDER'S INFORMATION**

| Full Last Name: FLEMING | Full First Name: Timothy | MI: B |
| Business Name (if applicable): W99NL Schindler et al | | Sender's Telephone |
| Address-1: 1011 Connecticut Ave. N.W. | | |
| Address-2: Suite 600 | | |
| City: Washington | State: DC | ZIP Code™: 20036 |

**ADDRESSEE'S INFORMATION**

| Full Last Name: ZARIF | Full First Name: H.E. Mohammad | MI: J. |
| Business Name (if applicable): Ministry of Petroleum | | Addressee's Telephone |
| Address-1: Imam Khomeini Ave. | | |
| Address-2: | | |
| City: Tehran | State/Province: | Postal Code: 11369 |
| | | Country: IRAN |

**SHIPMENT INFORMATION**

1. Category of Items (Check all that apply)
☐ Document ☐ Commercial Sample ☐ Merchandise ☐ Dangerous Goods
☐ Gift ☐ Returned Goods ☐ Humanitarian Donation ☐ Other

2. Detailed Description of Contents (Enter only one item per line)

| | 3. Quantity | 4. Net Weight (Ea) Lbs. / Oz. | 5. Value (Ea) U.S. $ |
|---|---|---|---|
| Legal Complaint | 1 | 2 / 4 | 0 |
| | | | |
| | | | |
| **6. Total** | | | 0 |

IMPORTANT: This package may be opened officially.

PS Form **2976-R**, April 2016   PSN 7530-17-000-7992

```
==========================================
              CHINATOWN
              6 DOYERS ST
          NEW YORK, NY 10013-9991
              359604-0004
              (800)275-8777
            09/18/2019 02:43 PM
==========================================
==========================================
------------------------------------------
Product                Qty    Unit    Price
                              Price
------------------------------------------
First-Class Package®    1    $22.75   $22.75
Intl Service
    (International)
    (Iran)
    (Weight:2 Lb 00.00 Oz)
    (Customs #:RH001827019US)
Registered                            $16.00
    (Amount:$0.00)
Return Receipt                         $4.10
First-Class Package®    1    $22.75   $22.75
Intl Service
    (International)
    (Iran)
    (Weight:1 Lb 15.90 Oz)
    (Customs #:RH001827022US)
Registered                            $16.00
    (Amount:$0.00)
Return Receipt                         $4.10
First-Class Package®    1    $22.75   $22.75
Intl Service
    (International)
    (Iran)
    (Weight:1 Lb 14.50 Oz)
    (Customs #:RH001827040US)
Registered                            $16.00
    (Amount:$0.00)
Return Receipt                         $4.10
First-Class Package®    1    $22.75   $22.75
Intl Service
    (International)
    (Iran)
    (Weight:1 Lb 15.20 Oz)
    (Customs #:RH001827053US)
Registered                            $16.00
    (Amount:$0.00)
Return Receipt                         $4.10
First-Class Package®    1    $34.75   $34.75
Intl Service
    (International)
    (Iran)
    (Weight:2 Lb 0.20 Oz)
    (Customs #:RH001827084US)
Registered                            $16.00
    (Amount:$0.00)
Return Receipt                         $4.10
First-Class Package®    1    $22.75   $22.75
Intl Service
    (International)
    (Iran)
    (Weight:2 Lb 00.00 Oz)
    (Customs #:RH001827115US)
Registered                            $16.00
    (Amount:$0.00)
Return Receipt                         $4.10
------------------------------------------
Total:                               $269.10
------------------------------------------

Cash                                 $280.00
Change                              ($10.90)
------------------------------------------
```

In a hurry? Self-service kiosks offer