# Exhibit C







U.S. POSTAGE PAID
NEW YORK, NY
10013
AUG 27 19
AMOUNT
$42.85
R2305P151497-7

00181

UNITED STATES
POSTAL SERVICE

Return
Unknown
Refused
Moved
Incomplete
Address
Unclaimed
Other

AUG 2 2019

Iran's Ministry of Commerce
c/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Avenue
Tehran, IRAN 11369

REGISTERED MAIL™

1211 CONN. AVE, N.W.
WASH DC #420





US POSTAGE PAID
NEW YORK, NY
10013
AMO.IN.19
**$42.85**
R2305P15149Z-7

Legal Compl...

MAILING OFFICE Date Stamp
AUG 27 2019

Iran's Ministry of Information & Security
C/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Avenue
Tehran, IRAN 11369

1211 Conn Ave

PRH

Return
Unknown
Refused
Moved
Incomplete
Address
Unclaimed
Other

REGISTERED MAIL
RE 295 892 646 US



| Item Description (Nature de l'envoi) | Registered Article ☑ (Envoi recommandé) | Printed ☐ Letter Matter ☑ (Lettre) (Imprimé) | Other ☐ (Autre) | Recorded Delivery ☐ (Envoi à livraison attestée) | Express ☐ Mail Inter-national |
|---|---|---|---|---|---|
| | Insured Parcel ☐ (Colis avec valeur déclarée) | Insured Value | RE 295 892 646 US | Date of Posting (Date de dépôt) 08/27/19 | Postmark of the office of destination (Timbre du bureau de destination) |

Iran's Ministry of Information & Security

c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs

Street and No. (Rue et No.)

Imam Khomeini Avenue

Place and Country (Localité et pays)

Tehran, Iran 11369

Office of Mailing (Bureau de dépôt)

Addressee Name or Firm (Nom ou raison sociale du destinataire)

This item must be signed by: (1) the addressee; or (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. The signed form will be returned to the sender by the first mail.
(Cet envoi doit être signé par le destinataire ou par une personne autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur)

The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau de destination)     Date

Completed by the office of origin.
(A remplir par le bureau d'origine.)

Completed at destination.
(A compléter à destination.)

PS Form 2865, February 1997 (Reverse)



U.S. POSTAGE PAID
NEW YORK, NY
10013
AM 03, 01 19
**$42.85**
R2302P151497-7

00181

UNITED STATES
POSTAL SERVICE

Return
Unknown
Refused
Moved
Incomplete
Address
Unclaimed
Other

LA337930577US

☐ Documents  ☐ Commercial sample
☐ Gift  ☐ Humanitarian Donation
☐ Merchandise  ☐ Dangerous Goods
☐ Other

AUG 27 2019

Islamic Revolutionary Guard Corps
c/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Avenue
Tehran, IRAN 11369

REGISTERED MAIL™
RE 295 892 615 US

SC 20036 NR/06
2/06/85
9PM
10-31-19





U.S. POSTAGE PAID
NEW YORK, NY
10013
AUG 21 '19
AMOUNT
$42.85
R2305P151497-7

Iran's Ministry of Defense + Armed Forces Ministry
c/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Avenue
Tehran, IRAN 11369

Return
Unknown
Refused
Moved
Incomplete
Address
Unclaimed
Other

REGISTERED MAIL
RE 295 892 632 US
UNITED STATES POSTAL SERVICE
Label 200, August 2005
PSN 7690-03-000-4311





U.S. POSTAGE PAID
NEW YORK, NY
$42.85

REGISTERED MAIL™

UNITED STATES POSTAL SERVICE

RE 295 892 589 US

PSN 7690-03-000-3311
Label 200, August 2005

Iran's Ministry of Economic Affairs + Finance
% H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Avenue
Tehran, IRAN 11369

Return
Unknown
Refused
Moved
Incomplete
Address
Unclaimed
Other

date 2/11/19

PS Form 2976, July 2013    PSN 7530-01-000-9833





U.S. POSTAGE PAID
NEW YORK, NY
10013
AUG 27 19
AMOUNT
$42.85
R2305P151497-7

00181

9400

UNITED STATES POSTAL SERVICE

Central Bank of Iran
C/o H.E. Mohammad Javad Zarif
Ministry of Foreign Affairs
Imam Khomeini Avenue
Tehran, IRAN 11869

| Return | | |
|---|---|---|
| Unknown | ☐ | |
| Refused | ☐ | |
| Moved | ☐ | |
| Incomplete | ☒ | |
| Address | ☐ | |
| Unclaimed | ☐ | |
| Other | ☐ | |
| date | | |

LA337905505US

☐ Commercial sample    ☐ Merchandise    ☐ Dangerous Goods
☐ Humanitarian Donation    ☐ Other

AUG 27 2019

REGISTERED MAIL™

RE 295 892 601 US





U.S. POSTAGE PAID
NEW YORK, NY
10013
AMOUNT
$42.85
R2305M144020.00

Return
Unknown
Refused
Moved
Incomplete
Address
Unclaimed
Other

RETURN RECEIPT REQUESTED

AIR MAIL
PAR AVION

RETURN RECEIPT REQUESTED

AIR MAIL
PAR AVION

Ministry of Perdeum
c/o H.E. Mohammad Sawad Zarif
Ministry of Foreign Affairs
Imam Khomeini Avenue
Tehran, Iran 11369

Not Valid As
Proof of Payment
For U.S.
Postage

F

FROM
TIMOTHY FLEMING
WIGGINS CHILDS, ET AL.
1211 CONNECTICUT AVE SUITE 420
WASHINGTON, DC 20036

TO
H.E. MOHAMMAD J. ZARIF
MINISTRY OF PETROLEUM
IMAN KHOMEINI AVE.
TEHRAN
11369
IRAN

CN22 CUSTOMS DECLARATION
Origin Post
US Post
Service    09/18/2019

VR/UN (exemplaire: NOIR) 30-27(N)
Detailed description of contents

LEGAL COMPLIANT

Qty    Wgt    HS Tariff Number    Value
       (lb/oz)  Country of Origin  (US$)
                                   0.00
                                   0.00

SEP
21
2019
JAMAICA NY 11430

DC 20036

