**Exhibit D**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ray et al.

Plaintiff(s)

-v-

Islamic Republic of Iran et al.

Defendant(s)

**CERTIFICATE OF MAILING**

Case No.:   1:19-cv-00012 (GBD)(SN)
1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 29 day of  October 2019 , I served:

ISLAMIC REPUBLIC OF IRAN, *c/o* H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran

☐     the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐     the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒     the Secretary of State, Attn:  Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐     the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

  2 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, *et seq*.; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No. 172), Affidavits/Certifications from the Translators

by FEDEX 7767 9892 3692

Dated:  New York, New York
10/29/2019

RUBY J. KRAJICK
CLERK OF COURT

/s/ Shanee Mcleod
Shanee Mcleod
DEPUTY CLERK

ORIGIN ID:PCTA    (212) 805-0136
CLERK OF COURT
DANIEL P. MOYNIHAN U.S. COURTHOUSE
U.S. DISTRICT COURT FOR S.D.N.Y.
500 PEARL STREET
NEW YORK, NY 10007
UNITED STATES US

SHIP DATE: 23OCT19
ACTWGT: 2.00 LB
CAD: 105808175/INET4160

BILL SENDER

TO **POLICY REVIEW & INTER-AGENCY LIASON**
**SEC. OF STATE DIR. CONSULAR SERV.**
**(CA/OCS/PRI), U.S. DEPT. OF STATE**
**SA-29, 4TH FLOOR, 2201 C ST. NW**
**WASHINGTON DC 20520**
(202) 736-9110      REF: RAY - 1ST 8 TO STATE AGAIN
INV:
PO:            DEPT:

557J2/243C/C542



FedEx
Express

**E**

THU - 24 OCT 3:00P
STANDARD OVERNIGHT

1 of 8
TRK#
0201  **7767 9892 3692**
## MASTER ##

**EP WGOA**

DC-US

20520
IAD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Ray et al.

Plaintiff(s)

-v-

Islamic Republic of Iran et al.

Defendant(s)

**CERTIFICATE OF MAILING**

Case No.: 1:19-cv-00012 (GBD)(SN)
1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 29 day of  October 2019 , I served: The Iranian Ministry of Information and Security, *c/o* H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒ the Secretary of State, Attn:  Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

2 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, *et seq.*; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No. 172), Affidavits/Certifications from the Translators

by FEDEX 7767 9892 3659

Dated:  New York, New York
10/29/2019

RUBY J. KRAJICK
CLERK OF COURT

/s/ Shanee Mcleod
Shanee Mcleod
DEPUTY CLERK

ORIGIN ID:PCTA    (212) 805-0136
CLERK OF COURT
DANIEL P. MOYNIHAN U.S. COURTHOUSE
U.S. DISTRICT COURT FOR S.D.N.Y.
500 PEARL STREET
NEW YORK, NY 10007
UNITED STATES US

SHIP DATE: 23OCT19
ACTWGT: 2.00 LB
CAD: 105808175/INET4160

BILL SENDER

TO  **POLICY REVIEW & INTER-AGENCY LIASON**
**SEC. OF STATE  DIR. CONSULAR SERV.**
**(CA/OCS/PRI), U.S. DEPT. OF STATE**
**SA-29, 4TH FLOOR, 2201 C ST. NW**
**WASHINGTON DC 20520**
(202) 736-9110          REF: RAY - 1ST 8 TO STATE AGAIN
INV:
PO:                                        DEPT:



FedEx
Express

E

                              1 of 8          **THU - 24 OCT 3:00P**
TRK#                                         **STANDARD OVERNIGHT**
0201  **7767 9892 3692**
## MASTER ##

                                                              20520
**EP WGOA**          DC-US      **IAD**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ray et al.

Plaintiff(s)

-v-

Islamic Republic of Iran et al.

Defendant(s)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**CERTIFICATE OF MAILING**

Case No.:    1:19-cv-00012 (GBD)(SN)
             1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 29 day of  October 2019 , I served: The Islamic Revolutionary Guard Corps, c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran

☐    the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐    the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒    the Secretary of State, Attn:  Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐    the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

     2 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (Ray Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, et seq.; Amended Summons in a Civil Action, dated August 7, 2019 (Ray Doc. No. 172), Affidavits/Certifications from the Translators

by FEDEX 7767 9892 3821

Dated:  New York, New York
        10/29/2019

RUBY J. KRAJICK
CLERK OF COURT

/s/ Shanee Mcleod
Shanee Mcleod
DEPUTY CLERK

ORIGIN ID:PCTA       (212) 805-0136
CLERK OF COURT
DANIEL P. MOYNIHAN U.S. COURTHOUSE
U.S. DISTRICT COURT FOR S.D.N.Y.
500 PEARL STREET
NEW YORK, NY 10007
UNITED STATES US

SHIP DATE: 23OCT19
ACTWGT: 2.00 LB
CAD: 105808175/INET4160

BILL SENDER

TO  **POLICY REVIEW & INTER-AGENCY LIASON**
    **SEC. OF STATE  DIR. CONSULAR SERV.**
    **(CA/OCS/PRI), U.S. DEPT. OF STATE**
    **SA-29, 4TH FLOOR, 2201 C ST. NW**
    **WASHINGTON DC 20520**
    (202) 736-9110          REF: RAY - 1ST 8 TO STATE AGAIN
    INV:
    PO:                          DEPT:



FedEx
Express

THU - 24 OCT 3:00P
STANDARD OVERNIGHT

MPS#   3 of 8
0263   **7767 9892 3821**
Mstr# 7767 9892 3692       0201

**EP WGOA**        DC-US

20520
IAD



```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #: _____         │
│ DATE FILED:_____         │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ray et al.

                              Plaintiff(s)

                 -v-

Islamic Republic of Iran et al.

                              Defendant(s)

**CERTIFICATE OF MAILING**

Case No.:  1:19-cv-00012 (GBD)(SN)
           1:03-md-01570 (GBD)(SN)

        I hereby certify under the penalties of perjury that on the 29 day of  October 2019 , I served: The
Iranian Ministry of Petroleum, *c/o* H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs of the
Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran

        ☐      the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

        ☐      the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign
Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

        ☒      the Secretary of State, Attn:  Director of Consular Services, Office of Policy Review and
Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW,
Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C.
§ 1608(a)(4).

        ☐      the head of the agency or instrumentality of the foreign state, pursuant to the provisions
of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

         2 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court
for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of
Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. §
1602, *et seq.*; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No.
172), Affidavits/Certifications from the Translators

by FEDEX 7767 9892 4081

Dated:  New York, New York
        10/29/2019

                              RUBY J. KRAJICK
                              CLERK OF COURT

                              /s/ Shanee Mcleod
                              Shanee Mcleod
                              DEPUTY CLERK

ORIGIN ID:PCTA     (212) 805-0136
CLERK OF COURT
DANIEL P. MOYNIHAN U.S. COURTHOUSE
U.S. DISTRICT COURT FOR S.D.N.Y.
500 PEARL STREET
NEW YORK, NY 10007
UNITED STATES US

SHIP DATE: 23OCT19
ACTWGT: 2.00 LB
CAD: 105808175/INET4160

BILL SENDER

TO   **POLICY REVIEW & INTER-AGENCY LIASON**
   **SEC. OF STATE  DIR. CONSULAR SERV.**
   **(CA/OCS/PRI), U.S. DEPT. OF STATE**
   **SA-29, 4TH FLOOR, 2201 C ST. NW**
   **WASHINGTON DC 20520**
   (202) 736-9110       REF: RAY - 1ST 8 TO STATE AGAIN
   INV:
   PO:                              DEPT:



THU - 24 OCT 3:00P
STANDARD OVERNIGHT

MPS#    4 of 8
0263   **7767 9892 4081**
Mstr# 7767 9892 3692          0201

# EP WGOA         20520
              DC-US    IAD

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ray et al.

Plaintiff(s)

-v-

Islamic Republic of Iran et al.

Defendant(s)

**CERTIFICATE OF MAILING**

Case No.:  1:19-cv-00012 (GBD)(SN)
1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 29 day of  October 2019 , I served: The Iranian Ministry of Commerce, *c/o* H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran

☐    the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐    the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒    the Secretary of State, Attn:  Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐    the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

2 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, *et seq.*; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No. 172), Affidavits/Certifications from the Translators

by FEDEX 7767 9892 3887

Dated:  New York, New York
10/29/2019

RUBY J. KRAJICK
CLERK OF COURT

/s/ Shanee Mcleod
Shanee Mcleod
DEPUTY CLERK

ORIGIN ID:PCTA      (212) 805-0136
CLERK OF COURT
DANIEL P. MOYNIHAN U.S. COURTHOUSE
U.S. DISTRICT COURT FOR S.D.N.Y.
500 PEARL STREET
NEW YORK, NY 10007
UNITED STATES US

SHIP DATE: 23OCT19
ACTWGT: 2.00 LB
CAD: 105808175/INET4160

BILL SENDER

TO  **POLICY REVIEW & INTER-AGENCY LIASON**
**SEC. OF STATE  DIR. CONSULAR SERV.**
**(CA/OCS/PRI), U.S. DEPT. OF STATE**
**SA-29, 4TH FLOOR, 2201 C ST. NW**
**WASHINGTON DC 20520**
(202) 736-9110          REF: RAY - 1ST 8 TO STATE AGAIN
INV:
PO:                              DEPT:

FedEx
Express

E

**THU - 24 OCT 3:00P**
**STANDARD OVERNIGHT**

MPS#                6 of 8
0263   **7767 9892 3887**
Mstr# 7767 9892 3692     0201

# EP WGOA

DC-US

**20520**
**IAD**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ray et al.

Plaintiff(s)

-v-

Islamic Republic of Iran et al.

Defendant(s)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**CERTIFICATE OF MAILING**

Case No.: 1:19-cv-00012 (GBD)(SN)
1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 29 day of  October 2019  , I served: The Iranian Ministry of Defense and Armed Forces Logistics, c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒ the Secretary of State, Attn:  Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

 2 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (Ray Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, et seq.; Amended Summons in a Civil Action, dated August 7, 2019 (Ray Doc. No. 172), Affidavits/Certifications from the Translators

by FEDEX 7767 9892 4438

Dated:  New York, New York
10/29/2019

RUBY J. KRAJICK
CLERK OF COURT

/s/ Shanee Mcleod
Shanee Mcleod
DEPUTY CLERK

ORIGIN ID:PCTA     (212) 805-0136
CLERK OF COURT
DANIEL P. MOYNIHAN U.S. COURTHOUSE
U.S. DISTRICT COURT FOR S.D.N.Y.
500 PEARL STREET
NEW YORK, NY 10007
UNITED STATES US

SHIP DATE: 23OCT19
ACTWGT: 2.00 LB
CAD: 105808175/INET4160

BILL SENDER

TO  **POLICY REVIEW & INTER-AGENCY LIASON**
**SEC. OF STATE  DIR. CONSULAR SERV.**
**(CA/OCS/PRI), U.S. DEPT. OF STATE**
**SA-29, 4TH FLOOR, 2201 C ST. NW**
**WASHINGTON DC 20520**
(202) 736-9110          REF: RAY - 1ST 8 TO STATE AGAIN
INV:
PO:                              DEPT:

FedEx
Express

**E**

THU - 24 OCT 3:00P
STANDARD OVERNIGHT

MPS#     7 of 8
0263    **7767 9892 4438**
Mstr# 7767 9892 3692          0201

# EP WGOA

DC-US

20520
IAD

```
                                              ┌─────────────────────────────┐
                                              │ DOCUMENT                    │
                                              │ ELECTRONICALLY FILED        │
                                              │ DOC #: _____ │
                                              │ DATE FILED:_____ │
                                              └─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ray et al. | |
| | Plaintiff(s) |
| -v- | |
| Islamic Republic of Iran et al. | |
| | Defendant(s) |

**CERTIFICATE OF MAILING**

Case No.:   1:19-cv-00012 (GBD)(SN)
              1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 29 day of  October 2019 , I served: The Central Bank of the Islamic Republic of Iran, *c/o* H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran

☐      the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐      the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒      the Secretary of State, Attn:  Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐      the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

 2 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, *et seq.*; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No. 172), Affidavits/Certifications from the Translators

by FEDEX 7767 9892 4221

Dated:  New York, New York
           10/29/2019

                              RUBY J. KRAJICK
                              CLERK OF COURT

                              /s/ Shanee Mcleod
                              Shanee Mcleod
                              DEPUTY CLERK

ORIGIN ID:PCTA      (212) 805-0136
CLERK OF COURT
DANIEL P. MOYNIHAN U.S. COURTHOUSE
U.S. DISTRICT COURT FOR S.D.N.Y.
500 PEARL STREET
NEW YORK, NY 10007
UNITED STATES US

SHIP DATE: 23OCT19
ACTWGT: 2.00 LB
CAD: 105808175/INET4160

BILL SENDER

TO  **POLICY REVIEW & INTER-AGENCY LIASON**
**SEC. OF STATE  DIR. CONSULAR SERV.**
**(CA/OCS/PRI), U.S. DEPT. OF STATE**
**SA-29, 4TH FLOOR, 2201 C ST. NW**
**WASHINGTON DC 20520**
(202) 736-9110           REF: RAY - 1ST 8 TO STATE AGAIN
INV:
PO:                              DEPT:



FedEx
Express

E

THU - 24 OCT 3:00P
STANDARD OVERNIGHT

MPS#
0263      8 of 8
**7767 9892 4221**
Mstr# 7767 9892 3692          0201

**EP WGOA**          20520
DC-US      IAD



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ray et al.

Plaintiff(s)

-v-

Islamic Republic of Iran et al.

Defendant(s)

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**CERTIFICATE OF MAILING**

Case No.:   1:19-cv-00012 (GBD)(SN)
               1:03-md-01570 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 29 day of   October 2019  , I served: The Iranian Ministry of Economic Affairs and Finance, *c/o* H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran

☐    the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐    the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☒    the Secretary of State, Attn:  Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐    the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

  2 copy(ies) of the Cover Letter, Second Amended Complaint, filed in the U.S. District Court for the Southern District of New York, dated May 6, 2019 (*Ray* Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, *et seq.*; Amended Summons in a Civil Action, dated August 7, 2019 (*Ray* Doc. No. 172), Affidavits/Certifications from the Translators

by FEDEX 7767 9897 4471

Dated:  New York, New York
           10/29/2019

RUBY J. KRAJICK
CLERK OF COURT

/s/ Shanee Mcleod
Shanee Mcleod
DEPUTY CLERK

ORIGIN ID:PCTA    (212) 805-0136
CLERK OF COURT
DANIEL P. MOYNIHAN U.S. COURTHOUSE
U.S. DISTRICT COURT FOR S.D.N.Y.
500 PEARL STREET
NEW YORK, NY 10007
UNITED STATES US

SHIP DATE: 23OCT19
ACTWGT: 2.00 LB
CAD: 105808175/INET4160

BILL SENDER

TO  **POLICY REVIEW & INTER-AGENCY LIASON**
    **SEC. OF STATE  DIR. CONSULAR SERV.**
    **(CA/OCS/PRI), U.S. DEPT. OF STATE**
    **SA-29, 4TH FLOOR, 2201 C ST. NW**
    **WASHINGTON DC 20520**
(202) 736-9110
INV:              REF: RAY - 1ST 8 TO STATE AGAIN
PO:                         DEPT:



FedEx
Express

5 of 8                        THU - 24 OCT 3:00P
MPS#                          STANDARD OVERNIGHT
0263  **7767 9892 4471**
Mstr# 7767 9892 3692        0201

# EP WGOA                 20520
                    DC-US   IAD