**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001    :
:
:   **CLERK'S CERTIFICATE OF**
:   **DEFAULT PURSUANT TO**
:   **LOCAL CIVIL RULE 55.1**
:
:   **1:03 MDL 1570 (GBD)(SN)**
:
------------------------------------------------------------------X

**This Document Relates to**
*Ray, et al. v. Iran, et al.*
**1:19-cv-00012 (GBD)(SN)**

     I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on January 2, 2019, with the filing of Summonses and the Complaint, and on May 6, 2019, the Second Amended Complaint was filed and an Amended Summons was issued dated May 10, 2019, naming the following, *inter alia*, as Defendants: (1) the Islamic Republic of Iran; (2) Iran's Ministry of Information and Security; (3) Islamic Revolutionary Guard Corps; (4) Iran's Ministry of Petroleum; (5) Iran's Ministry of Economic Affairs and Finance; (6) Iran's Ministry of Commerce; (7) Iran's Ministry of Defense and Armed Forces Logistics; and (8) the Central Bank of the Islamic Republic of Iran.

     Copies of the Amended Summons and Second Amended Complaint naming each of these Defendants were served on each of these eight Defendants through the U.S. Department of State, which received the materials necessary for service from the Clerk of Court via a mailing dated July 10, 2019. A Certificate of Mailing from the Clerk of Court to Washington, D.C. was docketed for each of these eight Defendants on that same date. The U.S. Department of State subsequently served these materials on each of the eight Defendants listed above through

diplomatic means on December 4, 2019, and the U.S. Department of State confirmed service through a letter to the Clerk of Court dated December 26, 2019.

An Affidavit of Service detailing the proof of service of process in this case was filed by counsel for the Plaintiffs on February 7, 2020, with attached exhibits.  *Ray* Doc. No. 204 and 204-1 through 204-8.

I further certify that the docket entries indicate that the eight Defendants listed above have not filed an Answer or otherwise moved with respect to the Second Amended Complaint herein.  The default of the eight *Ray* Defendants listed above is hereby noted.

Date:  _____
         New York, New York

                                      **RUBY J. KRAJICK**
                                      Clerk of Court

                              By:  _____
                                      Deputy Clerk