```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/12/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001   :
:
:   **CLERK'S CERTIFICATE OF**
:   **DEFAULT PURSUANT TO**
:   **LOCAL CIVIL RULE 55.1**
:
:   **1:03 MDL 1570 (GBD)(SN)**
:
------------------------------------------------------------------X

**This Document Relates to**
*Ray, et al. v. Iran, et al.*
**1:19-cv-00012 (GBD)(SN)**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on January 2, 2019, with the filing of Summonses and the Complaint, and on May 6, 2019, the Second Amended Complaint was filed and an Amended Summons was issued dated May 10, 2019, naming the following, *inter alia*, as Defendants: (1) the Islamic Republic of Iran; (2) Iran's Ministry of Information and Security; (3) Islamic Revolutionary Guard Corps; (4) Iran's Ministry of Petroleum; (5) Iran's Ministry of Economic Affairs and Finance; (6) Iran's Ministry of Commerce; (7) Iran's Ministry of Defense and Armed Forces Logistics; and (8) the Central Bank of the Islamic Republic of Iran.

Copies of the Amended Summons and Second Amended Complaint naming each of these Defendants were served on each of these eight Defendants through the U.S. Department of State, which received the materials necessary for service from the Clerk of Court via a mailing dated July 10, 2019. A Certificate of Mailing from the Clerk of Court to Washington, D.C. was docketed for each of these eight Defendants on that same date. The U.S. Department of State subsequently served these materials on each of the eight Defendants listed above through

diplomatic means on December 4, 2019, and the U.S. Department of State confirmed service through a letter to the Clerk of Court dated December 26, 2019.

An Affidavit of Service detailing the proof of service of process in this case was filed by counsel for the Plaintiffs on February 7, 2020, with attached exhibits. *Ray* Doc. No. 204 and 204-1 through 204-8.

I further certify that the docket entries indicate that the eight Defendants listed above have not filed an Answer or otherwise moved with respect to the Second Amended Complaint herein. The default of the eight *Ray* Defendants listed above is hereby noted.

Date: February 12, 2020
New York, New York

                                    **RUBY J. KRAJICK**
                                    Clerk of Court

By: _____
        Deputy Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001   :

**AFFIDAVIT OF TIMOTHY B. FLEMING, ESQ. IN SUPPORT OF APPLICATION FOR CERTIFICATE OF DEFAULT**

**1:03 MDL 1570 (GBD)(SN)**

-------------------------------------------------------------------X

**This Document Relates to**
*Ray, et al. v. Iran, et al.*
**1:19-cv-00012 (GBD)(SN)**

I, TIMOTHY B. FLEMING, ESQ., counsel for the *Ray* Plaintiffs, hereby submit this Affidavit in Support of Application for Certificate of Default and state in support thereof the following:

1. The Defendants upon which the *Ray* Plaintiffs seek a Clerk's Certificate of Default are the following: (1) Islamic Republic of Iran; (2) Iran's Ministry of Information and Security; (3) Islamic Revolutionary Guard Corps; (4) Iran's Ministry of Petroleum; (5) Iran's Ministry of Economic Affairs and Finance; (6) Iran's Ministry of Commerce; (7) Iran's Ministry of Defense and Armed Forces Logistics; and, (8) Central Bank of the Islamic Republic of Iran.

2. None of the aforementioned Defendants are an infant, are serving in the United States Armed Forces, or are otherwise incompetent or unavailable.

3. The Second Amended Complaint, Notice of Suit, Amended Summons, and Affidavit/Certifications from the translators were properly served on all of the aforementioned Defendants in accordance with the provisions of the FSIA, by the Clerk of this Court, and

through the United States Department of State, via the Foreign Interests Section of the Embassy of the Swiss Confederation in Tehran, Iran. *See Ray* Doc. No. 204.

4. Specifically, on August 27, 2019, service of the Second Amended Complaint, Notice of Suit, Amended Summons, and Affidavit/Certifications from the translators, each set in its own package, was sent to seven (7) of the Defendants, c/o the Minister of Foreign Affairs of Iran, by a mailing requiring a signature, pursuant to 28 U.S.C. §1608(a)(3), under cover letter of the Clerk of Court for the United States District Court for the Southern District of New York. *See Ray* Doc. No. 204-1 and *Ray* Doc. Nos. 173-179. On September 18, 2019, the eighth (8th) set of the same documents, in its own package, was sent to the Ministry of Petroleum, c/o the Minister of Foreign Affairs of Iran, by a mailing requiring a signature, pursuant to 28 U.S.C. §1608(a)(3), under cover letter of the Clerk of Court for the United States District Court for the Southern District of New York. *See Ray* Doc. No. 204-2 and Doc. No. 181. All eight (8) of those packages were returned to the undersigned Affiant, counsel for the Plaintiffs, as refused by the addressee, although each package was opened, apparently, by the addressee or his agent(s). *See Ray* Doc. No. 204-3.

5. Subsequently, at my request, on October 29, 2019, the Clerk of this Court sent to the United States Department of State, via Federal Express, the same documents to be served upon the above-named eight (8) Defendants through diplomatic process pursuant to 28 U.S.C. §1608(a)(4). *See Ray* Doc. No. 204-4.

6. These packages were accompanied by checks from Plaintiffs' counsel for the payment of the requisite State Department fees. *See Ray* Doc. No. 204-8.

7. The State Department, via the Foreign Interests Section of the Embassy of the Swiss Confederation in Tehran, Iran, attempted diplomatic service of the documents on December 4,

2019, and such service was refused that same day. The State Department sent to the Clerk of this Court a letter, dated December 26, 2019, so stating, *see Ray* Doc. No. 204-5, together with the diplomatic notes demonstrating that such diplomatic service was attempted in accordance with the FSIA and rejected by the Defendants. *See Ray* Doc. No. 204-6, 7. A copy of the State Department's December 4, 2019 letter, *inter alia*, was also filed with this Court as an exhibit to the Affidavit of Service of Timothy B. Fleming, filed February 6, 2020. *Ray* Doc. No. 204, and Doc. No. 204-5.

8. Sixty-eight (68) full days have elapsed since the attempted diplomatic service of the Second Amended Complaint, Notice of Suit, Amended Summons, and Affidavit/Certifications from the translators upon all eight (8) Defendants was refused by Defendants.

9. All of the aforementioned Defendants have failed to enter an appearance in this Court, and each has failed to file any responsive pleading to the Second Amended Complaint that was filed by the *Ray* Plaintiffs, or any other pleading filed by the *Ray* Plaintiffs, as required by §1608(d) of the Foreign Sovereign Immunities Act ("FSIA"), which governs this cause of action. *See* 28 U.S.C. §1608(d). The aforementioned Defendants were afforded more than sixty (60) days to file responses to the Second Amended Complaint but have not do so in that time.

10. Therefore, the Affiant respectfully requests that a Certificate of Default be issued by the Clerk of Court as to all of the aforementioned Defendants, specifically: (1) Islamic Republic of Iran; (2) Iran's Ministry of Information and Security; (3) Islamic Revolutionary Guard Corps; (4) Iran's Ministry of Petroleum; (5) Iran's Ministry of Economic Affairs and Finance; (6) Iran's Ministry of Commerce; (7) Iran's Ministry of Defense and Armed Forces Logistics; and, (8) Central Bank of the Islamic Republic of Iran.

**FURTHER THE AFFIANT SAYETH NOT.**

This Affidavit is comprised of 10 separately numbered paragraphs.

I, **TIMOTHY B. FLEMING**, being duly sworn, do hereby swear and affirm under penalty of perjury that the contents of this Affidavit are true and correct to the best of my knowledge, information, and belief.

*[signature]*
TIMOTHY B. FLEMING

Sworn to before me this 11th day of February 2020, in Washington, District of Columbia.

District of Columbia: SS
Subscribed and Sworn to before me
this 11 day of Feb 2020

Notary Public, D.C.
My commission expires 11/30/21

[Notary seal: MY COMMISSION EXPIRES 11/30/2021]