**WIGGINS CHILDS**
**PANTAZIS FISHER**
**GOLDFARB** PLLC
Advocates & Litigators

A PROFESSIONAL LIMITED LIABILITY COMPANY
1211 Connecticut Avenue, N.W., Suite 420· WASHINGTON, D.C. 20036
Direct Dial: 202-467-4489 · Fax: 205-314-0805
Email:TFleming@wigginschilds.com · Web:www.wigginschilds.com

TIMOTHY B. FLEMING
OF COUNSEL

February 13, 2020

The Honorable Sarah Netburn
U.S. Magistrate Judge
U.S. District Court for the
  Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

*VIA ECF AND E-MAIL*

Re:   *In Re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD)(SN)
      *Ray, et al. v. Islamic Republic of Iran, et al.*, 1:19-cv-00012 (GBD)(SN)

RE: REQUEST TO FILE EVIDENCE UNDER SEAL

Dear Magistrate Judge Netburn:

The *Ray* Plaintiffs in the above-captioned multidistrict litigation, by and through their undersigned counsel, respectfully request permission to file certain evidence under seal in support of their impending motion for partial final default judgment.

Specifically, the *Ray* Plaintiffs request to seal the exhibit to their partial final default judgment motion which contains the personal damage declarations of each moving *Ray* Plaintiff and evidence of the Plaintiffs' relationships with the 9/11 decedents.

This request is in conformity with previous submissions in the above-captioned *In re Terrorist Attack on September 11, 2001* multidistrict litigation, and this Court has previously approved the filing of these types of materials under seal. *See e.g.*, *Havlish, et al. v. bin-Laden, et al.*, 03-cv-09848 (GBD)(FM), at MDL Doc. No. 2440; *Hoglan, et al. v. Iran, et al.*, 1:11-cv-07550 (GBD)(SN), at MDL Doc. No. 3012.

The *Ray* Plaintiffs further request to file their sealed evidence <u>exclusively in CD-ROM format</u> due to the high volume of materials. Counsel for the *Ray* Plaintiffs will manually file the CD-ROM containing the sealed evidence with the SDNY Records Management Department in Room 370 at 500 Pearl Street.

Hon. Sarah Netburn  
United States Magistrate Judge  
February 13, 2020

Page 2

      In accordance with Your Honor's February 11, 2020 Order (MDL ECF No. 5899, *Ray* ECF No. 206), which granted the *Ray* plaintiffs' motion "for permission to proceed with filings on the *Ray* docket alone in regard to matters pertaining to obtaining a default judgment," this letter is being filed on the *Ray* docket only.

      Please do not hesitate to contact us with any comments or questions.

                                         Respectfully,

                                         Timothy B. Fleming

                                         Andrew C. Levitt  
                                         O'Hare Parnagian LLP

TF/t3  
CC:  All counsel of record via ECF

                                    **SO ORDERED:**

                                    _____  
                                    Sarah Netburn  
                                    U.S. Magistrate Judge

                                    Dated: _____