**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :

: 
: 1:**03 MDL 1570 (GBD)(SN)**
:
:

------------------------------------------------------------------X

**This Document Relates to:**
*Ray, et al. v. Iran, et al.*
**1:19-cv-00012 (GBD)(SN)**

## ORDER ON MOTION TO ADMIT RELATED CASE EVIDENCE

The *Ray* Plaintiffs, through counsel, have moved the Court to admit related case evidence. Having considered the prior Order of this Court on the same issue in *Hoglan, et al. v. Islamic Republic of Iran, et al.*, 1:11 Civ. 7550 (GBD)(SN), the case law precedents, the interest of justice, and the arguments of counsel, and all the records and files in this case, the Court **GRANTS** the Plaintiffs' Motion to Admit Related Case Evidence.

All liability evidence entered into the record in *Havlish, et al. v. bin Laden, et al.* and *Hoglan, et al. v. Islamic Republic of Iran, et al.*, and all generally applicable damages evidence, in particular, the expert damages report of Alberto Diaz, Jr., M.D., RADM MC USN (Ret.), and his curriculum vitae, from *Havlish, et al. v. bin Laden, et al.* and *Hoglan, et al. v. Islamic Republic of Iran, et al.* is hereby entered in *Ray, et al. v. Iran, et al.* Such evidence shall be considered in assessing whether the Plaintiffs in *Ray, et al. v. Iran, et al.* have presented "evidence satisfactory to the court" to establish their right to relief under 28 U.S.C. §1608(e).

IT IS SO ORDERED.

February __, 2020      _____
                       Sarah Netburn
                       United States Magistrate Judge