# EXHIBIT A

**EXHIBIT A**

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship to Decedent | Solatium |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Denease | | Conley | | Herman | | Ray | | Sibling | $4,250,000 |
| 2. | Denease | | Conley | | Cherrie | L. | Allen | | Sibling | $4,250,000 |
| 3. | Denease | | Conley | | Irma | Joyce | Fletcher | | Sibling | $4,250,000 |
| 4. | Denease | | Conley | | Irma | Joyce | Fletcher | | P.R. of Estate of Sibling (Earl Ray) | $4,250,000 |
| 5. | Denease | | Conley | | Barbara | | Haynes-Jenkins | | Sibling | $4,250,000 |
| 6. | Denease | | Conley | | Herman | | Ray | | P.R. of Estate of Sibling (James Ray) | $4,250,000 |
| 7. | Denease | | Conley | | Stanley | | Ray | | Sibling | $4,250,000 |
| 8. | Lee | Alan | Adler | | Aaron | | Adler | | Sibling | $4,250,000 |
| 9. | Lee | Alan | Adler | | Alice | Doerge | Adler | | Spouse | $12,500,000 |
| 10. | Lee | Alan | Adler | | Isabell | Dansiger | Adler | | Parent | $8,500,000 |
| 11. | Lee | Alan | Adler | | Jay | | Adler | | Sibling | $4,250,000 |
| 12. | Lee | Alan | Adler | | Lauren | Sarah Adler | Martinelli | | Child | $8,500,000 |
| 13. | James | V. | DeBlase | | Richard | | DeBlase | | Sibling | $4,250,000 |
| 14. | James | V. | DeBlase | | Anita | | DeBlase | | Parent | $8,500,000 |
| 15. | James | V. | DeBlase | | Anthony | | DeBlase | | Sibling | $4,250,000 |
| 16. | Marisa | | DiNardo-Schorpp | | Harley | | DiNardo | | P.R. of Estate of Parent (Esterina DiNardo a/k/a Ester DiNardo) | $8,500,000 |
| 17. | Marisa | | DiNardo-Schorpp | | Harley | | DiNardo | | Sibling | $4,250,000 |
| 18. | Marisa | | DiNardo-Schorpp | | Pio | | DiNardo | | Parent | $8,500,000 |
| 19. | Constantine | | Economos | | Andrew | | Economos | | Sibling | $4,250,000 |
| 20. | Constantine | | Economos | | Olga | | Valinotti | | Sibling | $4,250,000 |
| 21. | Constantine | | Economos | | Andrew | | Economos | | Co-P.R. of Estate of Parent (Leon Economos) | $8,500,000 |

|  | **Decedent First Name** | **Decedent Middle Name** | **Decedent Last Name** | **Decedent Suffix** | **Plaintiff First Name** | **Plaintiff Middle Name** | **Plaintiff Last Name** | **Plaintiff Suffix** | **Relationship to Decedent** | **Solatium** |
|---|---|---|---|---|---|---|---|---|---|---|
| 22. | Constantine |  | Economos |  | Olga |  | Valinotti |  | Co-P.R. of Estate of Parent (Leon Economos) | (See preceding line) |
| 23. | Francesco |  | Garfi |  | Vito |  | Garfi |  | Sibling | $4,250,000 |
| 24. | Francesco |  | Garfi |  | Salvatore |  | Garfi |  | Parent | $8,500,000 |
| 25. | Francesco |  | Garfi |  | Marianna |  | Garfi |  | Parent | $8,500,000 |
| 26. | John |  | Grazioso |  | Hank |  | Grazioso |  | Parent | $8,500,000 |
| 27. | Timmy |  | Grazioso |  | Hank |  | Grazioso |  | Parent | $8,500,000 |
| 28. | LeRoy | W. | Homer | Jr. | Theresa |  | Cooke |  | Sibling | $4,250,000 |
| 29. | LeRoy | W. | Homer | Jr. | Michelle |  | Hargis |  | Sibling | $4,250,000 |
| 30. | LeRoy | W. | Homer | Jr. | Christine |  | Homer |  | Sibling | $4,250,000 |
| 31. | LeRoy | W. | Homer | Jr. | Christine |  | Homer |  | P.R. of Estate of Sibling (Thomas Freimark) | $4,250,000 |
| 32. | LeRoy | W. | Homer | Jr. | Isle |  | Homer |  | Parent | $8,500,000 |
| 33. | LeRoy | W. | Homer | Jr. | Monique |  | Homer |  | Sibling | $4,250,000 |
| 34. | LeRoy | W. | Homer | Jr. | Marilyn |  | Johnson |  | Sibling | $4,250,000 |
| 35. | LeRoy | W. | Homer | Jr. | Cheryl | Homer | Wilson |  | Sibling | $4,250,000 |
| 36. | LeRoy | W. | Homer | Jr. | Germaine |  | Wilson |  | Sibling | $4,250,000 |
| 37. | Andrew | Brian | Jordan | Sr. | Andrew | Brian | Jordan | Jr. | Child | $8,500,000 |
| 38. | Leon |  | Lebor |  | David |  | Lebor |  | Sibling | $4,250,000 |
| 39. | Leon |  | Lebor |  | Rina |  | Kaufman | a/k/a Joy Kaufman | P.R. of Estate of Parent (Philip Lebor) | $8,500,000 |
| 40. | Patrick |  | McGuire |  | Danielle |  | McGuire |  | Spouse | $12,500,000 |
| 41. | Patrick |  | McGuire |  | Mara |  | McGuire |  | Child | $8,500,000 |
| 42. | Patrick |  | McGuire |  | Ryan |  | McGuire |  | Child | $8,500,000 |
| 43. | Patrick |  | McGuire |  | Sean |  | McGuire |  | Child | $8,500,000 |
| 44. | Patrick |  | McGuire |  | Shea |  | McGuire |  | Child | $8,500,000 |
| 45. | Rocco |  | Medaglia |  | Annemarie |  | Medaglia |  | Parent | $8,500,000 |
| 46. | Rocco |  | Medaglia |  | Diana |  | Medaglia |  | Child | $8,500,000 |

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship to Decedent | Solatium |
|---|---|---|---|---|---|---|---|---|---|---|
| 47. | Rocco | | Medaglia | | Kathleen | | Medaglia-Dellapenna | | Sibling | $4,250,000 |
| 48. | Rocco | | Medaglia | | Maryellen | | Medaglia | | Sibling | $4,250,000 |
| 49. | Rocco | | Medaglia | | Michael | | Medaglia | | Sibling | $4,250,000 |
| 50. | Rocco | | Medaglia | | Elizabeth | | Medaglia-Cordes | | Child | $8,500,000 |
| 51. | Joseph | D. | Mistrulli | | Joanne | | Mistrulli | | P.R. of Estate of Sibling (Frank Mistrulli) | $4,250,000 |
| 52 | Robert | M. | Murach | | Mary | Ellen | Murach | | Parent | $8,500,000 |
| 53. | Robert | M. | Murach | | Mary | Ellen | Murach | | P.R. of Estate of Parent (Edward John Murach) | $8,500,000 |
| 54. | Robert | M. | Murach | | Richard | J. | Murach | | Sibling | $4,250,000 |
| 55. | Robert | M. | Murach | | Katharine | | Tynion | | Sibling | $4,250,000 |
| 56. | Louis | J. | Nacke | | Paula | Nacke | Jacobs | | Sibling | $4,250,000 |
| 57. | Louis | J. | Nacke | | Dale | Allen | Nacke | | Sibling | $4,250,000 |
| 58. | Louis | J. | Nacke | | Dale | Allen | Nacke | | P.R. of Estate of Parent (Louis P. Nacke) | $8,500,000 |
| 59. | Louis | J. | Nacke | | Dale | Allen | Nacke | | P.R. of Estate of Parent (Philomena Nacke) | $8,500,000 |
| 60. | Louis | J. | Nacke | | Kenneth | | Nacke | | Sibling | $4,250,000 |
| 61. | Louis | J. | Nacke | | Louis | Paul | Nacke | II | Child | $8,500,000 |
| 62. | Louis | J. | Nacke | | Joseph | Nicholas | Nacke | | Child | $8,500,000 |
| 63. | Salvatore | T. | Papasso | | Thomas | | Papasso | | Sibling | $4,250,000 |
| 64. | Sandra | | Wright-Cartledge | | Patricia | | Mason | | Sibling | $4,250,000 |

**TOTAL SOLATIUM DAMAGES $411,733,000**