**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
:
:
:   **1:03 MDL 1570 (GBD)(SN)**
:
:
-------------------------------------------------------------------X
This Document Relates to:
*Ray, et al. v. Iran, et al.*
**1:19-cv-00012 (GBD)(SN)**

# DECLARATION OF TIMOTHY FLEMING IN SUPPORT OF MOTION FOR ENTRY OF PARTIAL FINAL DEFAULT JUDGMENT

I, Timothy B. Fleming, Esq., hereby state under penalty of perjury as follows:

1. I am one of the attorneys representing the Plaintiffs in the above-captioned case. I am a member in good standing of the Bar of the District of Columbia.

2. I submit this Declaration in support of the Motion for Entry of Partial Final Default Judgment in this case on behalf of the Plaintiffs identified in Exhibits A and B to this Declaration.

3. The sources of my information and the basis for my belief in my statements herein are my personal involvement in this case, the involvement of my firm and other firms comprising the consortium of attorneys representing the Plaintiffs in the *Havlish*, *Hoglan*, and *Ray* cases, our collective representation of the Plaintiffs listed in Exhibits A and B hereto in connection with the September 11, 2001 terrorist attack, court records relating to the *In re Terrorist Attack on September 11, 2001* multidistrict litigation, and communications with these Plaintiffs and some of their family members. Any matters about which I lack personal knowledge are asserted herein upon information and belief.

4. The *Ray* Plaintiffs listed in Exhibits A hereto are each family members, *i.e.*, spouses, children, parents, or siblings, or the personal representatives of the estates of spouses, children, parents, or siblings, of decedents who were killed in the 9/11 terrorist attack, as indicated for each person on Exhibit A.

5. The solatium amounts sought in the Motion for Partial Final Default Judgment are the figures that this Court has previously determined to be appropriate for solatium damages based on each type of immediate family relationship, first established in this MDL in the *Havlish* case, and also determined to be appropriate in the *Hoglan* case, both of which are related to the *Ray* case.

6. The pain and suffering compensatory damages amounts sought in the Motion for Partial Final Default Judgment is the same as the figure that this Court has previously determined to be appropriate for pain and suffering damages for 9/11 decedent plaintiffs, first established in this MDL in the *Havlish* case, and also determined to be appropriate in the *Hoglan* case, both of which are related to the *Ray* case.

7. After reviewing the records available to me and my colleagues representing the *Ray* Plaintiffs regarding other judgments entered by this Court against the Iranian Defendants, I have not identified any relief that has previously been awarded to any Plaintiff identified in Exhibit A or B to this Declaration.

8. In reviewing such records, one of my colleagues did identify certain Plaintiffs in Ray who were named in one of the *Burnett* case complaints in 2015. Those Plaintiffs are Alice Doerge Adler (individually), Alice Doerge Adler (as Personal Representative of the Estate of Lee Alan Adler), and, possibly, Lauren Sarah Adler Martinelli (apparently named as a minor child as "LA"); however, after searching further, we did not find any

relief accorded to any such plaintiffs. Accordingly, I have personally contacted three attorneys for the *Burnett* cases to ask whether or not any relief has been accorded to Alice Adler and Lauren Sarah Adler Martinelli, and/or the status of such plaintiffs in regard to *Burnett* and/or representation by *Burnett* counsel. I have not yet heard back from *Burnett* counsel, but I will immediately advise the Court if I learn that any relief has been accorded, or if I learn any other relevant information as to the status of these two parties. Alice Adler has today informed the undersigned counsel that she is not aware of any judgment having ever been issued on her behalf and that she and her daughter wish to proceed in *Ray*, and that they intend to so inform *Burnett* counsel. Not having any information that any of these Plaintiffs they have been accorded relief in any other case, and acting on the knowledge that these parties wish to be represented by *Ray* counsel and have given declarations that are being filed in *Ray*, and lacking any information that they are not entitled to the relief sought in *Ray*, judgments are being sought on their behalf in the Motion being filed today.

9.      Accordingly, a proposed Order of Partial Final Judgment for the Plaintiffs identified in Exhibits A and B, is being filed contemporaneously herewith.

*I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.*

February 14, 2020

_____
Timothy B. Fleming