# EXHIBIT B

**Exhibit B**

|    | 9/11 Decedent First Name | 9/11 Decedent Middle Name | 9/11 Decedent Last Name | Suffix | Economic Damage Amount | Non-Economic Damage Amount | Total Damage Amount |
|----|--------------------------|----------------------------|--------------------------|--------|------------------------|----------------------------|---------------------|
| 1. | Denease                  |                            | Conley                   |        | TBD                    | $2,000,000                 | TBD                 |
| 2. | Lee                      | Alan                       | Adler                    |        | TBD                    | $2,000,000                 | TBD                 |
| 3. | Francesco                |                            | Garfi                    |        | TBD                    | $2,000,000                 | TBD                 |
| 4. | Patrick                  |                            | McGuire                  |        | TBD                    | $2,000,000                 | TBD                 |
| 5. | Rocco                    |                            | Medaglia                 |        | TBD                    | $2,000,000                 | TBD                 |

**TOTAL    $10,000,000**

**(economic loss amounts subject to further submission)**