```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAY, et al.,

        Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,

        Defendant.

**CERTIFICATE OF MAILING**

Case No.: 1:19-cv-00012 (GBD)(SN)
            1:03-md-01570 (GBD)(SN)

      I hereby certify under the penalties of perjury that on the 9th day of March 2020, I served defendant:

<u>c/o H.E. Mohammad Javad Zarif</u>

<u>Ministry of Foreign Affairs of the Islamic Republic of Iran,</u>

<u>Imam Khomeini Avenue, Tehran, Iran</u>

      By dispatching via Federal Express, Tracking No. 7779 3546 4192, to the U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520 Attn: Secretary of State, Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), two (2) copies of the following documents (in English and Farsi):

    1) Cover Letter to Mohammad Javad Zarif
    2) Certificate of Default, dated February 19, 2020 (*Ray* Doc. No. 221)
    3) Order of Partial Final Default Judgment entered by Honorable George B. Daniels on February 19, 2020 (*Ray* Doc. No. 221)
    4) Notice of Default Judgment
    5) The text of FSIA, 28 U.S.C. § 1602, *et seq.*;
    6) Notice of right to Appeal and Appeal Form
    7) Notarized affidavits from the Translator

Dated: New York, New York
       March 9, 2020

                                                  Ruby J. Krajick
                                                  Clerk of Court


                                                  /s/ Shanee Mcleod
                                                  Shanee Mcleod
                                                  *Deputy Clerk*

```
ORIGIN ID:PCTA    (212) 805-0136        SHIP DATE: 04MAR20
CLERK OF COURT                          ACTWGT: 2.00 LB
DANIEL P. MOYNIHAN U.S. COURTHOUSE      CAD: 105808175/INET4220
U.S. DISTRICT COURT FOR S.D.N.Y.
500 PEARL STREET
NEW YORK, NY 10007                      BILL SENDER
UNITED STATES US
```

TO  **POLICY REVIEW & INTER-AGENCY LIASON**
**SEC. OF STATE  DIR. CONSULAR SERV.**
**(CA/OCS/PRI), U.S. DEPT. OF STATE**
**SA-29, 4TH FLOOR, 2201 C ST. NW**
**WASHINGTON DC 20520**
(202) 736-9110         REF: RAY - 1ST 8 TO STATE
INV:
PO:                    DEPT:



**THU - 05 MAR 3:00P**
**STANDARD OVERNIGHT**

TRK# 7779 3546 4192
0201

**EP KMDA**                    20520
                        DC-US   IAD

