UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ray et al.

                    Plaintiff(s),

          v.

Iran et al.

                    Defendant(s).

**CLERK' S CERTIFICATE OF MAILING**

Case No.: 19-CV-12 (GBD) (SN)
          03-MD-1570 (GBD) (SN)

        I hereby certify under the penalties of perjury that on the 6th day of July, 2020, I served defendant,

Hezobollah
Valiasr Avenue
Shahid Rahimi Alley No. 75
Tehran, Iran

        ☒ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B)

        One (1) copy of the Cover Letter, Second Amended Complaint, filed May 6, 2019, Notice of Suit dated May 6, 2019, Amended Summons dated June 5, 2020 (along with attached affidavit of translator and Farsi translations of the above documents), by USPS Registered Mail # RH002283503US.

Dated: New York, New York
        July 6, 2020

                          RUBY J. KRAJICK
                          CLERK OF COURT

                          /s/Shanee Mcleod
                          Deputy Clerk



RH002283503US

## USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

**SHIPMENT INFORMATION** (*Continued*) — BOXED AREA IS FOR USPS-USE ONLY

**'S INFORMATION**

| Name | Full First Name | MI |
| Fleming | Timothy | B. |

's Name (if applicable): Wiggins, Childs, et al.

Sender's Telephone: 2024676400

1211 Connecticut Ave., N.W.

Suite 430

WASHINGTON   State: DC   ZIP Code: 20036

| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date |
| 10018 | | / / |

Total Postage/Fees (U.S. $): 10.17   Insured Value (U.S. $)   Insured Fee (U.S. $)

7. Sender's Email Address: Tfleming@...

8. Addressee's Email Address

9. Exporter's Reference (if applicable and known)   10. Exporter's Telephone (if applicable and known)

11. Importer's Reference (if applicable and known)   12. Importer's Telephone (if applicable and known)

13. AES ITN (if applicable)

14. AES Exemption — NOEEI § (Check one if applicable)
☐ 30.36   ☐ § 30.37 (a)   ☐ § 30.37 (h)
☐ § 30.37 (y)   ☐ Other

**SSEE'S INFORMATION**

| Name | Full First Name | MI |
| Fallah | Hassan | |

's Name (if applicable): HEZBOLLAH

Addressee's Telephone: Unknown

VALIASR Avenue

SHAHID Rahini Alley No. 75   Postal Code: 11369

TEHRAN   State/Province   Country: IRAN

15. License Number (if applicable)   16. Certificate Number (if applicable)   17. Invoice Number (if applicable)

| 18. Length (inches) | 19. Width (inches) | 20. Height (inches) |
| 10 | 13 | .8 |

21. Restrictions (if applicable — check all that apply)
☐ Quarantine
☐ Sanitary/Phytosanitary Inspection

22. Nondelivery Instructions (Check one)
☐ Return to Sender
☐ Treat as Abandoned

23. Sender's Signature and Date: [signature]   June 2020

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

**ENT INFORMATION**

ory of Items (Check all that apply)
☐ ment   ☐ Commercial Sample   ☐ Merchandise   ☐ Dangerous Goods
☐ Returned Goods   ☐ Humanitarian Donation   ☐ Other

iled Description of Contents (enter only one item per line)

| | 3. Quantity | 4. Net Weight (Ea) Lbs. Oz. | 5. Value (Ea) U.S. $ | 24. HS Tariff Number | 25. Country of Origin |
|---|---|---|---|---|---|
| Legal Documents | 1 | 3 | 0 | | U.S.A. |
| **6. Total** | | 8   15 | 0 | | |

For Business Mailers, for Items in Block 2 (if the information is known)

m 2976-R, April 2016   PSN 7530-17-000-7002   ...may be opened officially.   **4 – Sender's Copy**

---

```
=================================
         CHINATOWN
        6 DOYERS ST
    NEW YORK, NY 10013-9991
        359604-0004
       (800)275-8777
    07/06/2020 01:44 PM
=================================

Product            Qty  Unit    Price
                        Price

First-Class Package®  1  $25.50  $25.50
 Intl Service
    International
    Iran
    Weight:1 Lb 14.20 Oz
    Customs #:RH002283503US
Registered                    $16.00
    Amount:$0.00
Return Receipt                 $4.15
---------------------------------
Total:                        $45.65
=================================
Cash                          $60.00
Change                       ($14.35)
```

**Registered No.** RH002283503US

Date Stamp: 0004 05

| Postage $ | $25.50 | Extra Services & Fees (continued) |
|---|---|---|
| | | ☐ Signature Confirmation |

Extra Services & Fees
☐ Registered Mail $16.00
☐ Return Receipt (hardcopy) $4.15
☐ Return Receipt (electronic) $0.00
☐ Restricted Delivery $0.00

☐ Signature Confirmation Restricted Delivery

**Total Postage & Fees** $ $45.65

To Be Completed By Post Office

Customer Must Declare Full Value $0.00

Received by: 07/06/2020

Domestic Insurance up to $50,000 is included based on the declared value. International indemnity is limited. (See Reverse).

## OFFICIAL USE

NEW YORK, NY 10013

FROM:
T. Fleming, Esq
Wiggins, Childs, et al. #430
1211 Connecticut Ave., N.W.,
WASHINGTON, DC. 20036
HEZBOLLAH
VALIASR Avenue
SHAHID Rahini Alley No. 75
Tehran, IRAN

Copy 1 - Customer