USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

-----------------------------------------------------------------X

03-MDL-01570 (GBD)(SN)

**ORDER**

This document relates to:

Ray et al., v. Iran, et al., 1:19-CV-00012 (GBD)(SN).

**SARAH NETBURN, United States Magistrate Judge:**

The Ray Plaintiffs filed a Motion for Issuance of Letters Rogatory. Upon consideration of the Plaintiffs' Motion, and the accompanying Memorandum of Law and exhibits, it is hereby ORDERED and DECREED that Plaintiffs' Motion is GRANTED.

This Court directs the Clerk of Court to issue Letters Rogatory directed to the Islamic Republic of Iran, substantially similar in form to that attached as **EXHIBIT A** to Plaintiffs' Motion (ECF No. 6499-1), requesting assistance in serving the Second Amended Complaint, and the necessary accompanying documents, upon the following Defendants: (1) Ayatollah Ali Hoseini-Khamenei; (2) the Estate of Ali Akbar Hashemi Rafsanjani; (3) National Iranian Oil Company; (4) National Iranian Tanker Company; (5) National Iranian Gas Company; (6) National Iranian Petrochemical Company; (7) Iran Airlines; and (8) Hezbollah.

The Letters Rogatory and the accompanying legal documents, including any translations, related to the Second Amended Complaint in this case shall be transmitted to the U.S. Department of State for delivery to the appropriate judicial authority of the Islamic Republic of Iran, pursuant to §1608(b)(3)(A).

2

The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 6499 (03-MDL-01570) and 228 (19-CV-00012).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   November 5, 2020
         New York, New York

2