**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :

: 

:

:     **1:03 MDL 1570 (GBD) (SN)**

:

-------------------------------------------------------------------X

**This Document Relates to**
*Ray, et al. v. Iran, et al.*,
**1:19-cv-00012 (GBD)(SN)**

## MOTION TO REQUEST THE ISSUANCE OF LETTERS ROGATORY

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
:
:
:        **1:03 MDL 1570 (GBD) (SN)**
:
------------------------------------------------------------------X

**This Document Relates to**
*Ryan, et al. v. Iran, et al.*
**1:20-cv-0266 (GBD)(SN)**

### REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTERS ROGATORY) FOR THE SERVICE OF JUDICIAL DOCUMENTS IN A CIVIL MATTER BY THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

The United States District Court for the Southern District of New York (the "Court") presents its compliments to the appropriate judicial authority of the Islamic Republic of Iran ("Iran") and requests international judicial assistance to obtain service of the Second Amended Complaint and accompanying documents. This Court respectfully requests that the Islamic Republic of Iran recognize letters rogatory from this Court, in the interest of comity.

**I.      REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**

**A.      Sender**

The Honorable Sarah Netburn, United States Magistrate Judge for the Southern District of New York, by the authority of the Honorable George B. Daniels, United States District Judge for the Southern District of New York, United States of America, is the Sender.

**B.      Receiving Authority**

The Receiving Authority is the appropriate judicial authority for the Islamic Republic of Iran in Tehran, Iran.

{00956212/}

## II. LETTERS ROGATORY REQUIREMENTS

### A. Request for Assistance

This Court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the appropriate judicial authority of Iran effect service of process of the following documents, including translations of each document into Farsi and affidavits of the translators:

(1) Cover Letter to Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran;

(2) Complaint, dated January 10, 2020 (*Ray* Docket No. 1);

(3) Notice of Suit, pursuant to 22 C.F.R. 93.2, along with the text of FSIA, 28 U.S.C. § 1602, *et seq*.; and,

(4) Summons.

The Court requests that the below named individuals and entities be served with the Complaint and accompanying documents relevant to service of this litigation, in both English and Farsi:

(1) National Iranian Tanker Corporation;

(2) National Iranian Oil Corporation;

(3) National Iranian Gas Corporation;

(4) National Iranian Petrochemical Company;

(5) Iran Airlines;

(6) Hezbollah;

(7) Ayatollah Ali Khamenei, Supreme Leader of Iran; and,

(8) the Estate of Akbar Hashemi Rafsanjani, former Chairman of the Expediency Discernment Counsel and former President of Iran

B.   **Requesting Judicial Authority**

>   The Honorable George B. Daniels
>   United States District Court
>     for the Southern District of New York
>   Daniel Patrick Moynihan
>     United States Courthouse
>   500 Pearl Street, Room 630
>   New York, New York  10007-1312

C.   **Receiving Judicial Authority**

>   For service upon:
>
>   The appropriate judicial authority of Iran, and/or:
>
>   H.E. Mohammad Javad Zarif
>   Ministry of Foreign Affairs
>   Imam Khomeini Street
>   Tehran
>   Islamic Republic of Iran
>   Tel: 009821 61151
>   Fax: 009821 66743149

D.   **Names and Addresses of the Parties and Their Representatives**

   1.   **Plaintiffs**

Plaintiffs in this lawsuit, *Ryan, et. al v. Iran, et al.*, are family members of those killed as a result of the terrorist attacks of September 11, 2001.  The *Ryan* Plaintiffs brought this action pursuant to the state sponsor of terrorism exception to sovereign immunity codified at 28 U.S.C. §1605A.

   2.   **Plaintiffs' Representatives**

The family members of victims of the terrorist attacks of September 11, 2011 are represented by counsel.  For purposes of this Letter Rogatory, Plaintiffs have appointed the following attorneys to serve as their representatives:

Stephen A. Corr (PA Bar No. 65266)
BEGLEY CARLIN & MANDIO LLP
680 Middletown Boulevard
Langhorne, PA  19047
(215) 750-0110

Timothy B. Fleming (DC Bar No. 351114)
WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB PLLC
1211 Connecticut Avenue, N.W.
Suite 420
Washington, D.C.  20036
(202) 467-4489

Dennis G. Pantazis (AL Bar No. ASB-2216-A59D)
WIGGINS CHILDS PANTAZIS *(Lead Counsel)*
FISHER GOLDFARB LLC
The Kress Building
301 19th Street North
Birmingham, AL   35203
(205) 314-0500

Richard D. Hailey (IN Bar No. 7375-49)
Mary Beth Ramey (IN Bar No. 5876-49)
RAMEY & HAILEY
3905 Vincennes Road #303
Indianapolis, IN  46268
(317) 582-0000

Robert M. Foote (IL Bar No. 03124325)
FOOTE, MIELKE, CHAVEZ
& O'NEIL, LLC
10 West State Street, Suite 200
Geneva, IL  60134
(630) 232-7450

### 3.    **Defendants**

The Defendants in this action are the following persons and entities: Islamic Republic of Iran; Ayatollah Ali Hoseini Khamenei, Supreme Leader of Iran; Estate of Ali Akbar Hashemi Rafsanjani, former Chairman of the Expediency Discernment Counsel and former President of Iran; Ministry of Information and Security; Islamic Revolutionary Guard Corps; Ministry of

Petroleum; National Iranian Tanker Corporation; National Iranian Oil Corporation; National Iranian Gas Company; National Iranian Petrochemical Company; Iran Airlines; Ministry of Economic Affairs and Finance; Ministry of Commerce; Ministry of Defense and Armed Forces Logistics; Central Bank of the Islamic Republic of Iran; and, Hezbollah.

All of the *Ryan* Defendants have been adjudged to be political or military subdivisions of Iran, and/or agencies and instrumentalities of Iran, and are therefore equivalent to Iran for purposes of this action. Both Ayatollah Ali Hoseini Khamenei, Supreme Leader of Iran and the Estate of Ali Akbar Hashemi Rafsanjani, former Chairman of the Expediency Discernment Counsel and former President of Iran, have been adjudged as an "official, employee, or agent of [Iran] . . . acting with the scope of his or her office, employment, or agency" and therefore, Khamenei and the Estate of Rafsanjani are legal equivalents to Defendant Iran for purposes of the FSIA which authorizes against a cause of action against them to the same extent as it does a cause of action against the "foreign state that is or was a state sponsor of terrorism" itself. 28 U.S.C. §1605A(c).

E.    **Nature and Purpose of the Proceedings**

*Ryan, et al. v. Iran, et al.* is a civil lawsuit commenced under the state sponsor of terrorism exception to sovereign immunity codified at 28 U.S.C. §1605A. The purpose is to hold responsible those foreign sovereigns, entities and persons responsible for planning, executing, and provided material support and assistance to al-Qaeda in carrying out the terrorist attacks of September 11, 2001, upon the United States.

Plaintiffs must serve the Complaint and accompanying documents upon the two (2) Iranian Defendants named in this Letters Rogatory.

### F. Fees and Costs

Plaintiffs do not anticipate any fees and costs for service of the Second Amended Complaint and accompanying documents. Plaintiffs will reimburse the Islamic Republic of Iran for any reasonable copying costs and postage associated with service of the Second Amended Complaint and accompanying documents.

### G. Reciprocity

This Court expresses its sincere willingness to provide similar assistance to the Islamic Republic of Iran, if future circumstances so require.

## III. CONCLUSION

This Court, in the spirit of comity and reciprocity, hereby requests international judicial assistance in the form of this Letter Rogatory seeking service of Complaint and accompanying service documents described herein, through the appropriate judicial authority of Iran.

Date: _____, 2021         /s/_____
                                     The Honorable Sarah Netburn,
                                     U.S. Magistrate Judge
                                     *By the authority of:*
                                     The Honorable George B. Daniels
                                     United States District Court
                                        for the Southern District of New York
                                     Daniel Patrick Moynihan
                                        United States Courthouse
                                     500 Pearl Street, Room 630
                                     New York, New York  10007-1312

                                     SEAL OF THE UNITED STATES
                                     DISTRICT COURT FOR THE
                                     SOUTHERN DISTRICT OF NEW YORK: