**WIGGINS CHILDS**
PANTAZIS FISHER
GOLDFARB PLLC
Advocates & Litigators

A PROFESSIONAL LIMITED LIABILITY COMPANY
1211 CONNECTICUT AVENUE, N.W. · SUITE 420 · WASHINGTON, D.C.  20036

Office Direct Dial: 202–467–4489 · Fax: 202–467–4489
Email:TFleming@wigginschilds.com · Internet:www.wigginschilds.com

TIMOTHY B. FLEMING
OF COUNSEL

December 21, 2021

*Via ECF Only*
The Honorable Sarah Netburn
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY  10007-1312

> **Re:**   ***In Re Terrorist Attacks on Sept. 11, 2001*, 1:03-MDL-1570 (GBD)(SN)**
> ***Ray, et al. v. Iran, et al.*, 1:19-cv-00012 (GBD)(SN)**
> ***Ryan, et al. v. Iran, et al.*, 1:20-cv-0266 (GBD)(SN)**
> **Supplemental Letter Addressing *Samantar* in Regard to Service of Individual**
> **Defendants and Letter Motion Requesting Leave to Withdraw Prior Motion**

Dear Magistrate Judge Netburn:

I write on behalf of the *Ryan* and *Ray* Plaintiffs in response to the Court's December 8, 2021 order (MDL Doc. No. 7440) concerning the method for serving two individual defendants in light of *Samantar v. Yousef*, 560 U.S. 305 (2010).

Both the *Ryan* and the *Ray* Plaintiff do seek damages against the two individual Defendants and do intend to enforce any judgments against both individuals.  Accordingly, the *Ryan* Plaintiffs hereby seek leave to withdraw their previously filed motion at *Ryan* Doc. No. 72 (MDL Doc. No. 7367).  The *Ryan* Plaintiffs would thereafter refile their motion to indicate more clearly that they are seeking to (1) serve the agency and instrumentality Defendants in the manner set forth in 28 U.S.C. §1608(a)(4), and (2) serve the individual foreign official Defendants in the manner prescribed by common law service on current and former officials of a foreign government in conformity with *Samantar v. Yousef*, 560 U.S. 305 (2010).

The *Ray* agency and instrumentality Defendants have already been served in the manner set forth in 28 U.S.C. §1608(a)(4).  On April 20, 2021, Judge Daniels granted the *Ray* Plaintiffs' motion authorizing service upon the agency and instrumentality Defendants, and the two

BIRMINGHAM, AL
DELAND, FL
NASHVILLE, TN
WASHINGTON, D.C.

The Honorable Sarah Netburn                                              December 21, 2021
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT                                             page 2
SOUTHERN DISTRICT OF NEW YORK

individual defendants, via letters rogatory.  *Ray* Doc. No. 238.  Nevertheless, out of an

abundance of caution, the *Ray* Plaintiffs will also file another motion seeking authorization to

serve the two individual Defendants again by letters rogatory, specifically pursuant to Fed. R.

Civ. P. 4(f)(2)(B).


                          Respectfully,

                          Timothy B. Fleming
                          Counsel to *Ryan* and *Ray* Plaintiffs