**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

*IN RE* TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :

: 
: 
:  1:03 MDL 1570 (GBD)(SN)
: 

-----------------------------------------------------------------X

This Document Relates to

<u>*Ray, et al. v. Iran, et al.*</u>
**1:19-cv-00012 (GBD)(SN)**
**Plaintiff Estates of:**
**Denease Conley**
**Francesco "Frank" Garfi**
**Patrick McGuire**
**Rocco Medaglia**

## PROPOSED PARTIAL FINAL JUDGMENT ON COMPENSATORY ECONOMIC DAMAGES FOR FOUR ESTATES

WHEREAS, evidence as to liability in this matter was submitted by Plaintiffs in filings with this Court on February 13, 2020, at *Ray* ECF Doc. No. 211, which was admitted by the Court via an Order entered on February 19, 2020, Ray ECF Doc. No. 220;

WHEREAS, hearings on the Defendants' liability were previously held on December 15, 2011, in *Havlish, et al v. bin Laden, et al.*, 1:03-cv-09848 (GBD)(SN), and August 17, 2015, in *Hoglan, et al., v. Islamic Republic of Iran, et al.*, 1:11-cv-07550, at which evidence was presented to the Court, including the evidence previously submitted by Plaintiffs in *Havlish* via written submissions on May 19, 2011, July 13, 2011, August 19, 2011, and December 15, 2011, including extensive evidence filed confidentially under seal, and as well as supplemental evidence submitted by Plaintiffs in a filing on July 10, 2015 in *Hoglan*, all of which was admitted into evidence in this case;

WHEREAS, on February 19, 2020, this Court issued an Order of Judgment as to liability in favor of Plaintiffs against, among others, the Defendant Islamic Republic of Iran, *Ray* ECF

Doc. No. 221;

WHEREAS, this Court previously entered judgments for pain and suffering as to four 9/11 Decedent Estate Plaintiffs, specifically, the Estates of Denease Conley, Francesco Garfi, Patrick McGuire, and Rocco Medaglia, in the amount of $2,000,000 each, while expressly preserving the rights of the *Ray* Plaintiffs to submit at a later time applications for economic damages awards;

WHEREAS, the *Ray* Plaintiffs have submitted such applications for economic damages and have filed under seal comprehensive economic loss reports by the Smith Economic Group, Ltd. supporting the economic loss awards for each of the four above-referenced 9/11 Decedent Estate Plaintiffs attached to the Declaration under Seal of Timothy B. Fleming as **EXHIBIT A**;

It is HEREBY:

ORDERED that the partial final judgment for compensatory economic damages is entered in favor of 9/11 Decedent Plaintiffs Estate of Denease Conley, Estate of Francesco Garfi, Estate of Patrick McGuire, and Estate of Rocco Medaglia, and against Defendant the Islamic Republic of Iran as stated both below and on the attached **EXHIBIT B**, and IT IS FURTHER

ORDERED that such Plaintiffs are awarded economic compensatory damages to the four (4) 9/11 Decedent Estate Plaintiffs in the aggregate amount of $55,264,672, as more specifically set forth below; and, IT IS FURTHER ORDERED that the Defendant Islamic Republic of Iran is liable for the entire JUDGMENT on compensatory economic loss damages; and, IT IS FURTHER ORDERED that Plaintiffs' may present an application for punitive damages at a future time consistent with further orders of the Court in the multi-district litigation captioned *In Re: Terrorist Attacks on September 11, 2001,* 1:03-md-01570 (GBD)(SN) 1570; and, IT IS FURTHER

ORDERED that the compensatory economic damages awarded to the above-referenced four 9/11 Decedent Estate Plaintiffs are entered as follows:

| 9/11 DECEDENT ESTATE | COMPENSATORY ECONOMIC DAMAGES |
|---|---|
| **Estate of Denease Conley** | $ 6,864,447 |
| **Estate of Francesco Garfi** | $ 22,829,152 |
| **Estate of Patrick McGuire** | $ 19,770,692 |
| **Estate of Rocco Medaglia** | $  5,800,381 |
| TOTAL | $ 55,264,672 |

This is a final, appealable order. *See* Fed.R.Civ.P. 54(b); Fed.R.App.P.(4)(a).

Date: _____  
New York, New York

**SO ORDERED:**

_____  
GEORGE B. DANIELS  
UNITED STATES DISTRICT JUDGE

3