**WIGGINS CHILDS**
**PANTAZIS FISHER**
**GOLDFARB** PLLC
Advocates & Litigators

A PROFESSIONAL LIMITED LIABILITY COMPANY
2202 18th STREET, N.W. · #110 · WASHINGTON, D.C. 20009

Direct Dial: 202-467-4489 · Fax: 205-314-0805
Email:TFleming@wigginschilds.com · Web:www.wigginschilds.com

TIMOTHY B. FLEMING
OF COUNSEL

March 10, 2026

<u>*Via ECF*</u>

| | |
|---|---|
| The Honorable George B. Daniels | The Honorable Sarah Netburn |
| United States District Judge | United States Magistrate Judge |
| UNITED STATES DISTRICT COURT | UNITED STATES DISTRICT COURT |
| SOUTHERN DISTRICT OF NEW YORK | SOUTHERN DISTRICT OF NEW YORK |
| 500 Pearl Street | 40 Foley Square |
| New York, New York 10007 | New York, New York 10007 |

Re:   *In Re Terrorist Attacks on September 11, 2001*, 1:03-md-01570 (GBD) (SN)
    *Ray, et al. v. Iran*, 19-cv-00012-GBD-SN
    *Maher, et al. v. Iran, et al.,* 1:20-cv-00266 (GBD)(SN)  [CORRECTED]
    Rule 72(a) Objections filed at MDL Doc. No. 11850

Dear Judge Daniels and Magistrate Judge Netburn:

On behalf of the *Ray* Plaintiffs and the *Maher* Plaintiffs, we write in response to the Rule 72(a) Objections filed by Mr. John Schutty, MDL Doc. No. 11850, to the Report and Recommendation issued March 3, 2026, at MDL Doc. No. 11824.

The *Ray* and *Maher* Plaintiffs agree with and adopt the points and arguments in the letter filed by the PEC for Personal Injury and Death Claims at MDL Doc. No. 11859.

This letter corrects a misidentification of the *Maher* case in the similar letter filed by the undersigned last night.  Further, this filing is being spread to the correct *Maher* docket.  The letter filed last night also erroneously indicated it was delivered to chambers, which it was not.

Respectfully Submitted,

*/s/ Timothy B. Fleming*

Timothy B. Fleming
One of the Attorneys for the *Ray* and *Maher* Plaintiffs

cc:  All MDL counsel (via ECF)

BIRMINGHAM, AL
DELAND, FL
NASHVILLE, TN
WASHINGTON, D.C.